# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br><br>        Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., BEESPOKE CAPITAL, LLC, ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>        Relief Defendants. | Civil Action No. |

## PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER, ORDER FREEZING AND REPATRIATING ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF

Under Fed. R. Civ. P. 65, plaintiff United States Securities and Exchange Commission (the "Commission") files this emergency motion for entry of a temporary restraining order, order freezing and repatriating assets, and order for other equitable relief. A proposed Order is submitted with this motion. The Commission submits this motion with the filing of its complaint and requests that, if necessary, the Court schedule a hearing on the motion at the Court's earliest convenience.

The Commission has notified the defendants and the relief defendants of this motion, since all of the parties are aware of the Commission's ongoing investigation into the defendants' scheme to defraud investors and use of investor funds for personal expenses. The relief is

**ORAL ARGUMENT REQUESTED**

necessary to preserve the status quo pending a hearing. Absent an asset freeze order, defendants could (continue to) transfer investor funds to accounts in Korea, and absent a repatriation order, the Commission will have limited ability to recover those funds for investors in the future.

In support of this motion, the Commission incorporates by reference the complaint, the memorandum of law in support of this motion and the Declarations of John McCann and Naomi Sevilla (with attached exhibits).

WHEREFORE, the Commission respectfully requests that the Court enter the Temporary Restraining Order, Order Freezing and Repatriating Assets and Order for Other Equitable Relief filed herewith. The Commission respectfully advises the Court that it is available for oral argument or presentation of evidence on this emergency motion.

Dated: February 1, 2023

Respectfully submitted,

On behalf of the Commission,

Rua M. Kelly /s/
_____
Rua M. Kelly
Michael C. Moran
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
kellyru@sec.gov

Local Counsel:

David C. Nelson /s/
_____
David C. Nelson
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT 06510
(203)821-3700
David.C.Nelson@usdoj.gov