WHEN RECORDED RETURN TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001

COPY TO:
ASSET PRESERVATION, INC.
1420 ROCKY RIDGE DRIVE
SUITE 380
ROSEVILLE, CALIFORNIA 95661

*123516.PAH*

The part executing this document hereby affirms that
this document submitted for recording does not
contain the social security numbers of any person or
persons pursuant to NRS 239B.030

> Recorded Electronically
> ID _29718_
> County _Lander_
> Date _2/17/2021_ Time _3:23 PM_

APN:     007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14,
007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22,
007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18,
010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30,
010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10,
011-270-01, 011-270-02

## DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made this _16_ day of February, 2021, by and between

Ameritrust Corporation, a Wyoming corporation, hereinafter referred to as "Trustor(s)," to Western Title

Company, LLC, a Nevada limited liability company, hereinafter referred to as "Trustee," to Asset

Preservation, Inc., a _California Corporation_, hereinafter referred to as "Beneficiary,"

### WITNESSETH:

That the Trustor(s) does hereby grant, bargain, sell and convey unto the Trustee in

trust with power of sale all that certain real property together with any and all appurtenant rights situated in

Lander County, State of Nevada, more particularly described on Exhibit "A" attached hereto and

incorporated herein by this reference.

AND ALSO, all the estate, interest, homestead and other claim, in law and in

equity, which the Trustor(s) now have or may hereafter acquire in and to said property.

1

**Doc #: 297718**

02/17/2021 03:23 PM  Page: 1 of 11
**OFFICIAL RECORD**
Requested By: ETRCO LLC

**Lander County, NV**
**Lesley Bunch, Recorder**

Fee: $37.00  RPTT: $0.00
Recorded By: adelgado

WHEN RECORDED RETURN TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001

COPY TO:
ASSET PRESERVATION, INC.
1420 ROCKY RIDGE DRIVE
SUITE 380
ROSEVILLE, CALIFORNIA 95661

12351Q. PAH

The part executing this document hereby affirms that
this document submitted for recording does not
contain the social security numbers of any person or
persons pursuant to NRS 239B.030

APN:      007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14,
007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22,
007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18,
010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30,
010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10,
011-270-01, 011-270-02

### DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made this _16_ day of February, 2021, by and between

Ameritrust Corporation, a Wyoming corporation, hereinafter referred to as "Trustor(s)," to Western Title

Company, LLC, a Nevada limited liability company, hereinafter referred to as "Trustee," to Asset

Preservation, Inc., a _California Corporation_ , hereinafter referred to as "Beneficiary,"

WITNESSETH:

That the Trustor(s) does hereby grant, bargain, sell and convey unto the Trustee in

trust with power of sale all that certain real property together with any and all appurtenant rights situated in

Lander County, State of Nevada, more particularly described on Exhibit "A" attached hereto and

incorporated herein by this reference.

AND ALSO, all the estate, interest, homestead and other claim, in law and in

equity, which the Trustor(s) now have or may hereafter acquire in and to said property.

1

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon the Beneficiary to collect and apply such rents, issues and profits; and also all the estate, right, title and interest, homestead or other claim or demand, as well in law as in equity, which the Trustor(s) now have or hereafter may acquire of, in, and to the said property, or any part thereof, with the appurtenances; and all of the water rights if any, whether surface or underground, certificated, adjudicated or decreed, together with all of means, methods, structure and devices for diversion to beneficial use of the appurtenant water rights.

TO HAVE AND TO HOLD the same unto the said Trustee and its successors, upon the trusts hereinafter expressed, for the purpose of securing the following:

FIRST: As security for the payment of an indebtedness in the sum of FOUR MILLION AND NO/100 DOLLARS ($4,000,000.00) in lawful money of the United States of America or such amount as may have been advanced, with interest thereon in like lawful money and such other obligations with expenses and counsel fees according to the terms of and evidenced by. The promissory note for said sum of even date herewith executed and delivered by the Trustor(s) to the Beneficiary.

SECOND: Payment of such additional amounts as may be hereafter loaned by the Beneficiary or its successors, to the Trustor(s), or any successor in interest of the Trustor(s), with interest thereon and any other indebtedness or obligation of the Trustor(s), and any present or future demands of any kind or nature which the Beneficiary, or its successor, may have against the Trustor(s), whether created directly or acquired by assignment; whether absolute or contingent; whether due or not, or whether otherwise severed or not, or whether existing at the time of the execution of this instrument, or arising thereafter; also as security for the payment and performance of every obligation, covenant, promise or agreement herein or in any note or notes secured by this deed of trust, or in connection with the preservation of the property encumbered herein or the preservation or enforcement of the lien created hereby. Trustor(s) grant to Beneficiary the right to record notice that this deed of trust is security for additional amounts and

2

obligations not specifically mentioned herein but which constitute indebtedness or obligations of the Trustor(s) for which Beneficiary may claim this deed of trust as security.

THIRD: The expenses and costs incurred or paid by Beneficiary or Trustee in preservation or enforcement of the rights and remedies of Beneficiary and the duties and liabilities of Trustor(s) hereunder, including, but not limited to, attorney's fees, court costs, witnesses' fees; expert witnesses' fees, collection costs, and costs and expenses paid by Beneficiary or Trustee in performing for Trustor(s) account any obligations of Trustor(s) or to collect the rents or prevent waste.

AND THIS INDENTURE FURTHER WITNESSETH:

1.     REPAIRS, MAINTENANCE, WASTE, LIENS AND ENCUMBRANCES:  The Trustor(s) promise to properly care for, maintain, and keep the said property in first class condition, order and repair; to properly care for, maintain and protect all appurtenant water rights, and to repair all buildings, improvements and fixtures damaged or destroyed thereon; and to pay, when due, all claims for labor performed and for materials furnished therefore; to underpin and support, when necessary, any building or other improvement situate thereon, end otherwise to protect and preserve the same; to comply with all laws, ordinances and regulations with reference to any alterations or improvements made thereon; not to commit or permit any waste or deterioration of said property; to pay, when due, all taxes, assessments, penalties and levies affecting said property and any costs or penalties thereon; to pay when due, all leases, mortgages, deeds of trust and other encumbrances which are or appear to be a lien or a charge upon the property, or any part thereof, either prior or subordinate to this deed of trust.

2.     INSURANCE:  Trustor(s) covenants to keep all buildings and improvements that may now or at any time be on said property during the continuance of this trust, insured by an all-risk policy of insurance, including but not limited to, coverage for loss by fire, lightning and flood with extended coverage endorsement not less than the amount of the loan and with no coinsurance.

Trustor(s) covenants to keep relative to the premises, including all buildings and improvements that may now, or at any time be on said property during the continuance of this trust, public liability and property damage insurance.

3

3.     DEFAULT:  Trustor(s) promises and agrees that upon the happening of any one of the following events, the Beneficiary, at its option, may declare all promissory notes, sums and obligations secured hereby immediately due and payable without demand or notice, irrespective of the maturity dates expressed therein, and Beneficiary or Trustee may record a notice of such breach or default and elect to cause said property to be sold to satisfy the indebtedness and obligations secured hereby:

a,     If default be made in the payment when due of any installment of principal or interest, or obligation as provided herein, or in the performance of any of the covenants, promises or agreements contained in this Deed of Trust and Assignment of Rents; or

b.     If default be made in the payment of any installment of principal or interest, or obligation, in accordance with the terms of any note or notes secured by a deed of trust, if any, which are subordinate to or which have priority over this Deed of Trust and Assignment of Rents securing this note, or in the performance of any of the covenants, promises or agreements contained in any such subordinate or prior deed of trust; or

c.     If the Trustor(s) becomes insolvent or makes a general assignment for the benefit of creditors, or consents to or applies for the appointment of a trustee or receiver for the property encumbered hereby, or any part thereof; or

d.     If a Trustee or receiver is appointed for said property or any part thereof; or

e.     IN THE EVENT THE REAL PROPERTY, ENCUMBERED BY THIS DEED OF TRUST AND ASSIGNMENT OF RENTS, OR ANY PART THEREOF, OR ANY INTEREST THEREIN, IS SOLD, AGREED TO BE SOLD BY CONTRACT OF SALE, OR OTHERWISE CONVEYED OR ALIENATED BY THE TRUSTOR(S); OR

f.     IF THE TRUSTOR(S)S SHALL BE DIVESTED OF TITLE TO SAID REAL PROPERTY SECURING THIS OBLIGATION OR ANY PART THEREOF, IN ANY MANNER OR WAY, WETHER VOLUNTARILY OR INVOLUNTARILY, OR BY THE OPERATION OF LAW OR OTHERWISE; OR

4

If a proceeding be either voluntarily or involuntarily instituted for reorganization of Trustor(s) or for any other debtor relief provided for by the Bankruptcy Code whether filed by or against Trustor(s), the obligations under this deed of trust are automatically accelerated without further action by Beneficiary or Trustee.

