UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>    Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., BEESPOKE CAPITAL, LLC, ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>    Relief Defendants. | Civil Action No. |

## DECLARATION OF JOHN B. McCANN

John B. McCann, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a forensic Staff Accountant employed by the U.S. Securities and Exchange Commission (the "Commission") in the Boston Regional Office. I have been employed at the Commission since February 2014 and my duties include conducting investigations relating to potential violations of the federal securities laws.

2. Prior to joining the Commission, my relevant professional experience includes approximately sixteen years as a forensic accountant for PwC and Mack|Barclay, where I investigated matters including financial statement fraud, asset misappropriation, and corruption, as well as prepared damages remedies. I also have approximately four years' experience as an auditor for Coopers & Lybrand. I am a Certified Public Accountant in Massachusetts and hold

the Certified in Financial Forensics designation from the American Institute of Certified Public Accountants. I have a Bachelor of Business Administration degree with a concentration in Accounting from the University of Massachusetts at Amherst.

3. I make this declaration based upon my personal knowledge, information and belief, except where indicated, and in support of the Commission's motion for entry of a temporary restraining order, order freezing assets, and order for other equitable relief, and, upon further notice, the issuance of a preliminary injunction (the "Motion").

4. Since February 2022, I have been involved in the Commission's investigation of Seong Yeol Lee ("Lee") and his company Ameritrust Corporation ("Ameritrust") (together, "Defendants"), as well as Lee's affiliated companies and family members, including Beespoke Capital LLC ("Beespoke LLC"), Beespoke Capital, Inc. ("Beespoke Inc.") Alice Mee-Hyang Choi, April Sue-Chang Lee and Elaine Choung-Hee Lee (together, "Relief Defendants").

5. The purpose of this Declaration is to summarize information that the Commission has gathered through analysis of voluminous documents and data, and witness interviews. Because this Declaration is being submitted for the limited purpose of supporting the Motion, I have not set forth each and every fact that I know regarding this matter.

6. During the course of the investigation, I attended witness interviews and sworn investigative testimony by several individuals, including but not limited to Lee, Lee's daughters, Ameritrust investors, the company's transfer agent, auditors, and stock exchange representatives.

7. In addition, I have reviewed a wide range of information and financial documents obtained by the Commission, including the following materials:

   a. Various bank and brokerage records (including account opening documents, signature cards, monthly statements, and copies of supporting transactional documents, where available) of the Defendants, including several Lee accounts

   held jointly with either Jong Sun Kim ("Kim") or Jung Sook Moon ("Moon") (together, "Joint Accountholders");

  b. Various bank, brokerage and credit card accounts of the Relief Defendants;

  c. Bank transfer details obtained by the Commission, including from the Federal Reserve Bank of New York, the Clearing House Payments Company LLC, and foreign financial institutions,;

  d. Ameritrust's transfer agents' records;

  e. Ameritrust's publicly-available SEC filings, including 8-Ks, 10-Qs and 10-Ks;

  f. Ameritrust's auditors' workpapers;

  g. Documentation relating to Defendants' real estate transactions in Nevada and New York;

  h. Ameritrust's publicly-available daily stock information, including volume and price data and certain investor chat room posts;

  i. Documentation that memorializes the Defendants' charitable donations to a New York-based church.

**I. SUMMARY OF DEFENDANTS' ALLEGED FRAUDULENT CONDUCT**

  8. I have been working with others at the Commission to investigate an ongoing scheme that began in 2019 involving Lee, a Connecticut resident, and his U.S.-based company, Ameritrust. Lee raised millions from investors in Korea, both through direct solicitations and through a network of recruiters in Korea. Lee and Ameritrust recruited at least 2,000 people to invest in Ameritrust, raising more than $20 million by falsely promising not only that their investment would be highly lucrative, but that their funds would be used to boost the value of Ameritrust's stock and to prepare Ameritrust for trading on a major U.S. exchange. Lee also

absconded with at least $4 million in Korean investor funds for his personal use, including by transferring at least $1.25 million[1] to family members, as further detailed below.

