PLAINTIFF'S EXHIBIT 2

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: FW: [ATCC Announcement 2022.12.01] Video Call Overview with Chairman Seong Yeol Lee
**Date:** Saturday, December 3, 2022 12:21:56 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Even to this day, he is pushing Jong Sun Kim as the head and claiming that he could open the investor's American bank and investment accounts. To do so, he is persuading to buy 1,000 shares of ATCC stock for 5 USD per share, and sell them for 8 USD per share.

He collected 10,000 KRW from nearly 300 people as a deposit.

(He is attempting to collect 1,000 shares of 5 USD per share, which is approximately 8,000,000 KRW, and a deposit of 10,000 KRW from the first 300 people for them to open an American investment account)

December 1, 2022 (Thurs) 9:58 PM, ███ wrote:

---- Original Mail ----

From: atccinfo@naver.com

To: ███

Date: 22.12.01 20:02 GMT +0900

Subject: [ATCC Announcement 2022.12.01] Video Call Overview with Chairman Seong Yeol Lee.

This is an announcement from the ATCC office.

You can download the video record of the video call that took place on December 1st, 2022 (Thurs) 11:30 AM with the Chairman through the link below.

[2022-12-01] Download Video Call with Chairman Seong Yeol Lee

If you weren't able to participate during the call, please refer to the video.

[Contact]

Room 327, Building D, Hangang-2cha Hyundai Knowledge Industry Center, Misa-daero 520, Hanam-si, Gyeonggi-do

- 500m straight forward from Hanam-pungsan Station Exit 1, Line 5 next to the bowling alley

- Office phone number: 031) 795 – 4827, 031) 8027-4377