PLAINTIFF'S EXHIBIT 4

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** ATCC Seong Yeol Lee and Jong Sun Kim Sending Stocks to the Stockholders
**Date:** Monday, December 5, 2022 11:16:48 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

It is illegal for you to return or request a refund on the stock that you have invested in. Once you have bought the stock, you can only buy more or sell the stock through a securities firm.

(5) The rise and fall of the ATCC stock fluctuate, as you can check yourself. If you do not know how to check the current value of the stock, please do like so:

Use your computer or phone and access yahoo.com/finance. Then type our company's initials ATCC on the search tab.

Then you can see the trade screen of Ameritrust Corporation.

You can access the trade turnover price and rate of yesterday, February 10, 2021. The current market price is 0.22 USD.

It is currently worth 0.22 USD per share. If you want only 22 cents, then you can sell them now. Do you think the rate will rise to 5 USD or even 10 US? Then wait until that time has come and then sell it then.

It's just like if you bought an apartment worth 10 billion KRW, and then you wish to sell it later on even when the value has decreased to 5 billion KRW, or you have the option to sell your apartment when it is worth 12 billion, or even 15 billion won. The choice is up to you, which also applies to stocks, according to how cooperative you are in trading. If you feel like the stock value will get lower and lower, then you can sell them now to prevent any further losses. Or, you can wait until the value has gone up and sell it then.

(6) I have mentioned clearly that any involvement of the headquarters or the Korean office affecting the stock prices is prohibited and will lead to legal action. If you strongly demand a specific price for the stock or threaten it in any way is a clear sense of crime. That is how you become a criminal.

Stocks that have been listed are supervised by the Financial Supervisory Service in order for the stock to naturally increase and decrease on its market value. When a stock's value increases, it is because you either buy or sell the shares at an increased value by at least 25 cents, and it decreases if you buy or sell the shares 25 cents less than the current market value. Any involvement by the Chairman or the executives of Ameritrust Corporation in trading leading to either an increase or decrease in stock rates leads to receiving a criminal penalty.

Ultimately, the rise and fall of the stock value depends on how you investors trade and what price you trade on.

(7) Never try to threaten, or demand the Chairman or executive of Ameritrust Corporation to involve and affect the increase or decrease of the stock prices. You are responsible for buying or selling the stock according to the proper rate and value of the stock.

I repeat, any type of demand or request is strictly illegal.

(8) Are you disappointed because a share is only worth 22 cents, and the price did not increase as you anticipated? Our company's stock is certified and traded with transparency.

Do you wish your stock to be traded at more than 5 USD? Then wait until it is worth 5 USD then you can sell the stocks that you have.

(9) Regardless of whether our company is registered as NASDAQ or not, we are a properly traded company that is active in the stock market. Therefore, don't just wait for the moment the company is listed on NASDAQ, nor boast about it in any way.

Being listed on NASDAQ is just a form of confirmation that the company is ready to be at a higher stance. It is not re-listing or starting again from the bottom. The important part is that you need to negotiate with a kind-hearted securities firm and trade your stocks.

(10) This is regarding to opening an overseas bank account. We have communicated with Bank of America and they agreed to open a checking account with a debit card and check, and 30 people have visited the United States. However, due to policy changes by the Bank of America Headquarters, that agreement has gone into pieces.

Bank of America requests us to have a contact point in the States, and an address that we need to stay for a certain period of time. I have explained to the bank that I would be able to provide my address and create a bank account once my property have completed its construction.

(11) Ameritrust Corporation has Fushun Bank in China, which is a 100% affiliated bank with us, and is a big bank, just like the Woori Bank in Korea.

We are yet to take over and have full control of the bank at this time, which is why we have reached out to Bank of America. This will include the 30 people we have attempted to open a bank account – all investors are on their own now when it comes to opening an overseas bank account.

Ameritrust Corporation has concluded not to support any of our investors on opening an overseas bank account.

Just create a Korean bank account and make transactions for stock exchanges through that account. However, any gift tax or tax that may be charged is your responsibility. I will repeat it again.

Ameritrust Corporation will now involve or support our investors on creating an overseas bank account.

(12) I repeat myself again. Investors may freely trade stocks through a securities firm under their own will.

Please refrain from any request or demand for the Ameritrust Corporation to be involved in stock rate changes.

This is basically forcing Ameritrust Corporation staff to commit a crime.

Of course, any legal inquiries that you have yet to receive answers from can be submitted to the Head of Office. We will reply to you as soon as we can.

Happy New Year

Sincerely, Chairman Seong Yeol Lee

~~~~~~~~~~~~~~~~~~~~~~~~~~

As stated above, Seong Yeol Lee offered to help create an overseas account, and the stocks will be able to be traded in the market, but now that the invested stocks are listed, he says that it is our responsibility to trade the stocks. / ATCC was never listed in the stock market.

They have acquired a company called GRYO, but never listed the stocks that have been sold to Korean investors. However, he claims that they are listed, and he is still selling them to this day.

There are about 4,200 investors in Korea. Now Seong Yeol Lee is claiming all of the stocks he sold to us are gifted stocks. We invested in them; we paid for them. In the past, Seong Yeol Lee said that he could not give refunds because Koreans have invested in the stocks, and refunds are unavailable. Now he is claiming that the stocks are gifted to us. He never mentioned that he was selling limited stocks to Korean investors at the start. He told us that he was selling FREE stocks, and now that it is listed on the OTC, it was not available for trade.

I beg you to investigate this case thoroughly.