

**From:**

**To:** SECAmeritrustInvestigation
**Subject:** Re: ATCC
**Date:** Tuesday, December 13, 2022 1:22:45 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have been selling stocks to the Korean stockholders and lecturing about ATCC since July 2019 under Seong Yeol Lee's orders. I am currently collecting evidence to answer your questions.

I am available to call this Friday at 10:00 AM KST. There may be a chance I might not pick up the call from a foreign number, thinking it is a phone scam, so I suggest giving me a time frame in advance so I can wait for your call.

> December 10, 2022 (Sat) 7:30 AM, SECAmeritrustInvestigation
> <SECAmeritrustInvestigation@sec.gov> wrote:

>> Thank you for all the messages and information you sent.

>> Please tell us a good day to call you next week.

>> Please tell us:

>> How do you know there are 4,200 total Korean shareholders?

>> When did you invest?

>> When did you receive stock?

>> When did you sell stocks to Koreans?

When did you learn it was restricted stock?

When did Seong-yeol Lee say he donated stock?

Are Koreans continuing to send money to Seong-yeol Lee for stocks?

What do you know about the land in Nevada?

How do you know about the kidney transplant/operation?

Thank you.

보내주신 메세지 및 정보는 감사히 받았습니다.

다음주 중 전화통화가 가능한 날짜 및 시간을 말씀해 주십시오.

아래 질문에 대답해 주십시오.

한국인 주주가 4천2백명이란 사실을 어떻게 아십니까?

언제 투자하셨습니까?

언제 주식을 받으셨습니까?

언제 다른 한국인들에게 주식을 파셨습니까?

언제 제한조건부주식 이라는걸 아셨습니까?

이성렬이 언제 주식을 기부했다고 했습니까?

한국 투자자들이 지금도 주식을 사기 위해 이성렬에게 돈을 보내고 있습니까?

네바다 주에 있는 땅에 대하여 아시는 게 있으십니까?

신장 이식/수술에 관해서는 어떻게 아십니까?

감사합니다.