**From:** [redacted]
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: FW: Announcements by the Chairman
**Date:** Wednesday, December 21, 2022 7:47:38 PM
**Attachments:** September Newsletter (Reporter Seong Yeol Lee).docx

**PLAINTIFF'S EXHIBIT 7**

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------
From: [redacted]
Date: 2019년 10월 2일 (수) 오후 3:20
Subject: Fwd: FW: 회장님의 공지사항
To: [redacted]

---------- Forwarded message ---------
From: [redacted]
Date: 2019년 9월 16일 (월) 오후 8:19
Subject: FW: 회장님의 공지사항
To: [redacted]

-----Original Message-----
From: Jong Sun Kim <[redacted]153@naver.com>
To: [redacted]
Cc:
Sent: 2019-09-09 (월) 13:20:52 (GMT+09:00)
Subject: Announcements by the Chairman



When you think of the route that a beggar goes through, coming out of poverty and heading to wealth and glory, it is rather similar to how Moses lead the Israel citizens crossing the Jordan River by splitting up the Red Sea. As the Israel people were able to arrive at the land of Canaan, trying to find the easy route for a long 40 years with Moses, you have been tortured with hateful comments throughout the PRIVATE PLACEMENT OFFER period and now, in November, we are heading to the gates of being listed as a PUBLIC OFFER (IPO).

Just like the Israel people were able to reach the Canaan land and obtain terrain for themselves, some of you are about to be wealthy people, with different amounts of money.

So far I have strived to (1) increase the market price (2) and acquiring more investors in order to actively be able to trade, just for you. Of course, after being listed as a PUBLIC OFFER (IPO), we will expand to about 50 different security firms all across Japan, Korea, China and Hong Kong, enabling much more people to sell our stock.

I am giving you all an advantage one last time before that happens.

If you buy 1,000 shares, I will lend each of you 58,000 shares.

Therefore with the sum of donated 1,000 shares + 1,000 shares bought + 58,000 shares borrowed you are an investor that is starting with 60,000 shares.

It is much more beneficial for you to buy 1,000 shares at this early stage.

For example, if you buy 1,000 shares on September 9th it will cost you $6,000, $7,500 when you buy on September 10th, and cost you $8,500 when you buy on September 12th.

Therefore, it is much more beneficial to but earlier if possible. After the PUBLIC OFFER (IPO),

You can estimate your assets as below:

- Your asset worth would be 60,000 shares x $16.875 = More than $1,012,500
- Lent share of 58,000 x $7.50 (if you bought 1,000 shares on September 10th) = $435,000
- Therefore the lowest possible asset would be worth $577,500 (690 million KRW)

After being listed as a PUBLIC OFFER (IPO), you can trade through any securities firm in units of 100 shares.

Especially you can flexibly buy and sell stocks through a securities firm that has a consign with Ameritrust Corporation.

Also, if you submit a securities account request, by the end of this month, you will be an investor with 60,000 shares, which is worth more than $1,012,500. That automatically enables you to be an authorized investor (QI or AI) worth $1,000,000.

Therefore, after September 30th, nobody in our investment bank will be an unauthorized investor.

When another company is listed in the stock market through a PRIVATE PLACEMENT OFFER through our investment bank, you will all automatically have the availability of buying the stock.

I plan to select 30~50 cities or regions and establish an industrial development (local government enterprise) or a corporation (profitable corporation) and develop an industrial city by listing RIET or DPP (LP) to NASDAQ, I would be able to provide you all with very profitable stocks.

Regardless of this matter

I will monitor how many people would buy 1,000 stocks and then proceed with the listing process.

- The lectures mainly done by Tae Jin Kang seem to be the most engaging. Please spend more time and keep up the good work.
- It would be comfortable for me if district manager Jae Eun Lee and Young Seo Lee were in charge of administrative affairs.
- I would appreciate it if Seok Hong Park and Seong Rak Lim would oversee recruitment and administration.

Currently, our Chinese property (estate) and transferring ownership are being led by CEO LIU, the CEO of the Chinese Aircraft Manufacturer, and the high governors of the Liaoning province. The condition is that we provide the stocks of AMERITRUST CORPORATION worth 64.8 trillion USD, in exchange for 19 real estate prices. The contract will be completed by October 15th, and the agreement will be effective on the same day. There are 19 lists of real estate in total.

The next topic is that we are recruiting 300 district managers that have a doctorate degree.

If you can speak English, you are eligible to be the district manager of the investment bank, as well as being the professor at our University located in Dalian city, Liaoning province.

The current student count in our university is about 5,000 people. The name of the school is Liaoning Medical University. We will start expanding later this year, and starting on the fall semester, we will grow the school with a count of 30,000 students in total.





Part of our trade center building is located in Dalian city Liaoning province will be converted into Liaoning Medical University.

| | | 1,000 Stockholders | | | |
|---|---|---|---|---|---|
| | Donation | Buy | PRICE | Lent Shares | Stock Sum |
| | **1,000 shares** | **1,000 shares** | | **58,000 shares** | **60,000 shares** |
| | | **Sep 9** | **$6.000** | | |
| | | **Sep 10** | **$7.500** | | |
| | | **Sep 11** | **$7.500** | | |
| | | **Sep 12** | **$8.500** | | |
| | | **Sep 16** | **$10.000** | | |
| | | **Sep 17** | **$12.500** | | |
| | | **Sep 18** | **$12.500** | | |
| | | **Sep 19** | **$14.000** | | |
| | | **Sep 20** | **$10.000** | | |
| | | **Sep 23** | **$12.750** | | |
| | | **Sep 24** | **$14.000** | | |
| | | **Sep 25** | **$14.000** | | |
| | | **Sep 26** | **$15.750** | | |
| | **PUBLIC OFFER** | **Sep 27** | **$16.758** | | |
| | | | | | |
| | | **60,000 shares x $16.875 = $1,012,500** | | | |
| | | **58,000 shares x $16.758 = 97,196.4** | | | |
| | | **2,000 shares x 16.875 = $33,516.00** | | | |