From: ▓▓▓
To: SECAmeritrustInvestigation
Subject: Fwd: There is a Difference Between NASDAQ GS Public Offering and OTCBB Listing
Date: Wednesday, December 21, 2022 7:37:44 PM
Attachments: pastedImagebase640.png
pastedImagebase640.png
Conditions to be listed on NASDAQ and OTCBB.docx



PLAINTIFF'S EXHIBIT 8

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--------- Forwarded message ---------
From: ▓▓▓
Date: Sunday, September 9, 2019 7:26pm
Fwd: There is a Difference Between NASDAQ GS Public Offering and OTCBB Listing

To: ▓▓▓

---------- Forwarded message ---------
From: **Alert Mail** <ylee37@hotmail.com>
Date: 2019년 9월 22일 (일) 오전 11:11
Subject: NASDAQ GS 공모상장과 OTCBB 상장은 다름니다
To:



We are going to list on the highest level of NASDAQ GS.

Apple Computer Stock Price:

AAPL (NASDAQ GS) $217,73-3.24 (-1.46%) per one share

Fri, Sep 20, 2019, 4:00 PM EDT

The current overall market price is 983.9 billion dollars.

We Ameritrust Corporation's overall market price is expected to be 6.48 trillion dollars once it is publicly listed.

We have to pay the Michigan State government $6,470,000 just in taxes.

There are other expenses to be made because the size of the company is big.

Even with the rates above, did you know what we currently have is only a round lot of 2,200 stockholder guarantees? Are you trying to mess around with us with just you 130 people?

Are you just wasting your time?

There are 4,200 people who are complaining that they have their names up expecting to receive stocks, but didn't get any nor getting any contacts.

Let me know now if you want to back away.

Any kind of sugarcoated comments are not accepted.


Sincerely, Seong Yeol Lee