**PLAINTIFF'S EXHIBIT 9**

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: Financial Center Construction Attachments for 27 Sites
**Date:** Thursday, December 22, 2022 9:33:16 AM
**Attachments:** 西安美國信託投資公司.docx

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------
**From:**
보낸사람:
Date: 2019년 10월 2일 (수) 오후 3:20
Subject: Fwd: 27개 성의 수도에 첨부한 금융센터 건설
To:

---------- Forwarded message ---------
**From:**
Date: 2019년 10월 1일 (화) 오전 11:26
Subject: Fwd: 27개 성의 수도에 첨부한 금융센터 건설
To:

---------- Forwarded message ---------
**From:** Alert Mail <ylee37@hotmail.com>
Date: 2019년 10월 1일 (화) 오전 10:58
Subject: 27개 성의 수도에 첨부한 금융센터 건설
To:



The file attached is a planning document that mayors from 27 cities have approved to go under construction, such as trade center buildings, hospitals, and distribution centers supplying 25,000 Kingdom Lounge restaurants, apartments, shopping centers… etc. in Seoan city.

- We confirmed 6 cities to construct buildings, including hotels, and 21 buildings will be constructed next year.
- The meat processing industrial plant is approved,
- Aircraft MRO plant,
- Freight-hub airports
- The import of American beef, pork, poultry, and mutton has been approved.

- All 25,000 Kingdom Lounge Restaurant (food complex) welcomes this.

Seong Yeol Lee.