**PLAINTIFF'S EXHIBIT**

**10**

**From:** ▮▮▮▮▮▮▮
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: 130명 26,850 Fwd: To the 130 Investors of 26,850 Shares that will Evolve from Poor to the Rich
**Date:** Wednesday, December 21, 2022 7:59:48 PM

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Seong Yeol Lee announced that the documents from China have arrived.

---------- Forwarded message ---------
**From:** ▮▮▮▮▮ **Alert Mail** <ylee37@hotmail.com>
Date: 2019년 10월 10일 (목) 오전 5:50
Subject: 130명 26,850주 노(  )씨에서 부(富)씨로 改姓한 주주 여러분
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Subject: To the 130 Investors of 26,850 Shares that will Evolve from Poor to the Rich

I am here to announce exciting news to the people who have sent $26,850 to create an investment account among the 4,300 people.

I have provided you all with 100,000 at no cost, and last September we initiated a STOCK SPLIT 1:10 therefore each of you resulting into 1,268,500 shares per account.

Each share was worth $1.00 when we applied for PRIVATE PLACEMENT OFFER, but today each share is worth $2.00.

Therefore your total summary is worth $12,685,000 (30.444 billion KRW).

You poor people that have complained, are you happy now?

Now I will speak the truth.

I have promised that around February 15th of next year, I will list the 26,850 shares that you have invested, and including the 100,000 shares that I have given to you at no cast to NASDAQ.

==All of the documents from China were received last night.==

When being listed at NASDAQ, there are different levels,

Highest level being NASDAQGS

Middle level NASDAQGM

And the lowest level being NASDAQCM. Even though being registered at the lowest level has not been achieved by any Korean company, but our company will be the first-ever Korean company ever to be listed on NASDAQGS.

Even the date of the listing will be pulled earlier, by listing on SEC (SECURITIES EXCHANGE COMISSION) around late October to early November of 2019, and will be listed to NASDAQGS and officially be the first PUBLIC OFFER (IPO) reaching for the international financial market.

Once it is listed the starting stock rate is expected to be $30~$40.

Therefore, your total value of your investment account will be

- If starting at $30, 1,268,500 x $30 = $38,055,000 (\45.666 billion KRW)
- If starting at $40, 1,268,500 x $40 = $50,740,000 (\60.888 billion KRW)
  So you are able to become a rich being with a worth ranging from 45 billion to 60 billion KRW.

  Everyone, please do not forget the times that you were considered the poor, and although a human being called Seong Yeol Lee has saved you, God oversees and takes care of us above, and thanks to God, we can have this opportunity. So don't forget to be always thankful, and graceful, and praise God.

  Lastly,
  I have purchased land to provide all 130 of you with a luxurious house that is under construction. The house property will be planned as follows:

- Land: 2 acres (2,448 pyeong)
- Basement: 50 pyeong
- 1st Floor: 50~70 pyeong + 3 capacity parking lot (ATTACHED)
- 2nd Floor: 50 pyeong
- 4 BED ROOM
- 4 BATH ROOM
- Commercial-sized outdoor pool
  I will use the cost of 100,000 shares from your 1,268,500 shares as the construction fee.

The reason is that if you still remain in Korea, there is a risk of your family or neighbor reporting you like idiots, making you go back and forth to the tax office, and later on a risk of being charged with taxes. Therefore I encourage you to live in the United States. Then you could get about 50% of your taxes exempt.

The price of the estate above is based on STAMFORD, GREENWICH, Connecticut, and WESTCHESTER, New York, which costs about $2,500,000 in real estate price.

The shape and model of the house can be selected to your taste. Once the agreement is settled and the land contract is signed, I will announce again and start the construction around early next year, and you will be able to move in within the summer of next year.

With the SEC listing and NASDAQGS LIST right in front of us, not only do you receive these benefits but people who have bought 1,000 shares and opened an investment account will gain around a billion KRW in profit. Please take the next step and achieve the goal of reaching 2,200 people opening their investment accounts as soon as possible.

Regardless, don't forget to treat me to a cup of coffee, as we promised.

I wish you well.


Sincerely, Seong Yeol Lee