



Message from Jong Sun Kim saying that we did a great job on trading.

---------- Forwarded message ---------
**From:** Jong Sun Kim <atcc153@naver.com>
**Date:** Thursday, October 10, 2019 2:01am
**Subject:** September Investment and Cash Transactions
**To:**

Hello!

I really appreciate how you all have been trading during September.

Now that the price has increased drastically and dear stockholders that have been participating in the trading will experience a once-in-a-lifetime opportunity of gaining so much money that you wouldn't have been able to gain just by working forever.

Just by calculating the current market price, the 100,000 shares that have been donated to you for free are worth 24,000,000,000 KRW.

Now you are all billionaires.

You must think that this is unbelievable.

The business that our dear Chairman Seong Yeol Lee handles has unstoppable limits, and nobody in this world would be able to follow him. Just by what he has been doing in China and the State right now is beyond anybody's ability.

As a Korean, any stockholders involved in this opportunity are the luckiest people alive.

Please look up to our Chairman and become people that can provide help and hope to people who are in need.

We are now kicking in the last steps of being listed, so please pray for us along with the Chairman's health and wellbeing.

Also, we need more than 2,200 stockholders to be listed into the highest level in the exchange, therefore, we ask our Korean investors to keep up the good work in recruiting more investors and give them the opportunity to become rich people as well

Thank you.


* If there are any issues or misinformation in the September statement, send me an email and I will revise.

From the States, sincerely, Jong Sun Kim (the wife of Chairman Seong Yeol Lee).

TELL : 475-333-4846

E-MAIL : atcc153@naver.com