

**From:** [redacted]
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: ATCC 서울시 Fwd: Announcements from the ATCC Seoul Branch
**Date:** Wednesday, December 21, 2022 8:11:49 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

He called 30 people to the United States to make them American bank accounts.

---------- Forwarded message ----------
**From:** [redacted] <atcc3346@daum.net>
**Date:** Sunday, September 6, 2020 10:32pm
**Subject:** Announcements from the ATCC Seoul Branch
**To:** [redacted]

Greetings to the stockholders of ATCC,

The members going to the States to open up an investment/banking/checking account and debit card must submit a copy of their passport and international driver's license (in colored print) by September 12.

This is to verify your identity and to sign up for an account with an American bank. We will prepare all of the procedures to sign up, and stockholders will only need to sign for approval.

Heads up: The ATCC symbol has submitted for a request to the SEC, and will be applied in NASDAQ within next week.

[ATCC Seoul Office]