

**From:** ▓▓▓▓▓▓
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: Announcements from the ATCC Seoul Branch
**Date:** Wednesday, December 21, 2022 8:15:36 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Context saying that they will open an American bank account, and will send money once stock tradings are done.

---------- Forwarded message ---------
From: ▓▓▓▓▓▓ <atcc3346@daum.net>
Date: 2020년 10월 27일 (화) 오후 12:38
Subject: ATCC 서울사무소에서 안내드립니다.
To: ▓▓▓▓▓▓

Dear beloved AMERITRUST CORPORATION Stockholders!!

How are you?

To help all of you who have been struggling in life physically and economically due to COVID-19, we tried our best to lift up as many troubles as possible, and despite the sabotage from the American government and its organizations, we did delay on time, but we are finally ready to register you to take the next step.

After all of these struggles, the stock certificates are finally legally printed and issued.

I sent the stock certificate today (October 26, Monday). The Seoul office will organize the documents and distribute them to you individually. Please take this document and handle with care. After this, any trades will be done online through BOOK ENTRY.

ACCREDITED INVESTORS or QUALIFIED INVESTOR

- First, we needed 2,200 approved stockholders in Korea to activate the stock exchange

- Second, we need a trading record of 3 years or more in the stock market

- Third, we need to maintain a certain level of trading rates and prices

    (1) In need of 2,200 accredited or qualified investors
        - The holder's wealth must be over than $2,000,000
        - The holder needed to file taxes and income to the government for 2 years and also expect to have more than $200,000 in income this year.
        - The holder must invest 15% of income in stock investment, with sufficient knowledge of the stock market.

- Especially in the states, investment banks, or loan banks are able to open accounts for immediate deposits that are more than $300,000. Try opening an account in Citi Bank or Bank of America in Korea to find out.

None of you are legally qualified of any of the categories above. Therefore, none of you were able to purchase the stocks of AMERITRUST CORPORATION (it is not a Korean company), nor open an investment account under official procedures.

(2) Second, the low investment amount.

None of you are able to immediately deposit more than $300,000 and open an investment account legally. Also, there was nobody that traded the stocks consistently. Some of you invested in fraudulent coins and pyramid-selling organizations or fraudulent funds that the Korean government is involved in, such as Lime and Optimus and wasted your money an property. None of you maintained the investment of $250,000 or higher to keep the trade cycle going. There must be a profit balance of $250,000 or more yearly, but none of you were able to make it. You must maintain that amount, but all of you are not wealthy enough to do so, and that is why I donated such stocks to you.

(3) Lastly you are in lack of stock investment knowledge and are inexperienced. Although we have educated you for three years for free under a tent in Gwacheon and Hanyoung University, however pastor ▮▮ and ▮▮ committed unlawful actions, and when the executives of C&K declared to stop the lectures and head back to the States, I agreed to provide them a yearly sum of 300 million KRW in living cost and 1.2 billion KRW in stock investment budget to stay. However these two people never used even one KRW in any of stock investments.

However these two pastors and one of the executives never paid for their apartment rent. They could not provide any of you with any insight on investment education and stock trading. I never received even a grain of rice from pastor ▮▮ and ▮▮, instead, them suing me for fraud along with ▮▮▮▮▮▮.

Regardless I found a way to save you all by donating the stock I received from Chinese investors as a gift of gratitude. I listed all of the stock into the American stock market successfully and was able to issue a proper stock certificate that enables trade internationally.

All of the stock I have registered for donation is legally qualified and listed stock.

All of you have been donated with the stock, but every 2,252 one of you are officially and legally registered as a stockholder. The total amount of AMERITRUST COPRORATION stock of 22,088,306,757 shares has been distributed to 2,252 people, resulting in 0.305105%. All of the shares are registered into the American government and organizations, and it is a fact that transformed you into the rich from the poor.

Some of you possess more than 10,000,000 shares by stock splitting the shares that I have donated, and some hold about 1,000,000 shares and have participated at a later time. The ones who have just started have 1,000 shares. The current stock rate is $5.00 per share, so some of you have become filthy rich, and some who have started may have much, much less; however, none of you are at risk of losing any money. The critical fact is that my friends and business tycoons in China have given me their hotel, shopping plazas, skyscrapers, industrial banks, hospitals, medical schools, apartment buildings, office buildings, trade centers, and even territory that is under construction, and 3% of the success fee of all of the value are the stock that was donated to you. I made you eligible stockholders even though you not deserve to be a proper stockholder.

[Lastly I would like to give you advice on stock trading.](#)

(1) No matter what critical state you are in, and in no cases whatsoever do not sell the stock at a lower price than what it is in the stock market.

(2) If you trade in America or Korea, you may need to pay gift taxes. However, if you buy/sell in any other country, this leads to the Off-Shore Transaction, which may prevent you from needing to pay gift taxes.

(3) You may be restricted in some trades in America, however you have no restrictions at all once you trade in other countries. Therefore, I will help you open investment accounts from third-party countries.

Once you sold the stocks through that way, I will open a checking account under Bank of America under your name and deposit the cash to you.

The Bank of America will issue you a debit card. That debit card acts like a regular credit card, and it enables you to use it in any other country.

(4) Because this stock will not fall lower than its current market price, you do not need to sell all of them immediately. Think of keeping the stocks of Ameritrust Corporation as if you have kept money in a savings account, and just sell them whenever you are in need of money. That way it would be much more easier for you to manage.

I sincerely congratulate you on your success and new wealth, and a brighter future.

I send you much love.

Sincerely, Seong Yeol Lee.