PLAINTIFF'S EXHIBIT 14

From: [redacted]
To: SECAmeritrustInvestigation
Subject: Fwd: FW: ATCC Stocks Have Been Traded Since October 10th. The Problem is You…
Date: Wednesday, December 21, 2022 8:13:03 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Seong Yeol Lee giving directions to initiate insider trading.

---------- Forwarded message ----------
From: [redacted]
Date: December 4, 2022 (Fri) 10:49 AM
Subject: FW: ATCC Stocks Have Been Traded Since October 10th. The Problem is You…
To: [redacted]

Greetings to ATCC Stockholders,

I am here to update you on the progress that ATCC is going through right now.

ATCC stocks have been actively trading since December 10th.

Currently, there are no new purchase transactions, leading to the current value being less than $5 per share.

The last time there were any new trades was last November 16th, making it difficult to maintain the optimal trading rate.

There must be a rate of about 50 people trading per day to stabilize the trading rate of ATCC, and it will prove that ATCC is a stable company to remain in the SEC, OTC, and NASDAQ.

This process has to be made in order for the company to list in the NASDAQ GM or NASDAQ GS, which all of you stockholders have been wanting to trade flexibly.

$5 Trading Steps for the SEC

I will tell you the fastest way to cash out the OTC stocks. I have donated too much of my stock and left it in your possession. I will tell you how to cash out the stock you bought.

Let me make this simpler.

To sell stocks that you have, there must be a specific amount of demand for who would want to buy the stock. All of you are just greedy, thinking about selling away the stock which makes it harder for ATCC buyers to be involved in the stock market.

Who do you think would buy your stocks when all of you are just laying them out to be sold? Americans? The Chinese? British?... What kind of person do you think would buy your stocks? It disgusts me to see that you think that you believe that people would buy your stocks that aren't even active.

ATCC stocks were available for trade and to be cashed out on October 20th. You already received your part in stocks, and if you look up through SEC, DTC, and Colonial Stock Transfer Co., Inc, you can see the balance of your stock. Isn't that true?

Our stock that has been registered in the OTC can be traded like other companies like Samsung Electronics, Kookmin Bank, KEPCO, and POSCO that have been listed on the OTC as well. The part that ATCC is superior to these companies is that ours is registered in the American stock market. Samsung Electronics, POSCO, KEPCO, Kookmin Bank… 37 of Korea's main companies do not deserve a place in the OTC exchange or NASDAQ. However ATCC is already registered in the OTC, and is just about to be upgraded to the NASDAQ GM/GS market.

Think of it like this, ATCC stockholders.

Do you think that the issue is that you are not able to cash out your ATCC stocks?

Are you asking me to sell the stocks for you?

You have pushed me numerous times, for such a long time. I told you at least 50 new traders have to come in every day, and hundreds, thousands of new traders have to be registered for the stock to be available for active trading.

In conclusion,

There must be an active trading trend within the ATCC stock to be able to cash out your sold ATCC stocks. However some idiotic people just push the existing stockholders just to increase the selling price of the stock, reaching out to even their personal savings.

There needs to be an increase of at least 50 new traders a day consistently.

I'll tell you how to cash out your ATCC stocks for people who are in immediate need of money. ]

First, I issued you the stock certificate under the **REGISTERED STOCK**, to verify the stock has been added in through a legal process. Now that it is registered, you should be able to see how much you have, and check the title change. The companies that are involved in this are like KB Kookmin Bank Securities Services, Hana Bank Securities Services and the Korea Securities Depository. I wish you to check your

CUSIP and ISIN number, and confirm that your stocks and information are successfully registered to an international platform.

Did you think that the CEO of Samsung, Jae Yong Lee, or President Jung from Hyundai Motors were able to sell of their stocks at once? Don't you think it is much more beneficial for you to split the stocks you have in hundreds, thousands, or maybe even ten thousands and sell them?

So in order to reduce the hassle we need to change the **REGISTERED STOCK** to a **BOOK ENTRY**.

To change your stocks as a **BOOK ENTRY**, you must return all of your stocks to the Colonial Stock Transfer Co., Inc and request to change to a **BOOK ENTRY**. Then within a couple of weeks… *(end of text)*