

**PLAINTIFF'S EXHIBIT**

**15**

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: (2020-12-20) ATCC    Fwd: (2020-12-20) Additional Announcements from the ATCC Seoul Branch
**Date:** Wednesday, December 21, 2022 8:06:42 PM
**Attachments:** Reference Image.png

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Director of Headquarters changed to ███████.

---------- Forwarded message ---------
**From:** ███████ <atcc3346@daum.net>
**Date:** December 20, 2020 11:01am
**Subject:** (2020-12-20) Additional Announcements from the ATCC Seoul Branch
**To:** ███████

## Regarding NASDAQ (CS, GS, GM) Listing and Maintaining

The stock market has the New York Stock Exchange (Big Board), NASDAQ Center (NASDAQ or OTC), and many more exchanges nationwide. We call a stock that has been listed to any exchange Public Company. AMERITRUST CORPORATION is listed on the OTC, and your stocks are from a PUBLIC COMPANY that is registered in one of the best exchanges in the world. We are not a company that is just waiting to be listed in NASDAQ. We can be upgraded to NASDAQ GS/GM once we have matured enough as a company in the OTC.

In order for a company to be maintained in place at NYSE, NASDAQ, or OTC, stock exchanges have to be dealt with every day, every month, with a specific frame of funds going back and forth. If a company fails to meet those requirements, the stock will be delisted. Especially for NYSE's case, if the cost per share is lower than $5 for over a month, it is immediately delisted from NYSE. Delisting a public company means that it is only more work for the exchange, and it impacts the exchange in a negative way, therefore eliminating the company by delisting.

We made it to the list with all of the hard work and became a PUBLIC COMPANY, do you really want to see your hard work fail and the company delist? In order to maintain being listed in the exchange, we need to:

- Have a consistent rate of trade every day
- Have a consistent amount of costs every day,
- Keep a steady stock rate

Doesn't the Korean Stock Exchange and KOSDAQ delist failing companies as well?

Especially for the American financial market, things are much more tough. Korean companies such as Samsung Electronics, POSCO, KB Kookmin Bank,… a total of 37 Korean companies are currently listed on the American OTC and being exchanged every day. China has more than 650 companies that are listed in the OTC. Besides AMERITRUST CORPORATION, none of the Korean or Chinese companies that are in the OTC are currently at the level to be eligible to be upgraded to NASDAQ. I hope you keep that in mind.


### Comparing AMERITRUST CORPORATION against MODERNA

5 years ago, the cost per share of MODERNA (MRNA), a vaccine company was worth $15 per share. Before COVID-19, they had no hope or insight and just researched useless virus vaccines, and as soon as COVID-19 hit, they converted to a COVID-19 vaccine research lab and got certified by the FDA on December 18, 2020 and mass produced COVID-19 vaccines for sale. The cost per share of MODERNA today is $150+/-.

Is AMERITRUST CORPORATION a company that you can dare to gossip about and make a joke? If you think of our company ever so lightly, I will refund your stocks as of today, and will terminate all of the donated stocks. If you do so, file for a refund before January 31, 2021.

Once MODERNA sells a vaccine once to a person, there is no returning customer, therefor no returning income. So they have a limit on what their maximum profit could be. If AMERITRUST CORPORATION can export 7,000,000 tons of beef and pork every year, we can achieve a sales record of 45 billion KRW each year, and in addition including the worth of the KINGDOM LOUNGE RESTAURANT CENTER, each year's sale would easily maintain 180 billion KRW. Now can you spot the difference?


### Let me show you an example,

A person holding 12,685,000 shares of stock did not even need to pay for even one share of the stock. 26,850 shares were already paid in advance in the early stage as an exchange fee. You did not pay for the stocks. Therefore, you have been donated 126,850 shares, and under two steps you have STOCK SPLIT and that lead to 12,685,000 shares, and now it is worth $5 per share. It is 100% donated stock, and you did not spend money on a single share of stock. Despite all of that, you have already become billionaires.

Another important part is that MODERNA and PFIZER are companies that have succeeded by developing COVID-19 vaccines. They do not have the capability to export beef and pork to the United States, Brazil, Canada and China. China is a country that needs to import 20,000,000 tons of beef for them to feed all of its population. However, only I, the Chairman of AMERITRUST CORPORATION (because I deal with both import and export) am able to export 7,000,000 tons of beef and pork to China. I am able to export a yearly amount of 45 billion dollars, and considering VATs, we can expect yearly sales of 180 billion dollars from this company.

Stockholders of MODERNA have been patient for 5 years, just waiting hopelessly for the right moment, and all of you are provided with donated stocks, and just a little bit of stock that have been bought. MODERNA stockholders were able to wait for 5 years, but the stockholders of AMERITRUST CORPORATION cannot even wait for year, even with all of the donated stocks that they got for free and get to talk gossip behind our backs?

We are an OTC-registered company with a proper procedure of exchange, and no need to be considerate of any of the bullshit that the police, Financial Supervisory Service, nor bankers say.

I expect to no longer hear any rumors about this again. If you still have issues, file a refund request by January 31, 2021, so we can refund your stock and terminate all donated stocks.

I will compare AMERITRUST CORPORATION's stock with apartment real estate. Imagine you bought an apartment that is worth one billion KRW for just ten million won. The 990 million KRW worth of apartment cost was donated to you. If you wish to sell that apartment once it is worth one billion KRW, the remaining amount that is beyond the ten million KRW that you paid for are considered into gift tax.

Another thing to consider is that once the apartment is purchased under your name, it is up to you on whether you want to sell it or not, the person who sold the apartment to you in the first place has no right to be involved on how you want to deal with your apartment. What do you when you end up wanting to sell your apartment? You reach out to a real estate agent or put it up as a newspaper ad, or run it through a public sale.

The stock that you have purchased from AMERITRUST CORPORATION, or you've been donated by AMERITRUST CORPORATION is all under your name, and you are a holder of a stock that has been registered in the world's largest stock exchange. You possess a stock that no other Korean company could've ever achieved. If you wish to sell the stocks, just like you use a real estate agency to sell your apartment, use a third party exchange agency and let it out in the stock market. Just like how the real estate agent calculates the apartment cost by their own will, that will happen to your stocks. You will have no control over them once it is handed over.

AMERITRUST CORPORATION started trading in the stock market on March 9, 2020. You have the right to trade in the most legal exchange in the world, on your own starting from October 20, 2020.


**How to sell stocks**

Just like you let your apartment in to a real estate agency, you should contact a securities firm and negotiate on creating a consignment account and let your stocks proceed through consignment.

Then, the securities form will ... *(end of text)*