PLAINTIFF'S EXHIBIT 16

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: FW: [ATCC Announcement 2022.12.23] This is Professor Choong Yeol Yoo, The Manager from the Korean Communications Office
**Date:** Thursday, December 29, 2022 1:35:35 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Like the context below, they are gathering people and claiming that they would make American investment accounts and sell stocks for $5 per share until this day. I sent you a video message, and I also have a footage of Seong Yeol Lee and Jong Sun Kim having an investment seminar on stock trades every week. I'll send you that video soon.

--------- Forwarded message ---------
From:
Date: December 25, 2022 (Sun) 9:22 PM
Subject: FW: [ATCC Announcement 2022.12.23] This is Professor Choong Yeol Yoo, The Manager from the Korean Communications Office
To:

---- Original Mail ----
From: <atccinfo@naver.com>
To:
Date: December 23, 2022 19:26 GMT +0900
Subject: [ATCC Announcement 2022.12.23] This is Professor Choong Yeol Yoo, The Manager from the Korean Communications Office

Dear ATCC stockholders,

How are you?

This is Professor Choong Yeol Yoo, the Manager of BEESPOKE LLC newly assigned my the Chairman.

I've met fellow stockholders through lectures in the Hanam office three times a week, but I am sending my welcoming wishes to the people whom I haven't yet met. I have been called in by the Chairman to complete the task of listing the company on the New York Stock Exchange. I must complete this task with all the help from our fellow stockholders.

In order for ATCC to be listed in the NYSE, there are objectives that the Chairman must complete, as well as us ATCC stockholders must take part in. The Chairman's job is to negotiate with the securities firm, and our job is to open an investment account. If we do not create any investment accounts, no matter how much the Chairman negotiates with these firms, it would be impossible to be listed on the NYSE, and no matter how much money we invest, if the Chairman does not negotiate with the firms, it is impossible to be listed on the NYSE. The Chairman has sent emails to all of the stockholders emphasizing the purpose of himself and the stockholders, therefore, I believe he is putting his best in doing his part.

I am currently an active professor at Anyang University. The company listing on the NYSE is such an important part for me, so I come into the office every Tuesday, Thursday, and Friday when I do not have any lectures and work with the company staff to achieve our goal. Now that it is the holidays, I am

coming into the office every day. I've been giving lectures in the Hanam office three times a week, every Tuesday, Thursday, and Friday at 2:00 PM. I will continue to do this lecture. The topic of the lectures so far was 'Who is Chairman Seong Yeol Lee?, What kind of company is Ameritrust Corporation?, What is the ATCC stock of Ameritrust Corporation?, The tasks of the Chairman and ATCC stockholders in order to list on the NYSE, Stock Trading, American dollars and finances", etc.

To stockholders that wish to participate into one of our lectures but cannot find an opportunity to visit our office, I will hold a lecture that can be accessed through Zoom once a week, every Monday at 2:00 PM. If you wish to participate, please leave us a call in the Hanam office. Also, I feel like there have been some misunderstandings that has a lot to do with false rumors. Therefore, for the people who wish to find out the truth and have any questions regarding the ATCC stocks, I will hold an "Ask Us Anything" session during the lecture. I wish to hold this once a week, every Monday at 2:00 PM. If you wish to join, I would greatly appreciate if you call into our office and sign up.

I wish you all the blessings under God for our ATCC stockholder and their family.

BEESPOKE LLC(OSJ) Korea (031-795-4827)

(BEESPOKE LLC)

Sincerely, Manager Choong Yeol Yoo