PLAINTIFF'S EXHIBIT 17

**From:** [redacted]
**To:** SECAmeritrustInvestigation
**Subject:** ATCC Seong Yeol Lee Personal American Account
**Date:** Monday, January 2, 2023 3:03:43 AM
**Attachments:** Greetings to Dear ATCC Stockholders_230102_163057.pdf

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

When Seong Yeol Lee tells us to buy 1,000 shares of $5 each, he would let us know his personal account.

The account information is as follows:

Bank Address: 222 BROADWAY NEW YORK, NEW YORK 110038.

BOA, [redacted] 8039

The attached files are the guidelines of ATCC telling us to buy 1,000 shares, for $5 each.

The details are stated through page 2~3.

The stocks on sale are claimed to be ATCC stocks, but in reality, they are stocks by GRYOD which was acquired by ATCC.

The Korean investors know nothing about this.

The Korean investors are not aware that the stock that is priced at 0.007 per share in the OTC is being traded for $5.

They just know that in order for them to open an investment account, they need to buy 1,000 shares worth of ATCC stocks, and then American investment accounts will be opened.

This was a fraud method that was used 4 years ago in 2019, and this was the same method that he used to persuade stockholders to create American investment accounts when they traded the stocks back in 2019.

At that time he said that 97% of the stocks belonged to Chinese stockholders, but actually all of the stocks belonged to Seong Yeol Lee. I also have proof of this.

Anyway, right now the people that are mentioned in the organization chart [redacted] from the Hanam office are advertising to a lot of people to send money to Seong Yeol Lee's personal account.

As stated on the announcement below, starting from $5, he directed the stocks needed to be traded until the price reached $8.25 per share. This method has been used back in 2019 making 130 people send him 34,000,000 KRW, a total of 1.5 billion KRW in total, and he is attempting to do this again.

I hope the case is closed as soon as possible so there are no more victims.

Greetings to the ATCC Shareholders.

Despite many challenging circumstances, the company ATCC has been running to this day. I want to register the company with the NYSE (New York Stock Exchange) through formal business. I am aware that there are many stockholders that claim the company is a scam and sabotaging the company through rumors and threatening the owners of the company.

What is it that you exactly want?

Don't you want to earn a lot of money and live with successful wealth?

To do so, shouldn't you have patience and know how to wait for the right time?

How are you expecting the company to thrive when you don't trust the company and leave negative comments and make the representation of the company fall?

We have also detected that recently through BAND or stockholder meeting, there are much confusion running around about false, or uncertain information, and we ask you to be careful about this information. Please confirm any information that needs to be clarified through ATCC Secretary General/Head of Korea Branch Jong Sun Kim. Do not directly report any false information about Jong Sun to me.

I have lectured in Korea for the last three years and promised the stockholders that I would take full responsibility for being listed on NASDAQ.

Back when I promised this, NASDAQ had NMS, PINK, and CAS levels; however, recently, only the NMS level maintains the NASDAQ name and PINK, CAS has been changed to OTCBB, OTC, OTC Expert, etc. As you may all know, ATCC is currently listed on the OTCBB.

Now the execution of trading the stocks is all up to you.

It is impossible for me to provide you with insight on how to declare your prices or to help you deal with stocks. It is illegal to do so.

Also, attempting to pass through any exchange transactions or investment bank transactions using my certificate is impossible since I am the chairman at ATCC.

You are all dealing with stock and executing the deals by opening investment accounts, trading, and completing till the Clear Trust is reached, regardless of me being involved. Therefore, the deal can be passed by me approving the process, regardless of which investment bank you try to buy/sell from. None of you have had any questions about opening an investment account. Therefore, I assumed everybody knew how the process went; therefore, I did not need to be involved.

Please refer to the HSBC or CITIBANK of Korea for opening investment accounts. You must be able to deposit 300,000 USD or more to open an account. (You will know that this is true once you attempt to open one)



Therefore, in order to help you with stock exchanges, I officially assigned Professor Choong Ryeol Yoo as Manager, reporting to ATTC Secretary General and Head of the Korea Branch Jong Sun Kim. The organization chart follows as above.

I have purchased 25,175 acres (about 31,000,000 pyeong / about the one-sixth size of Seoul) in Battle Mountain Town, Nevada, to construct a ranch. I am pushing to construct a feeding ranch to raise 350,000 Black Angus cows.

I plan to export the beef that would be produced through this ranch to China, and I've already mentioned this during my past lecture at Hanyoung University.

ATCC is currently in the process of the final six 10-Qs and 10-K 2021 financial audits, along with the 10-K September 30, 2022 financial audit. After the audit, I will submit the report to the SEC and upload it to EDGAR, making it public for all of you to see.

The ATCC has started to list in the NYSE for listing promotion. If the trade per share consistently maintains 5 USD, the company will be listed on NYSE in no time. That means the ATCC would be the first ever company in Korea and China ever to be listed on NYSE. That also comes with investors being able to open an investment account and will be able to trade with no limit.

We are negotiating with multiple investment banks and discussing establishing a company-investment bank. For stabilized bid trading, we must first open an investment account. It takes a lot of money to open

an investment account. However, you are eligible to open an account due to the investment of 1,000 shares at 5 USD per share, and that stock will already contain in your investment account along with the stocks that you have in clear trust. In that case, you will be able to deal with stocks freely.

