PLAINTIFF'S EXHIBIT 18

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** Fwd: FW: [ATCC Announcement 2023.01.05] Messenger Letter : Please Check Your Email or KakaoTalk.
**Date:** Thursday, January 12, 2023 5:06:44 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The content below contains the announcement by Seong Yeol Lee, sent to Choong Yeol Yoo. The main detail is that currently about if 200 people send money to BOA for American investment account funds, they will provide 9,000 shares of ATCC stock.

Like this, they are tricking the stockholders to create investment accounts and let them sell the ATCC stocks, and they are providing the stockholders with 9,000 shares of stock once they receive money.

This needs immediate action.

---

---- Original Mail ----
From: <atccinfo@naver.com>
To:
Date: January 5, 2022 20:31 +0900
Subject: [ATCC Announcement 2023.01.05] Messenger Letter : Please Check Your Email or KakaoTalk

---

Dear ATCC stockholders,

How are you?

The year 2022 full of challenges is final over and the new year 2023 is finally here. I wish all of our ATCC stockholders a blessed and prosperous new year under the name of God.

2023 will be new year with a new start with the listing of NYSE. I am currently coming into office every single day from Monday to Friday, working with the employees and putting in all of our effort to successfully list on the NYSE. I am providing lectures to help the Korean stockholders of ATCC open an investment account every Tuesday, Thursday and Friday in the Hanam office, and on Mondays I lecture through Zoom for stockholders that live outside of town. On Wednesdays, I hold and "ask us anything" session to answer any questions the stockholders may have.

It has been two months since Chairman Seong Yeol Lee sent you an email about the stock listing in NYSE to all of the ATCC stockholders. After his last email, there has been requests from stockholders who wish to open American investment accounts, and until January 5th 2023, there are 487 people who have signed up. 170 people have prepared the funds to open the account on the first week, and we expect about 200 people in total will be prepared to open their accounts within this week.

The current total of ATCC stockholders count to 2,747 people. It seems like there are a lot of stockholders who haven't been checking their emails even though the Chairman sent announcements and video records of his lectures for people to see. Email is the only source of communication that we have been using, and if people are not updated with our emails, it would cause a disadvantage. In order to prevent this, we plan to send out announcements through email and KakaoTalk for you to have easier access. For the people who have checked this email, please reply to this email saying that you have read the email. Any

stockholders who have not responded to the email, the staff at the Hanam office will call each of you and try our best to keep you updated on any news from the Chairman, so you do not miss out on anything.

This is an important message from the Chairman.

As the Chairman has mentioned before, he is not allowed to be directly involved in negotiating with security firms and stock trades. Even though this is prohibited, he is trying his best to help everyone and even negotiating with security firms so all of you can open your investment accounts.

The Chairman has announced that he will support stockholders to open their investment accounts until March 31, 2023, and further on, it is entirely the stockholder's responsibility to open their accounts. He also announced that for stockholders who participated in opening their investment account this time, he would donate 9,000 shares of stock.

Please do not miss this opportunity. I wish that all ATCC stockholders would be able to benefit from this chance. Even stockholders that possess 1,000 to 10,000 shares in stock can expand their trade and participate in this opportunity.

I wish all the blessings and happiness under the name of God to all of you.

BEESPOKE LLC(OSJ) Korea (031-795-4827)

(BEESPOKE LLC)

Sincerely, Manager Professor Choong Yeol Yoo.