PLAINTIFF'S
EXHIBIT
19

From: ▮
To: SECAmeritrustInvestigation
Subject: ATCC에 관련된 질문
Date: Friday, December 9, 2022 10:04:04 PM
Attachments: Report.hwp

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is ▇▇▇▇▇▇▇▇, and I am a registered stockholder for Ameritrust Corporation.

You can reach me at my email ▇▇▇▇▇▇▇▇▇▇▇▇

1) Do you know or have you heard of any of the people or companies above?

    When I first heard about this company and invested in it, I was not aware of what the company was. It is common in Korea to invest like this through acquaintance recommendation.

2) Have you ever invested any money with any of these people or companies?

    Of course I sent them money.

    When they were gathering investors, 100,000 shares were under Seong Yeol Lee, and 26,850 shares worth 34,000,000 KRW were wired to the corporate bank account of the ATTC (it was an American bank account, and 130 people/34,000,000KRW were sent throughout all Korean banks. It was at a point that international transfers to that account were prohibited.)

3) If you invested money, what were you told about how your money would be used or invested?

    I have no idea. I just invested the money, and had no response on how the money would be used. Seong Yeol Lee and Jong Seon Kim also sold the stocks that they had to other people and took the money for themselves as well.

4) Did anyone tell you about any promised or guaranteed investment returns?

    No. The stocks that I received investing 100,000 shares by sending them money were transferred shares, so the stocks are useless, and they have been talking sugarcoated bullshit to the Korean investors.

5) Do you have any written materials about the companies or your investment?

    No! All of them were verbal information, and ever since I complained to the Korean headquarters, I was blacklisted and was no longer in the loop with any information or news.

What I wanted to say was that this Ameritrust Corporation is a fake company that Seong Yeol Lee created to scam Koreans, and Beespoke Capital Inc. is a fake company that creates secret funds by scamming Koreans and sends them to Seong Yeol Lee, under Jong Seon Kim, who is his secret mistress. For over five years they have been claiming the company needed to be listed on NASDAQ, and even till this day Koreans are still trusting Seong Yeol Lee and investing money by buying their stocks. I've seen families torn apart and patients not even being able to afford hospital bills due to these frauds.

Seong Yeol Lee even went to China to get his organs transplanted because he was sick, with the money that he gained from selling stocks to Korean investors, he was able to pay all of his medical expenses while there were cancer patients in Korea dying and families being torn apart.

This stock is a fraud that has no source of finances whatsoever, and everything is a scam.

Even the Korean police knows Jong Seon Kim as a fraud, and so is Seong Yeol Lee. They are no longer allowed entry to Korea.

Seong Yeol Lee is using Jong Seon Kim as a source to send money to America from Korea, and he already has files to back himself up to escape this situation.

Seong Yeol Lee claims that these stocks are transfers to the stockholders, therefore there is nothing that he can do, but I believe that we should at least receive the rights of the 26,850 shares that my family and I have actually invested money on.

Dear United States Securities and Exchange Commission, please investigate this company and stop Seong Yeol Lee and Jong Seon Kim from scamming innocent Korean investors and crushing their hopes.

At this moment he is telling the Koreans to buy his stocks because he needs to make five dollars.

In 2020, he even claimed that Beespoke Capital, LLC was not able to be listed on NASDAQ due to the poor investment of Korean investors.

This "five dollars" that he needs is the payment (which actually exceeds 10 billion KRW) has already been sent over to Seong Yeol Lee's end, and we Korean stockholders have no clear information on what Jong Seon Kim did with the funds.

I am a single mother with two children, and I stepped on a trap that Seong Yeol Lee created for the hopes that my children would be able to live a better life.

Therefore I beg you to thoroughly investigate if this stock is legitimate and valuable and if it seems not please delist this company. We do not want any more Korean victims that got their hopes abused.

Please delist this company so they can no longer scam other people.

This company is a pseudo-religion that considered Seong Yeol Lee as a god-like figure, which in reality is a sick 70 year old man that uses his secret mistress and harms the souls of Koreans using God's name.

I repeat this again, but please investigate thoroughly. If it seems like a legit company, then just register as a public company, and if not please disintegrate this fraud.

Seong Yeol Lee didn't tell the Korean investors that they have been trading the stocks and gaining money, and only Seong Yeol Lee and Jong Sun Kim have been profiting.

Please arrest Seong Yeol Lee.