4. INSPECTION OF PROPERTY: The Beneficiary or its collection agent shall have access to and the right to inspect said property at all reasonable times.

5. EMINENT DOMAIN: If the above-described property, or any portion thereof, be condemned under any power of eminent domain or acquired for any public use or quasi-public use, the damages, proceeds and consideration for such acquisition to the extent of the full amount of indebtedness secured hereby remaining unpaid, are hereby irrevocably assigned by Trustor(s) to Beneficiary, and shall be paid forthwith to Beneficiary, to be applied on account of the last maturing installments of such indebtedness. Such payment will not constitute a prepayment under the terms of the prepayment charge provisions of the promissory note secured hereby.

6. COMPLIANCE WITH LAW: Without limiting any other provision contained herein relating to the same or similar matters as hereinafter set forth, Trustor(s) covenants and agrees to observe and comply with all applicable federal, state, and local statutes, ordinances, regulations, orders, and restrictions.

7. ASSIGNMENT OF RENTS: As a portion of the security hereunder, Trustor(s) hereby assigns and gives to and confer upon the Trustee and Beneficiary the right, title and interest and, during the continuance of these trusts, to collect the rents, issues and profits of the property encumbered by this deed of trust, with or without taking possession of the property affected hereby, and further assigns to Beneficiary all right, title and interest in and to any and all leases now or hereafter on or affecting the encumbered property, reserving unto the Trustor(s) the right, prior to any default by Trustor(s) in payment of any indebtedness secured hereby, or in the performance of any agreement hereunder, to collect and retain such rents, issues and profits as they may accrue and become payable. The foregoing assignment of any lease shall not be deemed to impose upon the Trustee and Beneficiary any of the obligations or duties of

Trustor(s) provided in any such lease, and Trustor(s) agrees to fully perform all obligations of the lessor under all such leases.

The Trustee or Beneficiary may enter the encumbered property and inspect the same at any time during the existence of the trust hereby created, and in case default be made in the payment of any sum secured hereby, or in the performance of any act the performance of which is secured hereby, the Trustee or Beneficiary shall be entitled at any time, at its option either by itself, by an agent, or a Receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, to enter upon and take possession of the encumbered property, or any part thereof, and to do and perform such acts of repair, cultivation, protection or irrigation as may be necessary or proper to conserve the value thereof; to rent or lease the same or any part thereof for such rental, term and upon such conditions as its judgment may dictate, and to collect and receive the rents, issues and profits thereof; (which rents, issues, and profits, present and future, are hereby assigned to the Beneficiary as further security, but which assignment Trustee or Beneficiary agrees not to enforce so long as Trustor(s) is not in default in payment of any sum or performance of any act to be made or performed hereunder), and to apply such rents, issues, and profits, to the reduction or satisfaction of any obligation secured by this deed of trust, and also to do any other act or acts, as it may deem necessary or proper, in the use, management or operation of the said premises, or to protect or conserve the value thereof, the specific enumerations herein not excluding the general. In the event that the Trustee or Beneficiary shall exercise the option granted in this paragraph the Trustor(s) agree to surrender to the Beneficiary peaceable possession of same property, and not to interfere in any manner with the exercise of the rights granted herein; and the expenses therein incurred, including compensation to said Beneficiary, its designated agent or Receiver, for attorney's fees, costs and related expenditures, shall be deemed to be a portion of the expense of this trust, and secured hereby. Trustor(s) also assigns to Beneficiary, as a portion of the security for the performance of the obligations secured hereby, all prepaid rents and all monies which have been or may hereafter be deposited with said Trustor(s) by any lessee of the property encumbered by this deed of trust, to secure the payment of any rent, and upon

6

default in the performance of any of the provisions hereof Trustor(s) agree to deliver said rents and deposits to the Trustee.

Trustor(s) shall not, without Beneficiary's prior written consent, further assign the rents, issues and profits from the encumbered property, nor enter into. any agreement or do any act to amend, modify, extend, terminate or cancel, accept the surrender, subordinate, accelerate the payment of rent, or change the terms of any renewal option of any lease now or hereafter affecting such property or any portion thereof.

8.    EXERCISE OF POWERS AND REMEDIES:  Each and every power or remedy herein specifically given shall be in addition to every other power or remedy, existing or implied, now or hereafter given or existing in Jaw or in equity, and each and every power and remedy herein specifically given or otherwise so existing or given may be exercised from time to time and as often and in such order as may be deemed expedient by Beneficiary or the holder of the Promissory Note and the e x e r c i s e  or the beginning of the exercise of one power or remedy shall not be deemed a waiver of the right to exercise at the same time or thereafter any power or remedy. No delay or omission of the Beneficiary in the exercise of any right or power accruing hereunder shall impair any such right or power or be construed to be a waiver of any default or acquiescence therein.

9.    SEVERABILITY:   The unenforceability or invalidity of any provision or provisions of this deed of trust as to any persons or circumstances shall not render that provision or those provisions unenforceable or invalid as to any other persons or circumstances, and all provisions hereof, in all other respects, shall remain valid and enforceable.

10.   SUCCESSORS AND ASSIGNS:  The benefits of the covenants, terms, conditions, and agreements contained herein shall accrue to, and the obligations thereof shall bind the heirs, representatives, successors, and assigns of the parties hereto and the Beneficiary hereof. However, nothing in the foregoing shall be implied to mean that Beneficiary has or will consent in any fashion to an assignment or delegation of the duties hereunder. Whenever used, the singular number shall include the plural, the plural the singular and the use of any gender shall include all other genders, and the term

7

"Beneficiary" shall include any holder of the indebtedness hereby secured or any transferee thereof whether by operation of law or otherwise.

      11.     NOTICES:  Any notice or demand to be given or required by the terms of this deed of trust shall be given to the Trustor and Beneficiary by certified or registered mail at the following addresses:

Trustor:              AMERITRUST CORPORATION
                           1712 Pioneer Avenue
                           Suite 500
                           Cheyenne, Wyoming 82001

Trustee:              WESTERN TITLE COMPANY, INC.
                           5390 Kietzke Lane
                           Suite 101
                           Reno, Nevada 89511

Beneficiary:         ASSET PRESERVATION, INC.
                           1420 Rocky Ridge Drive
                           Suite 380
                           Roseville, California 95661

8

IN WITNESS WHEREOF, the Trustor(s) has executed this Deed of Trust and Assignment of Rents the day and year first above written.

**AMERITRUST CORPORATION**

By: _Seong Lee_

Its: _President_          _Seong Lee_

STATE OF _Nevada_ )

) ss.

COUNTY OF _Washoe_ )

This instrument was acknowledged before me on this _16_ day of February, 2021 by _Seong Lee_, _President_ of and for Ameritrust Corporation, a Wyoming corporation.

_Kristi Franco_

Notary Public

> KRISTIN S. FRANCO
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89810-2 - Expires May 24, 2024

9

## Exhibit "A"

### Legal Description of Property

*All that property situated in Lander County, Nevada, containing 25,175.23 acres, more or less, and more particularly described as:*

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 30N | 44E | 05 | All |
| 30N | 44E | 03 | All |
| 30N | 44E | 04 | All |
| 30N | 44E | 01 | All |
| 30N | 44E | 02 | Lots 1-4, S/2 NE/4, SE/4, S/2 SW/4 |
| 30N | 44E | 15 | All |
| 30N | 44E | 17 | All |
| 30N | 44E | 22 | All |
| 30N | 44E | 07 | All |
| 30N | 44E | 18 | W/2, E/2 SE/4, SW/4 SE/4 |
| 30N | 44E | 10 | All |
| 30N | 44E | 09 | All |
| 30N | 44E | 08 | All |
| 30N | 44E | 23 | All |
| 30N | 44E | 13 | All |
| 30N | 44E | 24 | All |
| 30N | 44E | 11 | All |
| 30N | 44E | 14 | All |
| 30N | 44E | 12 | All |
| 31N | 44E | 27 | All |
| 31N | 44E | 34 | All |
| 31N | 44E | 21 | NE/4, S/2 |
| 31N | 44E | 33 | All |
| 31N | 44E | 15 | NE/4, S/2 |
| 31N | 44E | 22 | All |
| 31N | 44E | 12 | Parcel A of Parcel Map 257170 |
| 31N | 44E | 13 | All |
| 31N | 44E | 25 | All |
| 31N | 44E | 26 | All |
| 31N | 44E | 23 | All |
| 31N | 44E | 24 | All |
| 31N | 44E | 35 | All |
| 31N | 44E | 11 | Parcel A of Parcel Map 269543 |
| 31N | 45E | 08 | All |
| 31N | 45E | 30 | All |
| 31N | 45E | 07 | All |

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 31N | 45E | 19 | All |
| 31N | 45E | 20 | N/2, SW/4 |
| 31N | 45E | 18 | All |
| 31N | 45E | 17 | All |
| 31N | 45E | 05 | All |