## II.   REVIEW AND ANALYSIS OF FINANCIAL RECORDS

9.  Based on my analysis of the available bank records of the Defendants, and Relief Defendants Beespoke LLC and Beespoke Inc. from as early as February 2019 through December 2022 (except for Lee's individual accounts which have not been reviewed since July 2022),[2] I determined that the Defendants, through either their accounts or through Relief Defendant Beespoke LLC and Relief Defendant Beespoke Inc.'s bank accounts, have raised more than $20 million from various investors as more fully described below.

10.  I identified a large number of deposits from Korea-based banks, including KakaoBank and K Bank, as well as others, in addition to a small number of deposits from U.S.-based investors.   These deposits were typically sent by international wire or electronic fund transfers via the Automated Clearing House ("ACH").

11.  I then compared the depositors' names from the available bank records to Ameritrust shareholder names per its Transfer Agent.  After normalizing certain English variations of the Korean depositors' names,[3] I determined that over $21 million of deposits from

---

[1] I have not included in this $1.25 million total a transfer of $50,000 from a Beespoke account to Lee's daughter in December 2022. However, because this transfer occurred in December 2022, after Lee and Lee's daughter testified under oath in the Commission's investigation, the staff has not yet subpoenaed any evidence concerning the purpose of this payment, nor have I yet analyzed how those funds were expended by Lee's daughter.

[2] In July 2022, the Commission obtained a court order to obtain bank records of Lee pursuant to 15 U.S.C. § 78u(h)(2)(B)-(C), which permitted the Commission to obtain personal bank records with delayed notice.  I understand that the Commission is presently moving to unseal that order.  Accordingly, I have reviewed Lee's personal bank records through and including July 2022, but not subsequent to that time period.  My analysis of Lee's individual accounts, certain of which were held jointly with Kim, concluded that all of the accounts were funded primarily by transfers from Ameritrust, Beespoke LLC, Beespoke Inc. or directly from investor receipts.

[3] It is my understanding that under Korean naming conventions, a person's name typically consists of a family name followed by a given name, and that a given name may consist of either one or two names.  However, the U.S. bank records that I reviewed often listed Korean investor names in the wrong order, *i.e.*, given name followed by family name.  Accordingly, I had to scrutinize the depositor names to determine if the names matched the names on the shareholder list, and check to see if the family name or given name had inadvertently been listed in the wrong order.

more than 1,300 individuals appeared to match, or closely matched, the names of Ameritrust shareholders who held restricted shares. The investor deposits ranged between $1,500 and $266,350 and averaged approximately $16,400 per investor. I noted that among the investor deposits, in the July 2019 timeframe, there were approximately 96 separate investor deposits in the amount of $26,850. I know from my involvement in this investigation that according to an individual ("Witness 2") who attended a July 2019 Ameritrust information session at a church in Korea, the presenters offered the attendees the opportunities to purchase Ameritrust shares for $1.00 per share. I also know from my involvement in this investigation that $26,850 is the amount paid by Witness 2 to purchase 26,850 Ameritrust shares at $1.00 per share after the July 2019 information session at the church, and that Witness 2 reported that other investors paid the same amount (34 million Korean won, or approximately $26,850) for 26,850 Ameritrust shares.

12. Many of the investor deposits described in paragraph 11 included transactional memos stating "Family Assistance and Expenses," "Education Fee," or similar notations, purporting to describe the purpose of the payments.

13. I have learned through interviews of Korean investors that Lee and his network of recruiters instructed Ameritrust investors not to reference "investment" on their payments. Witness 2 explained that the Defendants understood that it was illegal for Korean citizens to invest directly in Ameritrust, and thus directed the overseas investors to falsely describe their investments as "family support" rather than the purchase of securities.