As you need a bank account for your financial transactions, you must have an investment account where you can keep your stocks and investments.

The content below is a guide on trading, during the preparation for listing on the NYSE.

Bid trading is bought and sold over 5 USD per share. Refrain from selling less than five dollars per share. Also, do not sell the share for less than 0.25 USD based on the final price. If caught doing so, you will be accused and charged with illegal action under the Securities and Exchange Act.

If you wish to buy on the first week, register at the start of the first week, and buy the stock within the first week for 5 USD.

If you wish to buy on the second week, register at the start of the second week, and buy the stock within the second week for 5.25 USD.

If you wish to buy on the second week, register at the start of the second week, and buy the stock within the second week for 5.25 USD.

If you wish to buy on the third week, register at the start of the third week, and buy the stock within the third week for 5.50 USD.

If you wish to buy on the fourth week, register at the start of the fourth week, and buy the stock within the fourth week for 5.75 USD.

If you wish to buy on the fifth week, register at the start of the fifth week, and buy the stock within the fifth week for 6.00 USD.

If you wish to buy on the sixth week, register at the start of the sixth week, and buy the stock within the sixth week for 6.25 USD.

If you wish to buy on the seventh week, register at the start of the seventh week, and buy the stock within the seventh week for 6.50 USD.

If you wish to buy on the eighth week, register at the start of the eighth week, and buy the stock within the eighth week for 6.75 USD.

If you wish to buy on the ninth week, register at the start of the ninth week, and buy the stock within the ninth week for 7.00 USD.

If you wish to buy on the tenth week, register at the start of the tenth week, and buy the stock within the tenth week for 7.25 USD.

If you wish to buy on the eleventh week, register at the start of the eleventh week, and buy the stock within the eleventh week for 7.50 USD.

If you wish to buy on the twelfth week, register at the start of the twelfth week, and buy the stock within the twelfth week for 7.75 USD.

If you bought it in the first week, sell it for 8 USD in the thirteenth week.

If you bought it in the second week, sell it for 8.25 USD in the thirteenth week.

Always remember that on the first week, it must cost 5 USD per share, and at least 1,000 shares need to be bought at a time.

In all honesty, you are considered "the Big Guy" when you have at least sold 300,000 USD within your investment account, and they would open your account with a very kind service. If any value is lower than that, you are considered a loser, and they will deny opening your investment account. I am here to help you become "the Big Guy", by guiding you to sell 1,000 shares with only investing 5,000 USD and making it easier to open your account.

Sell the 1,000 stocks you bought when the value has reached 8 USD per share to open your account. Then you will be able to gain profit, and along with that, in the future, when you buy and trade, you must buy/sell each share as an equal amount or 15 cents higher.

Prioritize selling the stock that you have bought. Then when the company is listed on the NYSE and becomes active to trade, you can buy/sell any other stocks as well quickly.

Any details will be actively discussed with the Head of the Korea Branch, Jong Sun Kim, and the Manager, Professor Choong Yeol Yoo. For any questions, please consult the Head of the Korea Branch Jong Sun Kim and Professor Choong Yeol Yoo.

An investment account must be activated for any stock trade, not just ATCC stocks. Stocks must be contained in the investment account when bought. Of course, any changes of a holder of ATCC will be finalized and registered as the buyer's stock.

If you trade stocks through Securities, the stock will be transferred to a Clearing Bank, which finalizes any buy/sell transaction. Once the transactions are finalized, you must transfer the title by sending the statement to Clear Trust LLC. The instance of [redacted] with Samsung Securities without transferring the title is clear evidence of financial fraud.

 I will establish a securities firm-investment bank. You should open an investment account from another securities firm first, and then after that, any stock transactions and services must be done through our securities firm. Even though you have opened an account through a different securities firm, once our securities firm-investment bank is running, you may make transactions through our firm.

After selling your stock, the cash in the Clearing Bank account may be sent to your savings account under your name; however, transferring to a regular bank only guarantees up to 50,000,000 KRW. Therefore, it would be safer to keep your funds at the Clearing Bank with a Treasury Bond, Treasury Note, or Treasury Bill that the Department of Treasury of the Federal Government has issued. If you need the cash in the future, if you sell it three days in advance, they will be able to wire the cash into your desired bank account.

Our securities firm will be authorized as Self Clearing, and will serve as Self-Clearing business.

Check the stockholder announcement mail, and for any buying requests, visit the Hanam office and listen and understand the instructions carefully.

This is the condition that you have to deal with to open an investment account; at the same time need to buy at least 1,000 shares; therefore, you must understand that you cannot complain or object. I hope you would be cooperative with this trading process and lead to your road of success. I wish you a warm day.

*Contact: Room 327, Building D, Hangang-2cha Hyundai Knowledge Industry Center, Misa-daero 520, Hanam-si, Gyeonggi-do

- 500m straight forward from Hanam-pungsan Station Exit 1, Line 5 (next to the bowling alley)

- Office phone number: 031) 795 – 4827

Sincerely, Chairman Seong Yeol Lee.