APN 010-430-13,
APN 010-430-17,          APN 010-430-15,
     APN 010-430-19,     APN 010-430-18,
          APN 010-430-23,     APN 010-430-20,
APN 010-430-25,               APN 010-430-24,
APN 010-430-29,          APN 010-430-28,
APN 010-430-35,          APN 010-430-30,
APN 010-440-02,          APN 010-430-37,
APN 010-440-04,          APN 010-440-03,
APN 010-440-06,          APN 010-440-05,
APN 011-270-01           APN 010-440-10,
                         APN 011-270-02

     APN 007-030-08,
     APN 007-030-09,
     APN 007-030-11,     APN 007-030-10,
     APN 007-030-13,     APN 007-030-12,
     APN 007-030-15,     APN 007-030-14,
     APN 007-030-17,     APN 007-030-16,
     APN 007-030-19,     APN 007-030-18,
     APN 007-030-21,     APN 007-030-20,
     APN 007-030-23,     APN 007-030-22,
     APN 007-030-28      APN 007-030-27,
                         APN 007-030-29,

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessors Parcel Number(s)
    a)  007-030-08 see attached additional parcels

2.  Type of Property:

| | | | | |
|---|---|---|---|---|
| a) ☒ Vacant Land | b) ☐ Single Fam. Res. | |
| c) ☐ Condo/Twnhse | d) ☐ 2-4 Plex | |
| e) ☐ Apt. Bldg | f) ☐ Comm'l/Ind'l | |
| g) ☐ Agricultural | h) ☐ Mobile Home | |
| i) ☐ Other_____ | | |

> **FOR RECORDERS OPTIONAL USE ONLY**
> NOTES:_____
> _____
> _____

3.  Total Value/Sales Price of Property:      $6,950,000.00
    Deed in Lieu of Foreclosure Only (value of     (
    property)
    Transfer Tax Value:      $6,950,000.00
    Real Property Transfer Tax Due:      $27,105.00

4.  If Exemption Claimed:
    a.    Transfer Tax Exemption per NRS 375.090, Section
    b.    Explain Reason for Exemption:

5.  Partial Interest: Percentage being transferred:   %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.

**Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**
Signature_____   _Capacity _____
Signature_____   _Capacity __ Agent _____
     JARED WISS

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: New Nevada Lands, LLC , a Mississippi Limited Liability Company | Print Name: Ameritrust Corporation, a Wyoming Corporation |
| Address: 4405 Commons Drive Est, Ste 301 | Address: 1712 Pioneer Ave, Suite 500 |
| City: Destin | City: Cheyenne |
| State: FL    Zip: 32541 | State: WY    Zip: 82001 |

COMPANY/PERSON REQUESTING RECORDING
(required if not the seller or buyer)
Print Name: eTRCo, LLC. On behalf of Western Title Company      Esc. #: 123516-PAH
Address:    Kietzke Office
         5390 Kietzke Ln Suite 101
City/State/Zip:   Reno, NV 89511
         (AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)

Additional Parcel #5

APN 010-430-13,
APN 010-430-17,                        APN 010-430-15,
       APN 010-430-19,                 APN 010-430-18,
            APN 010-430-23,                   APN 010-430-20,
APN 010-430-25,                              APN 010-430-24,
APN 010-430-29,                        APN 010-430-28,
APN 010-430-35,                        APN 010-430-30,
APN 010-440-02,                        APN 010-430-37,
APN 010-440-04,                        APN 010-440-03,
APN 010-440-06,                        APN 010-440-05,
APN 011-270-01                         APN 010-440-10,
                                       APN 011-270-02

       APN 007-030-09,
       APN 007-030-11,                 APN 007-030-10,
       APN 007-030-13,                 APN 007-030-12,
       APN 007-030-15,                 APN 007-030-14,
       APN 007-030-17,                 APN 007-030-16,
       APN 007-030-19,                 APN 007-030-18,
       APN 007-030-21,                 APN 007-030-20,
       APN 007-030-23,                 APN 007-030-22,
       APN 007-030-28                  APN 007-030-27,
                                       APN 007-030-29,

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE
SUITE 500
CHEYENNE, WYOMING 82001
~~RPTT: $27,105.00~~

COPY TO:
NEW NEVADA LANDS, LLC
4405 COMMONS DRIVE EAST
SUITE 301
DESTIN, FLORIDA 32541

123516·PMH

> Recorded Electronically
> ID: 267717
> County: Lander
> Date: 2/17/2021  Time: 3:23 pm

**APN:**   007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14,
007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22,
007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18,
010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30,
010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10,
011-270-01, 011-270-02

## GRANT BARGAIN AND SALE DEED

 **THIS GRANT, BARGAIN AND SALE DEED** is made this 16th day of February, 2021
by and between **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company, whose
address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541 (referred to as
"GRANTOR") and **AMERITRUST CORPORATION**, a Wyoming corporation whose address
is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001 (referred to as "GRANTEE").

 **GRANTOR**, in consideration of the sum of Ten Dollars ($10.00), lawful money of the
United States, and other good and valuable consideration to **GRANTOR** paid by the **GRANTEE**,
the receipt of which **GRANTOR** acknowledges, by these presents grants, bargains and sells to
**GRANTEE**, and to **GRANTEE's** successors and assigns forever, all right, title and interest in and
to that certain real property situated in Lander County, State of Nevada, and more particularly
described on Exhibit A.

 Together with all and singular the tenements, hereditaments and appurtenances belonging,
or in anywise appertaining, to the real property, and the reversion and reversions, remainder and
remainders, rents, issues and profits of the real property; except as otherwise expressly provided
in this Deed.

 To have and to hold the real property above described with the appurtenances, unto
**GRANTEE**, and to **GRANTEE's** heirs, and successors and assigns forever.

 **GRANTOR** has executed this Grant, Bargain and Sale Deed the day and year first above
written.

**Doc #: 297717**

02/17/2021 03:23 PM  Page: 1 of 6
**OFFICIAL RECORD**
Requested By: ETRCO LLC
**Lander County, NV**
**Lesley Bunch, Recorder**

Fee: $37.00  RPTT: $27,105.00
Recorded By: adelgado

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE
SUITE 500
CHEYENNE, WYOMING 82001

COPY TO:
NEW NEVADA LANDS, LLC
4405 COMMONS DRIVE EAST
SUITE 301
DESTIN, FLORIDA 32541

123510·PAH

**APN:**      **007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14, 007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22, 007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18, 010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30, 010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10, 011-270-01, 011-270-02**

## GRANT BARGAIN AND SALE DEED

**THIS GRANT, BARGAIN AND SALE DEED** is made this 16th day of February, 2021 by and between **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company, whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541 (referred to as "GRANTOR") and **AMERITRUST CORPORATION**, a Wyoming corporation whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001 (referred to as "GRANTEE").

**GRANTOR**, in consideration of the sum of Ten Dollars ($10.00), lawful money of the United States, and other good and valuable consideration to **GRANTOR** paid by the **GRANTEE**, the receipt of which **GRANTOR** acknowledges, by these presents grants, bargains and sells to **GRANTEE**, and to **GRANTEE's** successors and assigns forever, all right, title and interest in and to that certain real property situated in Lander County, State of Nevada, and more particularly described on Exhibit A.

Together with all and singular the tenements, hereditaments and appurtenances belonging, or in anywise appertaining, to the real property, and the reversion and reversions, remainder and remainders, rents, issues and profits of the real property; except as otherwise expressly provided in this Deed.

To have and to hold the real property above described with the appurtenances, unto **GRANTEE**, and to **GRANTEE's** heirs, and successors and assigns forever.

**GRANTOR** has executed this Grant, Bargain and Sale Deed the day and year first above written.

**NEW NEVADA LANDS, LLC**
**A MISSISSIPPI LIMITED LIABILITY COMPANY**

By: _____

Heath A. Rushing
Title:  Authorized Member of Conduit LLC, a
Florida limited liability company, as sole member
of and for New Nevada Lands, LLC, a Mississippi
limited liability company.

STATE OF _Nevada_                     )
                                      ) ss.
COUNTY OF _Washoe_                    )

    This instrument was acknowledged before me on this _16_ day of Feburary, 2021
by Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada
Lands, LLC, a Mississippi limited liability company.