14.     Below is a table summarizing the investor deposits into accounts controlled by Lee, Ameritrust, Beespoke, Inc. and/or Beespoke LLC, by year:

| Account Owner | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|
| Ameritrust | $4,937,705 | $20,000 | | $10,000 | $4,967,705 |
| Lee / Kim | $727,287 | $1,528,371 | | | $2,255,658 |
| Beespoke LLC | | $11,114,237 | $362,000 | | $11,476,237 |
| Beespoke Inc. | | | $1,473,655 | $1,607,480 | $3,081,135 |
| **Total** | $5,664,992 | $12,662,608 | $1,835,655 | $1,617,480 | $21,780,735 |

15.     The investor deposits table above excludes at least 460 Korean-sourced deposits totaling nearly $2.1 million to accounts controlled by Lee -- because either the individual depositor names were not available or the names did not readily match to the 2,661 unique names on the Ameritrust shareholder list.

16.     In mid-December 2022, Witness 2 advised the Commission that the Defendants are continuing to raise funds from investors, but have warned investors to delay sending their money to the Defendants' U.S. based bank accounts for now.[4]  Accordingly, the Defendants may have solicited even more investor funds than those identified from my analysis, as information obtained from Witness 2 and other witnesses indicates that there may be 200 or more Korean investors ready to send their money to the U.S.

## III.    DEFENDANTS' USE OF INVESTOR FUNDS

17.     My analysis of the available financial data for the bank accounts controlled by Lee provided an understanding as to the Defendants' use of investor funds, which I have grouped into categories in the table below:

---

[4] Relatedly, the Commission advised Lee in or about August 2022 about the non-public investigation into Ameritrust, and he and his family members appeared for testimony in the fall of 2022.

| Category | Amount (in millions) |
|---|---|
| Purchase of real estate | $8.5 |
| Transfers to affiliates in Korea | $3.4 |
| Transfers to Lee's personal accounts | $1.9 |
| Transfers to Lee's family members | $1.3 |
| Church donations | $0.8 |
| Korean salaries | $0.5 |
| **Total** | **$16.4** |

### Purchase of Real Estate

18. According to Ameritrust's SEC filings, the Defendants have entered into at least three real estate transactions in the United States since 2019 totaling approximately $8.5 million, as more fully described below:

   a. Ameritrust's Form 10-K for the period ending September 30, 2020[5] states: "[W]e own 23.45 acres of land in Bedford, NY for a total purchase price of $766,210 to be held for future real estate development."  My analysis of Ameritrust's bank accounts identified payments approximating the purchase price were paid in October 2019 (to an escrow agent with the notation of "escrow of 180 Chestnut Ridge Rd land down payment") and December 2019 (to the prior owner of the subject property at, or around the closing of the transaction). While this land transaction was reported as an Ameritrust asset in its September 30, 2020 financial statements, the Office of the Westchester County Clerk reports that the property is owned individually by Lee.  In addition, my review of relevant property data (including from the assessor's office) shows that the undeveloped

---

[5] For ease of reference, the electronic link to this public filing is: https://www.sec.gov/Archives/edgar/data/1372954/000109181821000012/atcc02082021form10k.htm

land at 180 Chestnut Ridge Road is located in a high-end residential neighborhood in Bedford, an affluent suburb of New York City.

b. Ameritrust's Form 10-K filing also discloses that in July 2020, it entered into a purchase agreement to acquire certain land near Ely, Nevada and paid an escrow deposit of $500,000. It further states that this deal failed to close and Ameritrust forfeited the deposit. My analysis of Ameritrust bank records identified a $500,000 payment to a title company on July 13, 2020 with a memo stating "escrow account deposit for Blue Diamond Ranch purchase."

c. Ameritrust's Form 8-K filed March 22, 2021[6] reported that Ameritrust entered into a Purchase and Sale Agreement with a party for the purchase of undeveloped land in Lander County, Nevada, consisting of approximately 25,173 acres for a purchase price of $6,950,000 with a $25,000 deposit, an additional $2,925,000 due by closing in February 2021 and the remaining $4 million to be paid through seller financing. My analysis of Ameritrust's bank records identified approximately $7.3 million paid to complete the purchase transaction, including apparent interest on the $4 million financed portion, which was paid off in or about May 2022.