_____
Notary Public

KRISTIN S. FRANCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 - Expires May 24, 2024

## Exhibit "A"

### Legal Description of Property

*All that property situated in Lander County, Nevada, containing 25,175.23 acres, more or less, and more particularly described as:*

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 30N | 44E | 05 | All |
| 30N | 44E | 03 | All |
| 30N | 44E | 04 | All |
| 30N | 44E | 01 | All |
| 30N | 44E | 02 | Lots 1-4, S/2 NE/4, SE/4, S/2 SW/4 |
| 30N | 44E | 15 | All |
| 30N | 44E | 17 | All |
| 30N | 44E | 22 | All |
| 30N | 44E | 07 | All |
| 30N | 44E | 18 | W/2, E/2 SE/4, SW/4 SE/4 |
| 30N | 44E | 10 | All |
| 30N | 44E | 09 | All |
| 30N | 44E | 08 | All |
| 30N | 44E | 23 | All |
| 30N | 44E | 13 | All |
| 30N | 44E | 24 | All |
| 30N | 44E | 11 | All |
| 30N | 44E | 14 | All |
| 30N | 44E | 12 | All |
| 31N | 44E | 27 | All |
| 31N | 44E | 34 | All |
| 31N | 44E | 21 | NE/4, S/2 |
| 31N | 44E | 33 | All |
| 31N | 44E | 15 | NE/4, S/2 |
| 31N | 44E | 22 | All |
| 31N | 44E | 12 | Parcel A of Parcel Map 257170 |
| 31N | 44E | 13 | All |
| 31N | 44E | 25 | All |
| 31N | 44E | 26 | All |
| 31N | 44E | 23 | All |
| 31N | 44E | 24 | All |
| 31N | 44E | 35 | All |
| 31N | 44E | 11 | Parcel A of Parcel Map 269543 |
| 31N | 45E | 08 | All |
| 31N | 45E | 30 | All |
| 31N | 45E | 07 | All |

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 31N | 45E | 19 | All |
| 31N | 45E | 20 | N/2, SW/4 |
| 31N | 45E | 18 | All |
| 31N | 45E | 17 | All |
| 31N | 45E | 05 | All |

APN 010-430-13,
APN 010-430-17,          APN 010-430-15,
     APN 010-430-19,     APN 010-430-18,
          APN 010-430-23,     APN 010-430-20,
APN 010-430-25,               APN 010-430-24,
APN 010-430-29,          APN 010-430-28,
APN 010-430-35,          APN 010-430-30,
APN 010-440-02,          APN 010-430-37,
APN 010-440-04,          APN 010-440-03,
APN 010-440-06,          APN 010-440-05,
APN 011-270-01           APN 010-440-10,
                         APN 011-270-02

     APN 007-030-08,
     APN 007-030-09,
     APN 007-030-11,     APN 007-030-10,
     APN 007-030-13,     APN 007-030-12,
     APN 007-030-15,     APN 007-030-14,
     APN 007-030-17,     APN 007-030-16,
     APN 007-030-19,     APN 007-030-18,
     APN 007-030-21,     APN 007-030-20,
     APN 007-030-23,     APN 007-030-22,
     APN 007-030-28      APN 007-030-27,
                         APN 007-030-29,

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessors Parcel Number(s)
   a) 007-030-08- see attached additional parcels

2. Type of Property:
   a) ☐ Vacant Land    b) ☐ Single Fam. Res.
   c) ☐ Condo/Twnhse    d) ☐ 2-4 Plex
   e) ☐ Apt. Bldg    f) ☐ Comm'l/Ind'l
   g) ☐ Agricultural    h) ☐ Mobile Home
   i) ☒ Other MINERAL RIGHTS ONLY

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | NOTES:_____ |
   | _____ |
   | _____ |

3. Total Value/Sales Price of Property: _____
   Deed in Lieu of Foreclosure Only (value of   ( _____
   property) _____
   Transfer Tax Value: _____
   Real Property Transfer Tax Due: _____

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section # *8*
   b. Explain Reason for Exemption: Mineral Rights only—*Selling mineral Rights*

5. Partial Interest: Percentage being transferred: 100%

   The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.

**Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature _____*Jared Wiss*_____ Capacity *Agent*
Signature _____ Capacity _____

| SELLER (GRANTOR) INFORMATION (REQUIRED) | | BUYER (GRANTEE) INFORMATION (REQUIRED) | |
|---|---|---|---|
| Print Name: | New Nevada Resources LLC, a Florida Limited Liability Company | Print Name: | Ameritrust Corporation, a Wyoming Corporation |
| Address: | 4405 Commons Drive Est, Ste 301 | Address: | 1712 Pioneer Ave, Suite 500 |
| City: | Destin | City: | Cheyenne |
| State: FL | Zip: 32541 | State: WY | Zip: 82001 |

COMPANY/PERSON REQUESTING RECORDING
(required if not the seller or buyer)
Print Name: eTRCo, LLC. On behalf of Western Title Company    Esc. #: 123516-PAH
Address:   Kietzke Office
        5390 Kietzke Ln Suite 101
City/State/Zip:   Reno, NV 89511
          (AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)

Additional Parcel No's

APN 010-430-13,
APN 010-430-17,           APN 010-430-15,
    APN 010-430-19,       APN 010-430-18,
        APN 010-430-23,       APN 010-430-20,
APN 010-430-25,               APN 010-430-24,
APN 010-430-29,           APN 010-430-28,
APN 010-430-35,           APN 010-430-30,
APN 010-440-02,           APN 010-430-37,
APN 010-440-04,           APN 010-440-03,
APN 010-440-06,           APN 010-440-05,
APN 011-270-01            APN 010-440-10,
                          APN 011-270-02

    APN 007-030-09,
    APN 007-030-11,       APN 007-030-10,
    APN 007-030-13,       APN 007-030-12,
    APN 007-030-15,       APN 007-030-14,
    APN 007-030-17,       APN 007-030-16,
    APN 007-030-19,       APN 007-030-18,
    APN 007-030-21,       APN 007-030-20,
    APN 007-030-23,       APN 007-030-22,
    APN 007-030-28        APN 007-030-27,
                          APN 007-030-29,

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE
SUITE 500
CHEYENNE, WYOMING 82001
RPTT: 0.00
COPY TO:
NEW NEVADA LANDS, LLC
4405 COMMONS DRIVE EAST
SUITE 301
DESTIN, FLORIDA 32541

123516. PAH

Recorded Electronically
ID 297779
County Lander
Date 2/17/2021 Time 3:23 PM

**APN:**　　007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14, 007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22, 007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18, 010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30, 010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10, 011-270-01, 011-270-02

## QUITCLAIM DEED OF MINERAL RIGHTS AND RESERVATION OF ROYALTY

　　　　This Quitclaim Deed of Mineral Rights and Reservation of Royalty ("Deed") is made this 16th day of February, 2021 by New Nevada Resources, LLC, a Florida limited liability company, whose address is: 4405 Commons Drive East, Suite 301, Destin, Florida, 32541 ("Grantor"), and Ameritrust Corporation, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, hereafter referred as ("Grantee").

　　　　For and in consideration of Grantee's payment to Grantor of the sum of Ten Dollars ($10.00) United States currency, and other good and valuable consideration, the receipt and sufficiency of which Grantor acknowledges, Grantor quitclaims to Grantee, and to Grantee's successors and assigns forever, all of Grantor's right, title and interest in and to the mineral estate and minerals in, on and under that certain real property situated in Lander County, Nevada, more particularly described in Exhibit "A" attached to and by this reference incorporated in this Deed and subject to the following Net Smelter Returns Royalty:

Royalty Obligor: Ameritrust Corporation ("Obligor")

Owner: New Nevada Resources, LLC ("NNR")

**1.　Definitions.**

　　　　1.1　　"Production Royalty" means Obligor shall pay the Royalty to NNR for the production of all Minerals from the Property.　The Royalty shall be calculated and paid in accordance with Quitclaim Deed of Mineral Rights and Reservation of Royalty.　The Royalty percentage rate for minerals produced from the property shall be three percent (3%).

# Doc #: 297719

02/17/2021 03:23 PM  Page: 1 of 11
**OFFICIAL RECORD**
Requested By: ETRCO LLC
**Lander County, NV**
**Lesley Bunch, Recorder**
Fee: $37.00  RPTT: $0.00
Recorded By: adelgado

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE
SUITE 500
CHEYENNE, WYOMING 82001

COPY TO:
NEW NEVADA LANDS, LLC
4405 COMMONS DRIVE EAST
SUITE 301
DESTIN, FLORIDA 32541

12351&·Path

APN:    007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14,
007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22,
007-030-23, 007-030-27, 007-030-29, 007-030-39, 010-430-13, 010-430-15, 010-430-17, 010-430-18,
010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30,
010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10,
011-270-01, 011-270-02

## QUITCLAIM DEED OF MINERAL RIGHTS AND RESERVATION OF ROYALTY

This Quitclaim Deed of Mineral Rights and Reservation of Royalty ("Deed") is made this 16th day of February, 2021 by New Nevada Resources, LLC, a Florida limited liability company, whose address is: 4405 Commons Drive East, Suite 301, Destin, Florida, 32541 ("Grantor"), and Ameritrust Corporation, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, hereafter referred as ("Grantee").

For and in consideration of Grantee's payment to Grantor of the sum of Ten Dollars ($10.00) United States currency, and other good and valuable consideration, the receipt and sufficiency of which Grantor acknowledges, Grantor quitclaims to Grantee, and to Grantee's successors and assigns forever, all of Grantor's right, title and interest in and to the mineral estate and minerals in, on and under that certain real property situated in Lander County, Nevada, more particularly described in Exhibit "A" attached to and by this reference incorporated in this Deed and subject to the following Net Smelter Returns Royalty:

Royalty Obligor: Ameritrust Corporation ("Obligor")

Owner: New Nevada Resources, LLC ("NNR")

1. **Definitions.**

1.1   "Production Royalty" means Obligor shall pay the Royalty to NNR for the production of all Minerals from the Property.  The Royalty shall be calculated and paid in accordance with Quitclaim Deed of Mineral Rights and Reservation of Royalty.  The Royalty percentage rate for minerals produced from the property shall be three percent (3%).