### Transfers to Affiliates in South Korea

19. I identified approximately $3.4 million of payments from Beespoke LLC and Beespoke Inc. to a Beespoke LLC bank account held in Korea at Keb Hana Bank. Beespoke LLC transferred money between May 2020 and May 2021, while Beespoke Inc. transferred money between June 2021 and December 2022. These transactions were described in the

---

[6] For ease of reference, the electronic link to this public filing is:
https://www.sec.gov/Archives/edgar/data/1372954/000109181821000036/atcc03222021form8k.htm

available records as relating to salary, operating and/or office expenses, apartment purchase and refund(s) to clients. The table below identifies the payments to the Korean bank account by account owner:

| Account Owner | Salary/ Operating Expense | Refund to Clients | Apartment Purchase | Total |
|---|---|---|---|---|
| Beespoke LLC | $600,000 | $1,007,000 | $400,000 | $2,007,000 |
| Beespoke Inc. | $1,390,000 | | | $1,390,000 |
| Total | $1,990,000 | $1,007,000 | $400,000 | $3,397,000 |

### Transfers to Lee's Personal Bank Accounts

20. My analysis of the Ameritrust, Beespoke LLC and Beespoke Inc. bank accounts identified approximately $1.9 million in net payments to Lee's personal bank accounts (including accounts held jointly with the Joint Accountholders) from 2019 through December 2022. The table below identifies payments to/(from) Lee by account owner and by year:

| Account Owner | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|
| Ameritrust | $38,800 | $10,000 | | | $48,800 |
| Beespoke LLC | | ($101,000) | $1,000,010 | | $899,010 |
| Beespoke Inc. | | | $215,000 | $710,000 | $925,000 |
| Total | $38,800 | ($91,000) | $1,215,010 | $710,000 | $1,872,810 |

### Payments to Lee's Family Members

21. I identified certain payments between 2019 and 2022 to Lee's daughters, Alice Choi, April Lee, and Elaine Lee, which total $1.25 million. While one of Lee's daughters (Alice Choi) was named as a director to the Ameritrust Board in November 2021, all of his daughters (including Alice Choi) testified that they did not do any work for Ameritrust or Beespoke and that the payments represented gifts from their father.

22. Alice Choi received two payments from Beespoke Inc. – a July 2021 $500,000 payment and a December 2022 $50,000 payment. To date, I have only traced the proceeds of the

9

initial July 2021 payment through several of Choi's personal bank and brokerage accounts and determined that the funds were used to pay down a residential mortgage, fund several personal brokerage accounts, and to pay credit cards and other personal expenditures.

23. April Lee received a $650,000 payment from Beespoke Inc. in July 2021. This check was actually payable to another family member who subsequently endorsed it over to April Lee. I traced the proceeds of the July 2021 payment through several of April Lee's personal bank and/or brokerage accounts, which were used to fund a personal brokerage account and to make personal investments.

24. Elaine Lee received a $100,000 payment from Beespoke Inc. in August 2022. I traced the proceeds of the August 2022 payment to Elaine Lee's personal bank account, and it appears that a portion of the funds has been used to pay credit card and personal expenses.

### Church Donations

25. A New York-based church – one that is listed as an Ameritrust shareholder – received over $800,000 in donations from Ameritrust and Lee between 2019 and 2022, summarized below:

| Account Owner | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|
| Ameritrust | $10,000 | $500 | | | $10,500 |
| Lee / Kim | $4,520 | $484,400 | $278,000 | $51,000 | $817,920 |
| Total | $14,520 | $484,900 | $278,000 | $51,000 | $828,420 |

### Payment of Salaries in Korea

26. My analysis of the Ameritrust, Beespoke LLC, Beespoke Inc. and Lee bank records also identified over fifty payments totaling approximately $460,000, paid directly to eleven people in Korea, with many of the transactions referencing salary and operating expenses. As noted above, Lee's personal accounts (held jointly with Kim) used to make these payments

were largely funded by transfers from Ameritrust, Beespoke LLC, Beespoke Inc. or directly from investor receipts. The table below summarizes these payments by year and by account owner:

| Account Owner | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|
| Ameritrust | $110,232 | | | | $110,232 |
| Lee / Kim | $28,000 | $76,440 | | | $104,440 |
| Beespoke LLC | | $93,000 | $30,000 | | $123,000 |
| Beespoke Inc. | | | $30,000 | $90,000 | $120,000 |
| Total | $138,232 | $169,440 | $60,000 | $90,000 | $457,672 |

27.     Based on the interviews conducted with Korean investors, who reported that several investors were paid by Lee to recruit other investors, I believe that the "salary payments" were likely made to pay these recruiters based in Korea.