1.2      "Gold Production" means the quantity of refined gold outturned to Obligor's account by an independent third party refinery for gold produced from the Property during the calendar quarter on either a provisional or final settlement basis.

1.2      "Gross Value" shall be determined on a calendar quarter basis and have the following meanings with respect to the following Minerals:

1.2.1    Gold

(a)      If Obligor sells gold concentrates, dore or ore, then Gross Value shall be the value of the gold contained in the gold concentrates, dore and ore determined by utilizing: (1) the mine weights and assays for such gold concentrates, dore and ore; (2) a reasonable recovery rate for the refined gold recoverable from such gold concentrates, dore and ore (which shall be adjusted annually to reflect the actual recovery rate of refined metal from such gold concentrates, dore and ore); and (3) the Monthly Average Gold Price for the month in which the gold concentrates, dore and ore were sold.

(b)      If Obligor produces refined gold (meeting the specifications of the London Bullion Market Association, and if the London Bullion Market Association no longer prescribes specifications, the specifications of such other association generally accepted and recognized in the mining industry) from Minerals, and if Section 1.2.1(a) above is not applicable, then for purposes of determining Gross Value, the refined gold shall be deemed to have been sold at the Quarterly Average Gold Price for the quarter in which it was refined. The Gross Value shall be determined by multiplying Gold Production during the calendar quarter by the Quarterly Average Gold Price.

1.2.2    Silver.

(a)      If Obligor sells silver concentrates, dore or ore, then Gross Value shall be the value of the silver contained in the silver concentrates, dore and ore determined by utilizing: (1) the mine weights and assays for such silver concentrates, dore and ore; (2) a reasonable recovery rate for the refined silver recoverable from such silver concentrates, dore and ore (which shall be adjusted annually to reflect the actual recovery rate of refined metal from such silver concentrates, dore and ore); and (3) the Monthly Average Silver Price for the month in which the silver concentrates, dore and ore were sold.

(b)      If Obligor produces refined silver (meeting the specifications for refined silver subject to the New York Silver Price published by Handy & Harmon, and if Handy & Harmon no longer publishes such specifications, the specifications of such other association or entity generally accepted and recognized in the mining industry) from Minerals, and if Section 1.2.2(a) above is not applicable, the refined silver shall be deemed to have been sold at the Quarterly Average Silver Price for the quarter in which it was refined. The Gross Value shall be determined by multiplying Silver Production during the calendar quarter by the Quarterly Average Silver Price.

1.2.3    All Other Minerals.

(a)     If Obligor sells any concentrates, dore or ore of Minerals other than gold or silver, then Gross Value shall be the value of such Minerals determined by utilizing: (1) the mine weights and assays for such Minerals; (2) a reasonable recovery rate for the Minerals (which shall be adjusted annually to reflect the actual recovery rate of recovered or refined metal or product from such Minerals); and (3) the monthly average price for the Minerals or product of the Minerals for the month in which the concentrates, dore or ore was sold. The monthly average price shall be determined by reference to the market for such Minerals or product which is recognized in the mining industry as authoritative and reflective of the market for such Minerals or product.

(b)     If Obligor produces refined or processed metals from Minerals other than refined gold or refined silver, and if Section 1.2.3(a) above is not applicable, then Gross Value shall be equal to the amount of the proceeds received by Obligor during the calendar quarter from the sale of such refined or processed metals. Obligor shall have the right to sell such refined or processed metals to an affiliated party, provided that such sales shall be considered, solely for purposes of determining Gross Value, to have been sold at prices and on terms no less favorable than those that would be obtained from an unaffiliated third party in similar quantities and under similar circumstances.

1.3     "Quarterly Average Gold Price" means the average London Bullion Market Association Afternoon Gold Fix, calculated by dividing the sum of all such prices reported for the calendar quarter by the number of days for which such prices were reported during that quarter. If the London Bullion Market Association Afternoon Gold Fix ceases to be published, all such references shall be replaced with references to prices of gold for immediate sale in another established marked selected by Obligor as such prices are published in Metals Week magazine, and if Metals Week magazine no longer publishes such prices, the prices of such other association or entity generally accepted and recognized in the mining industry.

1.4     "Quarterly Average Silver Price" means the average New York Silver Price as published daily by Handy & Harmon, calculated by dividing the sum of all such prices reported for the calendar quarter by the number of days in such calendar quarter for which such prices were reported. If the Handy & Harmon quotations cease to be published, all such references shall be replaced with references to prices of silver for immediate sale in another established market selected by Obligor as published in Metals Week magazine, and if Metals Week magazine no longer publishes such prices, the prices of such other association or entity generally accepted and recognized in the mining industry.

1.5     "Net Smelter Returns" means the Gross Value of all Minerals, less costs, charges and expenses paid or incurred by Obligor with respect to the refining and smelting of such Minerals, without limitation:

1.5.1     Charges for smelting and refining (including sampling, assaying and penalty charges); and

1.5.2     In respect of Precious Metals, Base Metals and Industrial Materials, actual costs of transportation (including freight, insurance, security, transaction taxes, handling, port, demurrage,

delay and forwarding expenses incurred by reason of or in the course of such transportation) of concentrates or dore metal from the Property to the smelter or refinery, but in no event shall charges or costs of transportation of Minerals or ores from any mine on the Property to an autoclave, concentrator, crusher, heap or other leach process, mill or plant which is not a smelter or refinery. In respect of Obligor ore, Obligor concentrates and Obligor products only, Obligor may deduct the cost of transporting magnetite or other Obligor concentrates to any blast furnace reduction facility, pebble crushing facility, sintering facility or similar facility.

Allowable deductions for each shipment shall be allocated to Precious Metals, Base Metals and Industrial Minerals as specified in the statements of the refinery, smelter or other purchaser, except that allowable deductions common to a shipment of Precious Metals, Base Metals, Industrial Minerals and Obligor products which are not specifically allocated to Precious Metals, Base Metal and Industrial Minerals by the refinery, smelter or other purchaser shall be allocated in the proportion of the respective values of the Precious Metals, Base Metals, Industrial Minerals and Obligor products outturned from such shipment.

    **1.6**     "Silver Production" means the quantity of refined silver outturned to Obligor's account by an independent third-party refinery for silver produced from the Property during the calendar quarter on either a provisional or final settlement basis.

**2.**     **Payment Procedures.**

    **2.1**     **Accrual of Obligation.** Obligor's obligation to pay the royalty shall accrue upon the sale or shipment from the Property of unrefined metals, dore metal, concentrates, ores or other Minerals products or, if refined metals are produced, upon the outturn of refined metals meeting the requirements of the specified published price to Obligor's account.

    **2.2**     **Futures or Forward Sales, Etc.** Except as provided in Sections 1.2.1(a), 1.2.2(a) and 1.2.3 above (with respect to sales of unprocessed gold and silver and sales of Minerals other than gold and silver), Gross Value shall be determined irrespective of any actual arrangements for the sale or other disposition of Minerals by Obligor, specifically including but not limited to forward sales, futures trading or commodities options trading, and any other price hedging, price protection, and speculative arrangements that may involve the possible delivery of gold, silver or other metals produced from Minerals.

    **2.3**     **Inventories and Stockpiles.** Obligor shall include in all quarterly statements a description of the quantity and quality of any gold or silver dore that has been retained as inventory for more than ninety (90) days. NNR shall have thirty (30) calendar days after receipt of the statement to either: (a) elect that the dore be deemed sold, with Gross Value to be determined as provided in Sections 1.2.1 (b), with respect to gold, and 1.2.2(b), with respect to silver, as of such thirtieth (30th) day utilizing the mine weights and assays for such dore and utilizing a reasonable recovery rate for refined metal and reasonable deemed charges for all deductions specified in Section 1.6 above, or (b) elect to wait until such time as the royalty payment otherwise would become payable pursuant to Sections 1.2.1(b) and 1.2.2(b). NNR's failure to respond within such time shall be deemed to be an election to use the methods described in Sections 1.2.1(b) and

Nevada_001347

1.2.2(b). No royalty payments shall be due with respect to stockpiles of ores or concentrates unless and until such ores or concentrates are actually sold.

      **2.4**     **Transfer or Encumbrance of Royalty.** NNR may transfer, pledge, mortgage, charge or otherwise encumber all or any part of its right, title and interest in and to the royalty, except that Obligor shall be under no obligation to make its payments to such assignee, transferee, pledgee or other third party until Obligor's receipt of written notice concerning the assignment, transfer or pledge.