### IV.    AMERITRUST'S FISCAL YEAR 2020 AUDIT

28.     Pursuant to my review of Ameritrust's Form 10-K filed with the SEC and its auditor's workpapers for the annual audit as of the fiscal year ended September 30, 2020, I determined that the Beespoke LLC's People's United '4817 bank account was omitted from the consolidated Ameritrust financial statements that were filed with the Commission as part of the public filings. This account had a reported balance as of the 9/30/20 fiscal year end of approximately $9.8 million, most of which had been derived from Ameritrust investor deposits collected from the account's inception in May 2020 through the fiscal year end. Beespoke LLC's two other accounts at People's United Bank (with reported balances of approximately $85,000 and $125,000 each as of the 9/30/20 fiscal year end) were included in the consolidated financial statements; however, neither of these accounts reported any investor fundraising activity.

29. Based on my training and experience in the accounting profession, I believe that the omission of a corporate account containing almost $10 million could have been a red flag for an auditor, and would have raised further questions, including the source of the funds in the account (which was Korean investors).  Any experienced auditor would have wanted to know about all of the corporate assets, and to verify them independently consistent with industry practice.

V. **MOST RECENT ACCOUNT BALANCES**

30. As of December 31, 2022, the five open U.S.-based bank accounts of Ameritrust, and Beespoke Inc. held balances of approximately **$3.6 million**.  An additional two bank and two brokerage accounts held by Lee (two of which are held jointly with the Related Individuals) reported balances of approximately **$400,000** earlier in 2022. Lee's two brokerage accounts were funded with $100,000 transfers from his personal bank accounts (held jointly with Kim) in July 2020 and June 2021, respectively, which were largely funded by transfers from Ameritrust, Beespoke LLC, Beespoke Inc. or directly from investor receipts. There is also a Beespoke LLC account in Korea with a reported balance of over 41 million South Korean won (approximately $31,000 USD) earlier in 2022.  The table below summarizes these accounts, all of which are controlled by Lee solely or jointly, and for which Lee has signatory authority on the accounts:

| Institution | Location | Account Name(s) | Account Number | Most Recent Balance | As Of Date |
|---|---|---|---|---|---|
| Bank of America | U.S. | Ameritrust Corporation | '8026 | $51,964 | 12/31/22 |
| Bank of America | U.S. | Ameritrust Corporation | '8039 | $1,533,475 | 12/31/22 |
| Bank of America | U.S. | Beespoke Capital Inc. | '4321 | $1,617,890 | 12/31/22 |
| Bank of America | U.S. | Beespoke Capital Inc. | '4334 | $99,997 | 12/31/22 |
| Bank of America | U.S. | Beespoke Capital Inc. | '4350 | $300,321 | 12/31/22 |
| Bank of America | U.S. | Seong Y Lee & Jong Sun Kim | '5997 | $116,171 | 07/27/22 |
| Bank of America | U.S. | Seong Yeol Lee & Jung Sook Moon | '1934 | $78,533 | 07/13/22 |
| T Rowe Price | U.S. | Seong Yeol Lee | '0002 | $100,103 | 06/30/22 |
| TD Ameritrade | U.S. | Seong Yeol Lee | '4572 | $100,030 | 07/31/22 |
| Keb Hana Bank | Korea | Beespoke LLC | '2704 | ₩41,846,349 | 06/03/22 |

I declare under the penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 1, 2023

/s/ John B. McCann
John B. McCann