**3.**     **Sampling and Commingling.** Obligor shall have the right to commingle Minerals and ores from the Property and materials from other properties, provided, that Obligor first informs NNR, in writing, of Obligor's intention to commingle and delivers to NNR a detailed written description of Obligor's commingling plan. NNR shall have ninety (90) days during which to review and comment on Obligor's proposed commingling plan. In any and all events, all Minerals and ores shall be measured and sampled by Obligor in accordance with sound mining and metallurgical practices for metal and mineral content before commingling of any such Minerals or ores with materials from any other property. Representative samples of materials from the Property intended to be commingled shall be retained by Obligor, and assays of these samples shall be made before commingling to determine the metal content of each ore. Detailed records shall be kept by NNR showing measurements, assays of metal content and gross metal content of the materials from the Property are commingled.

**4.**     **Audit.** Upon reasonable notice and at a reasonable time, NNR shall have the right to audit and examine the Obligor's accounts and records relating to the calculation of the Net Smelter Returns royalty payments. If such audit determines that there has been a deficiency or an excess in the payment made to NNR, such deficiency or excess shall be resolved by adjusting the next monthly royalty payment due NNR. NNR shall pay all costs of such audit unless a deficiency of three percent (3%) or more of the royalty payment due for the calendar month in question is determined to exist. All books and records used by Obligor to calculate the royalty payments shall be kept in accordance with generally accepted accounting principles applicable to the mining industry.

      **GRANTOR** and **GRANTEE** have executed this Quitclaim Deed the day and year first above written.

Nevada_001383

**NEW NEVADA RESOURCES, LLC**
**A FLORIDA LIMITED LIABILITY COMPANY**

**BY: NEW NEVADA RESOURCES, LLC**
**ITS: CEO**

By: _____
        Heath A. Rushing, CEO


STATE OF NEVADA                    )
                                                    ) ss.
COUNTY OF WASHOE            )

 This instrument was acknowledged before me on this ⎵16⎵ day of February, 2021 by Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada Resources, LLC, a Florida limited liability company.


_____
Notary Public

> KRISTIN S. FRANCO
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89810-2 - Expires May 24, 2024

**AMERITRUST CORPORATION**

By: _~Sung Lee~_ *Seong Lee*
Its: _President_

STATE OF ___Nevada___ )
                                          ) ss.
COUNTY OF ___Washoe___ )

    This instrument was acknowledged before me on this _16_ day of February, 2021 by _Seong Lee_ , _President_ of and for Ameritrust Corporation, a Wyoming corporation.

_Kristin Franco_
Notary Public

> **KRISTIN S. FRANCO**
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89810-2 - Expires May 24, 2024

## Exhibit "A"

### Legal Description of Property

*All that property situated in Lander County, Nevada, containing 25,175.23 acres, more or less, and more particularly described as:*

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 30N | 44E | 05 | All |
| 30N | 44E | 03 | All |
| 30N | 44E | 04 | All |
| 30N | 44E | 01 | All |
| 30N | 44E | 02 | Lots 1-4, S/2 NE/4, SE/4, S/2 SW/4 |
| 30N | 44E | 15 | All |
| 30N | 44E | 17 | All |
| 30N | 44E | 22 | All |
| 30N | 44E | 07 | All |
| 30N | 44E | 18 | W/2, E/2 SE/4, SW/4 SE/4 |
| 30N | 44E | 10 | All |
| 30N | 44E | 09 | All |
| 30N | 44E | 08 | All |
| 30N | 44E | 23 | All |
| 30N | 44E | 13 | All |
| 30N | 44E | 24 | All |
| 30N | 44E | 11 | All |
| 30N | 44E | 14 | All |
| 30N | 44E | 12 | All |
| 31N | 44E | 27 | All |
| 31N | 44E | 34 | All |
| 31N | 44E | 21 | NE/4, S/2 |
| 31N | 44E | 33 | All |
| 31N | 44E | 15 | NE/4, S/2 |
| 31N | 44E | 22 | All |
| 31N | 44E | 12 | Parcel A of Parcel Map 257170 |
| 31N | 44E | 13 | All |
| 31N | 44E | 25 | All |
| 31N | 44E | 26 | All |
| 31N | 44E | 23 | All |
| 31N | 44E | 24 | All |
| 31N | 44E | 35 | All |
| 31N | 44E | 11 | Parcel A of Parcel Map 269543 |
| 31N | 45E | 08 | All |
| 31N | 45E | 30 | All |
| 31N | 45E | 07 | All |

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 31N | 45E | 19 | All |
| 31N | 45E | 20 | N/2, SW/4 |
| 31N | 45E | 18 | All |
| 31N | 45E | 17 | All |
| 31N | 45E | 05 | All |

APN 010-430-13,
APN 010-430-17,          APN 010-430-15,
     APN 010-430-19,      APN 010-430-18,
          APN 010-430-23,      APN 010-430-20,
APN 010-430-25,               APN 010-430-24,
APN 010-430-29,     APN 010-430-28,
APN 010-430-35,     APN 010-430-30,
APN 010-440-02,     APN 010-430-37,
APN 010-440-04,     APN 010-440-03,
APN 010-440-06,     APN 010-440-05,
APN 011-270-01     APN 010-440-10,
               APN 011-270-02

     APN 007-030-08,
     APN 007-030-09,
     APN 007-030-11,     APN 007-030-10,
     APN 007-030-13,     APN 007-030-12,
     APN 007-030-15,     APN 007-030-14,
     APN 007-030-17,     APN 007-030-16,
     APN 007-030-19,     APN 007-030-18,
     APN 007-030-21,     APN 007-030-20,
     APN 007-030-23,     APN 007-030-22,
     APN 007-030-28     APN 007-030-27,
               APN 007-030-29,

WHEN RECORDED RETURN TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001
123516·PAH

Recorded Electronically
ID     297720
County   Lander
Date  3/17/2021   Time  3:23 pm

This document is being
recorded as an
accommodation only.

APN:      007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14,
007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22,
007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18,
010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30,
010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10,
011-270-01, 011-270-02

## PARTIAL ASSIGNMENT OF OIL AND GAS LEASE #189132

**THE UNDERSIGNED**, for and in consideration of the sum of Ten Dollars ($10.00), to them in hand paid, and other valuable consideration, receipt of which is hereby acknowledged, do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest including, but not limited to, that portion of the rents, royalties, and profits accruing in and to that portion of a certain Oil and Gas Lease dated the 1st day of December, 2008 ("Lease"), a Memorandum of which was recorded in the records of Lander County, Nevada, on the 26th day of May, 2009 as document #254177, wherein **NEW NEVADA RESOURCES, LLC**, a Florida limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Nevada Land & Resource Company LLC, is named as Lessor and Prize Energy Resources, L.P. is named as Lessee with respect to only that real property, containing 25,175.23 acres, situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

**THE ASSIGNMENT** under this instrument is of a partial interest in the Lease and **NEW NEVADA RESOURCES, LLC** retains its interest in respect to the other lands described in the Lease.

**TO HAVE AND TO HOLD** unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

**IN WITNESS WHEREOF**, the undersigned has executed this document on this 16 day of February, 2021.

1

**Doc #: 297720**

02/17/2021 03:23 PM  Page: 1 of 5
**OFFICIAL RECORD**
Requested By: ETRCO LLC
**Lander County, NV**
**Lesley Bunch, Recorder**

Fee: $37.00 RPTT: $0.00
Recorded By: adelgado

WHEN RECORDED RETURN TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001
123516·PAH

This document is being
recorded as an
accommodation only.

APN:     007-030-08, 007-030-09, 007-030-10, 007-030-11, 007-030-12, 007-030-13, 007-030-14,
007-030-15, 007-030-16, 007-030-17, 007-030-18, 007-030-19, 007-030-20, 007-030-21, 007-030-22,
007-030-23, 007-030-27, 007-030-28, 007-030-29, 010-430-13, 010-430-15, 010-430-17, 010-430-18,
010-430-19, 010-430-20, 010-430-23, 010-430-24, 010-430-25, 010-430-28, 010-430-29, 010-430-30,
010-430-35, 010-430-37, 010-440-02, 010-440-03, 010-440-04, 010-440-05, 010-440-06, 010-440-10,
011-270-01, 011-270-02

### PARTIAL ASSIGNMENT OF OIL AND GAS LEASE #189132

THE UNDERSIGNED, for and in consideration of the sum of Ten Dollars ($10.00), to them in hand paid, and other valuable consideration, receipt of which is hereby acknowledged, do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest including, but not limited to, that portion of the rents, royalties, and profits accruing in and to that portion of a certain Oil and Gas Lease dated the 1st day of December, 2008 ("Lease"), a Memorandum of which was recorded in the records of Lander County, Nevada, on the 26th day of May, 2009 as document #254177, wherein **NEW NEVADA RESOURCES, LLC**, a Florida limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Nevada Land & Resource Company LLC, is named as Lessor and Prize Energy Resources, L.P. is named as Lessee with respect to only that real property, containing 25,175.23 acres, situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

THE ASSIGNMENT under this instrument is of a partial interest in the Lease and **NEW NEVADA RESOURCES, LLC** retains its interest in respect to the other lands described in the Lease.

TO HAVE AND TO HOLD unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

IN WITNESS WHEREOF, the undersigned has executed this document on this ___16___ day of February, 2021.

**NEW NEVADA RESOURCES, LLC**
**A FLORIDA LIMITED LIABILITY COMPANY**

By: _____

Heath A. Rushing
Title:   Authorized Member of Conduit
LLC, a Florida limited liability company,
as sole member of and for New Nevada
Resources, LLC, a Florida limited liability
company.

STATE OF _Nevada_____ )
                                           ) ss.
COUNTY OF _Washoe___ )

This instrument was acknowledged before me on this _16_ day of February, 2021 by Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada Resources, LLC, a Florida limited liability company.

_____
Notary Public

KRISTIN S. FRANCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 - Expires May 24, 2024

2

**AMERITRUST CORPORATION**

By: _Sung Lee_
Its: _President Sung Lee_

STATE OF _Nevada_ )
                   ) ss.
COUNTY OF _Washoe_ )

      This instrument was acknowledged before me on this _16_ day of February, 2021 by _Sung Lee_ , _President_ of and for Ameritrust Corporation, a Wyoming corporation.

_Kristin Franco_
Notary Public

> KRISTIN S. FRANCO
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89810-2 - Expires May 24, 2024

3

**Exhibit "A"**

**Legal Description of Property**

*All that property situated in Lander County, Nevada, containing 25,175.23 acres, more or less, and more particularly described as:*

| Twn | Rng | Sec | Aliquot |
|------|------|------|---------|
| 30N | 44E | 05 | All |
| 30N | 44E | 03 | All |
| 30N | 44E | 04 | All |
| 30N | 44E | 01 | All |
| 30N | 44E | 02 | Lots 1-4, S/2 NE/4, SE/4, S/2 SW/4 |
| 30N | 44E | 15 | All |
| 30N | 44E | 17 | All |
| 30N | 44E | 22 | All |
| 30N | 44E | 07 | All |
| 30N | 44E | 18 | W/2, E/2 SE/4, SW/4 SE/4 |
| 30N | 44E | 10 | All |
| 30N | 44E | 09 | All |
| 30N | 44E | 08 | All |
| 30N | 44E | 23 | All |
| 30N | 44E | 13 | All |
| 30N | 44E | 24 | All |
| 30N | 44E | 11 | All |
| 30N | 44E | 14 | All |
| 30N | 44E | 12 | All |
| 31N | 44E | 27 | All |
| 31N | 44E | 34 | All |
| 31N | 44E | 21 | NE/4, S/2 |
| 31N | 44E | 33 | All |
| 31N | 44E | 15 | NE/4, S/2 |
| 31N | 44E | 22 | All |
| 31N | 44E | 12 | Parcel A of Parcel Map 257170 |
| 31N | 44E | 13 | All |
| 31N | 44E | 25 | All |
| 31N | 44E | 26 | All |
| 31N | 44E | 23 | All |
| 31N | 44E | 24 | All |
| 31N | 44E | 35 | All |
| 31N | 44E | 11 | Parcel A of Parcel Map 269543 |
| 31N | 45E | 08 | All |
| 31N | 45E | 30 | All |
| 31N | 45E | 07 | All |

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 31N | 45E | 19 | All |
| 31N | 45E | 20 | N/2, SW/4 |
| 31N | 45E | 18 | All |
| 31N | 45E | 17 | All |
| 31N | 45E | 05 | All |

5

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001

123514. PAH

Recorded Electronically
ID_____ 247721
County_____ Lander
Date 2/17/2021 Time 3:23 PM

This document is being
recorded as an
accommodation only.

APN: 011-270-02

### ASSIGNMENT OF LEASE #182356

THE UNDERSIGNED, for and in consideration of the sum of Ten Dollars ($10.00), to them in hand paid, and other valuable consideration, receipt of which is hereby acknowledged, do hereby assign, transfer, and set over to AMERITRUST CORPORATION, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest to the rents, royalties, and profits accruing in and to that certain Lease dated the 16th day of September, 1999 ("Agreement"), which was recorded in the records of Lander County, Nevada, on the 18th day of September, 2000 as document #217464, wherein NEW NEVADA LANDS, LLC, a Mississippi limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Nevada Land and Resource Company, LLC, is named as Lessor and The United States of America is named as Lessee with respect to that real property situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

TO HAVE AND TO HOLD unto AMERITRUST CORPORATION for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

IN WITNESS WHEREOF, this assignment is made effective on this 16 day of February, 2021.

1

**Doc #: 297721**
02/17/2021 03:23 PM  Page: 1 of 4
**OFFICIAL RECORD**
Requested By: ETRCO LLC
**Lander County, NV**
**Lesley Bunch, Recorder**
Fee: $37.00  RPTT: $0.00
Recorded By: adelgado

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001
123514. PAH

This document is being
recorded as an
accommodation only.

APN:  011-270-02

### ASSIGNMENT OF LEASE #182356

    **THE UNDERSIGNED**, for and in consideration of the sum of Ten Dollars ($10.00), to them in hand paid, and other valuable consideration, receipt of which is hereby acknowledged, do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest to the rents, royalties, and profits accruing in and to that certain Lease dated the 16th day of September, 1999 ("Agreement"), which was recorded in the records of Lander County, Nevada, on the 18th day of September, 2000 as document #217464, wherein **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Nevada Land and Resource Company, LLC, is named as Lessor and The United States of America is named as Lessee with respect to that real property situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

    **TO HAVE AND TO HOLD** unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

    **IN WITNESS WHEREOF**, this assignment is made effective on this ⎽⎽⎽ day of February, 2021.

**NEW NEVADA LANDS, LLC**
**A MISSISSIPPI LIMITED LIABILITY COMPANY**

By: _____

Heath A. Rushing
Title:    Authorized Member of Conduit
LLC, a Florida limited liability company,
as sole member of and for New Nevada
Lands, LLC, a Mississippi limited liability
company.

STATE OF _Nevada_____ )
) ss.
COUNTY OF _washoe____ )

This instrument was acknowledged before me on this __16 day of February, 2021 by
Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada Lands,
LLC, a Mississippi limited liability company.

_____
Notary Public

KRISTIN S. FRANCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 - Expires May 24, 2024

2

**AMERITRUST CORPORATION**

By: _____

Its: _____

STATE OF ___Nevada___ )
                      ) ss.
COUNTY OF ___Washoe___ )

    This instrument was acknowledged before me on this ___ day of February, 2021 by ___Seanglee___, ___President___ of and for Ameritrust Corporation, a Wyoming corporation.

_____
Notary Public

KRISTIN S. FRANCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 - Expires May 24, 2024

3

**Exhibit "A"**

**Legal Description of Property**

*All that property situated in Lander County, Nevada more particularly described as:*

<u>**Township 31 North, Range 45 East, MDM**</u>

**Section 08:**     0.209 acres in SE/4, 14' wide access road

4

Nevada_001398

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001

*123516·PAH*

> Recorded Electronically
> ID _297133_
> County _Lander_
> Date _2/17/2021_ Time _3·23 PM_

**This document is being recorded as an accommodation only.**

APN: 010-430-14, 010-430-37

## ASSIGNMENT OF LICENSE #189067

**THE UNDERSIGNED**, for and in consideration of the sum of Ten Dollars ($10.00), to them in hand paid, and other valuable consideration, receipt of which is hereby acknowledged, do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest to the rents, royalties, and profits accruing in and to that certain License dated the 27th day of May, 1986 ("Agreement"), which was recorded in the records of Lander County, Nevada, on the 18th day of September, 2000 as document #217466, wherein **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Southern Pacific Land Company, is named as Lessor and Nevada Gold Mines, LLC, successor in interest to Battle Mountain Gold Company is named as Lessee with respect to that real property situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

**TO HAVE AND TO HOLD** unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

**IN WITNESS WHEREOF**, this assignment is made effective on this _16_ day of February, 2021.

1

**Doc #: 297722**
02/17/2021 03:23 PM  Page: 1 of 4
**OFFICIAL RECORD**
Requested By: ETRCO LLC
**Lander County, NV**
**Lesley Bunch, Recorder**
Fee: $37.00  RPTT: $0.00
Recorded By: adelgado

WHEN RECORDED MAIL TO:
AMERITRUST CORPORATION
1712 PIONEER AVENUE, SUITE 500
CHEYENNE, WYOMING 82001
123516 · PAH

*This document is being recorded as an accommodation only.*

APN: 010-430-14, 010-430-37

## ASSIGNMENT OF LICENSE #189067

**THE UNDERSIGNED**, for and in consideration of the sum of Ten Dollars ($10.00), to them in hand paid, and other valuable consideration, receipt of which is hereby acknowledged, do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest to the rents, royalties, and profits accruing in and to that certain License dated the 27th day of May, 1986 ("Agreement"), which was recorded in the records of Lander County, Nevada, on the 18th day of September, 2000 as document #217466, wherein **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Southern Pacific Land Company, is named as Lessor and Nevada Gold Mines, LLC, successor in interest to Battle Mountain Gold Company is named as Lessee with respect to that real property situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

**TO HAVE AND TO HOLD** unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

**IN WITNESS WHEREOF**, this assignment is made effective on this ___ day of February, 2021.

**NEW NEVADA LANDS, LLC**
**A MISSISSIPPI LIMITED LIABILITY COMPANY**

By: _____
Heath A. Rushing
Title: Authorized Member of Conduit
LLC, a Florida limited liability company,
as sole member of and for New Nevada
Lands, LLC, a Mississippi limited liability
company.

STATE OF _Nevada_ )
                          ) ss.
COUNTY OF _Washoe_ )

This instrument was acknowledged before me on this _16_ day of February, 2021 by
Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada Lands,
LLC, a Mississippi limited liability company.

_____
Notary Public

> KRISTIN S. FRANCO
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89610-2 - Expires May 24, 2024

2

**AMERITRUST CORPORATION**

By: _____
Its: _____
         President         Seong Lee

STATE OF _Nevada_ )
                                    ) ss.
COUNTY OF _Washoe_ )

     This instrument was acknowledged before me on this _16_ day of February, 2021 by _Seong Lee_, _President_ of and for Ameritrust Corporation, a Wyoming corporation.

_____
Notary Public

KRISTIN S. FRANCO
Notary Public – State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 · Expires May 24, 2024

3

**Exhibit "A"**

**Legal Description of Property**

*All that property situated in Lander County, Nevada more particularly described as:*

**Township 31 North, Range 44 East, MDM**

**Section 11:**    Portion of N/2 SW/4, SE/4 SW/4, SW/4 SE/4
**Section 14:**    Portion of N/2 NE/4

4

## PARTIAL ASSIGNMENT OF GRAZING LEASE #189008

**THE UNDERSIGNED** do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest to the rents, royalties, and profits accruing in and to that certain Grazing Lease dated the 1st day of January, 1997 ("Agreement"), wherein **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Nevada Land and Resource Company, LLC, is named as Lessor and Daniel E. Filippini is named as Lessee with respect to only that real property, containing 317.7 acres, situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

**THE ASSIGNMENT** under this instrument is of a partial interest in the Lease and **NEW NEVADA LANDS, LLC** retains its interest in respect to the other lands described in the Lease.

**TO HAVE AND TO HOLD** unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

**IN WITNESS WHEREOF**, this assignment is made effective on this 11e day of February, 2021.

1

**NEW NEVADA LANDS, LLC**
**A MISSISSIPPI LIMITED LIABILITY COMPANY**

By: _____

Heath A. Rushing
Title:    Authorized Member of Conduit
LLC, a Florida limited liability company,
as sole member of and for New Nevada
Lands, LLC, a Mississippi limited liability
company.

STATE OF _Nevada_____ )
) ss.
COUNTY OF _Washoe___ )

    This instrument was acknowledged before me on this _16_ day of February, 2021 by Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada Lands, LLC, a Mississippi limited liability company.

_____
Notary Public

> KRISTIN S. FRANCO
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89810-2 - Expires May 24, 2024

2

**AMERITRUST CORPORATION**

By: _Seong Lee_

Its: _President_    Seong Lee

STATE OF _Nevada_    )
                     ) ss.
COUNTY OF _Washoe_   )

This instrument was acknowledged before me on this _16_ day of February, 2021 by _Seong Lee_, _President_ of and for Ameritrust Corporation, a Wyoming corporation.

_Kristin O. Franco_
Notary Public

KRISTIN S. FRANCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 - Expires May 24, 2024

3

**Exhibit "A"**

**Legal Description of Property**

*All that property situated in Lander County, Nevada, containing 317.7 acres, more or less, and more particularly described as:*

**Township 30 North, Range 44 East, MDM**

**Section 07:**    Portion West of Highway 305

4

## PARTIAL ASSIGNMENT OF GRAZING LEASE #189007

**THE UNDERSIGNED** do hereby assign, transfer, and set over to **AMERITRUST CORPORATION**, a Wyoming corporation, whose address is 1712 Pioneer Avenue, Suite 500, Cheyenne, Wyoming 82001, its prorata right, title, and interest to the rents, royalties, and profits accruing in and to that certain Grazing Lease dated the 1st day of January, 1997 ("Agreement"), wherein **NEW NEVADA LANDS, LLC**, a Mississippi limited liability company whose address is 4405 Commons Drive East, Suite 301, Destin, Florida, 32541, successor in interest to Nevada Land and Resource Company, LLC, is named as Lessor and Julian Tomera Ranches, Inc. is named as Lessee with respect to only that real property, containing 24,478.75 acres, situate in the County of Lander, State of Nevada and more particularly described on Exhibit A:

**THE ASSIGNMENT** under this instrument is of a partial interest in the Lease and **NEW NEVADA LANDS, LLC** retains its interest in respect to the other lands described in the Lease.

**TO HAVE AND TO HOLD** unto **AMERITRUST CORPORATION** for and during all the rest of remainder of the term mentioned in said Lease, the covenants and conditions contained in said Lease

**IN WITNESS WHEREOF**, this assignment is made effective on this 16 day of February, 2021.

1

**NEW NEVADA LANDS, LLC**
**A MISSISSIPPI LIMITED LIABILITY COMPANY**

By: _____

        Heath A. Rushing
        Title:   Authorized Member of Conduit
        LLC, a Florida limited liability company,
        as sole member of and for New Nevada
        Lands, LLC, a Mississippi limited liability
        company.

STATE OF _Nevada_ )
                ) ss.
COUNTY OF _Washoe_ )

    This instrument was acknowledged before me on this _16_ day of February, 2021 by Heath A. Rushing, Authorized Member of Conduit LLC, Sole Member of and for New Nevada Lands, LLC, a Mississippi limited liability company.

_____
Notary Public

> **KRISTIN S. FRANCO**
> Notary Public - State of Nevada
> Appointment Recorded in Washoe County
> No: 04-89810-2 - Expires May 24, 2024

2

**AMERITRUST CORPORATION**

By: _Seong Lee_
Its: _President_   _Seong Lee_


STATE OF _Nevada_ )
                  ) ss.
COUNTY OF _Washoe_ )

    This instrument was acknowledged before me on this _____ day of February, 2021
by _Seong Lee_ , _President_ of and for Ameritrust Corporation, a Wyoming
corporation.

_Kristin Franco_
Notary Public

KRISTIN S. FRANCO
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89810-2 - Expires May 24, 2024

3

## Exhibit "A"

### Legal Description of Property

*All that property situated in Lander County, Nevada, containing 24,478.75 acres, more or less, and more particularly described as:*

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 30N | 44E | 05 | All |
| 30N | 44E | 03 | All |
| 30N | 44E | 04 | All |
| 30N | 44E | 01 | All |
| 30N | 44E | 02 | Lots 1-4, S/2 NE/4, SE/4, S/2 SW/4 |
| 30N | 44E | 15 | All |
| 30N | 44E | 17 | All |
| 30N | 44E | 22 | All |
| 30N | 44E | 07 | Ptn East of Highway 305 |
| 30N | 44E | 18 | Ptn of E/2 SE/4 East of Highway 305 |
| 30N | 44E | 10 | All |
| 30N | 44E | 09 | All |
| 30N | 44E | 08 | All |
| 30N | 44E | 23 | All |
| 30N | 44E | 13 | All |
| 30N | 44E | 24 | All |
| 30N | 44E | 11 | All |
| 30N | 44E | 14 | All |
| 30N | 44E | 12 | All |
| 31N | 44E | 27 | All |
| 31N | 44E | 34 | All |
| 31N | 44E | 21 | NE/4, S/2 |
| 31N | 44E | 33 | All |
| 31N | 44E | 15 | NE/4, S/2 |
| 31N | 44E | 22 | All |
| 31N | 44E | 12 | Parcel A of Parcel Map 257170 |
| 31N | 44E | 13 | All |
| 31N | 44E | 25 | All |
| 31N | 44E | 26 | All |
| 31N | 44E | 23 | All |
| 31N | 44E | 24 | All |
| 31N | 44E | 35 | All |
| 31N | 44E | 11 | Parcel A of Parcel Map 269543 |
| 31N | 45E | 08 | All |
| 31N | 45E | 30 | All |
| 31N | 45E | 07 | All |
| 31N | 45E | 19 | All |

4

Nevada_001347

| Twn | Rng | Sec | Aliquot |
|-----|-----|-----|---------|
| 31N | 45E | 20 | N/2, SW/4 |
| 31N | 45E | 18 | All |
| 31N | 45E | 17 | All |
| 31N | 45E | 05 | All |

Nevada_001412