**PLAINTIFF'S EXHIBIT 20**

From:
To: SECAmeritrustInvestigation
Subject: Re: Message from U.S. Securities and Exchange Commission
Date: Wednesday, December 28, 2022 8:01:12 PM
Attachments: image002.png

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

From: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
To: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
Date: December 21, 2022  3:06pm



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON REGIONAL OFFICE

Investigation Regarding Ameritrust Corporation (Investigation No. B-03538)

Request for Information Collection

Dear Sir or Madam,

This is a message from the staff of the United States Securities and Exchange Commission, a United States federal government agency. We are contacting you to request information relating to an ongoing confidential and non-public investigation. We are asking for information about the following people and companies:

- Ameritrust Corporation (ticker "ATCC")

- Beespoke Capital, LLC and/or Beespoke Capital, Inc.

- Seong Yeol Lee

- Jong Sun Kim

Do you know or have you heard of any of the people or companies listed above?

Have you ever invested any money with any of these people or companies, or otherwise sent or given any money to any of these people or companies for any purpose?

If you invested money, what were you told about how your money would be used or invested?

Did anyone tell you about any promised or guaranteed investment returns?

Do you have any written materials about the companies or your investment? (e.g., brochures or account statements)

If you are willing to provide any information related to the companies and individuals listed above on a voluntary basis, please respond to this message. You are under no obligation to cooperate with this investigation, but we would very much appreciate any cooperation. If you do not feel comfortable with English, please respond in Korean as we can provide an interpreter. You may have an attorney present with you when you speak with us if you wish.

We are sending this request in connection with a United States federal government confidential and non-public investigation. The investigation does not mean that we have a negative opinion of any person or company. We ask that you do not provide notice of the investigation or this request to any of the persons or companies listed above. The attached form contains important information on how we may use the information we collect in the course of this investigation.

If you are willing to speak with the SEC staff or have any questions, please contact us by email at SECAmeritrustInvestigation@sec.gov. Thank you.

Website: www.sec.gov

<u>Ameritrust Corporation 관련 조사 (조사번호 B-03538)</u>

<u>정보수집요청</u>

안녕하세요?

미국 연방정부 산하 증권거래위원회에서 안내 드립니다. 현재 저희 위원회에서 진행중인 비공개 비밀 조사와 관련하여 정보수집요청을 드리고자 연락 드립니다. 저희 위원회는 현재 아래 명시된 기업 및 개인과 관련된 정보를 수집하고 있습니다.

- 아메리트러스트 주식회사 (Ameritrust Corporation) (종목코드 ATCC)
- 비스포크 캐피탈 (Beespoke Capital LLC 혹은 Beespoke Capital Inc.)
- 이성열 (Lee Seong Yeol)
- 김종선 (Kim Jong Sun)

위에 명시된 기업 및 개인을 아시거나 들어본 적이 있으신지요?

이들 기업 및 개인에 투자하시거나 돈을 보내신 적이 있으신지요?

투자하셨다면, 귀하의 투자금이 어떻게 쓰일지 아셨는지요?

누군가가 귀하의 투자에 대해 일정한 수익을 보장했는지요?

위 기업들 혹은 귀하의 투자와 관련된 자료 혹은 서류를 가지고 계시는지요? (예: 브로슈어 혹은 투자 계정 보고서)

만약 귀하께서 위에 명시된 기업 혹은 개인과 관련된 정보를 저희에게 자발적으로 제공해주실 의향이 있으시다면 이 메시지에 답장해 주십시오. 귀하는 본 조사에 협조할 의무가 없으시지만 만약에 조금이라도 협조해 주신다면 대단히 감사하겠습니다. 영어가 불편하시다면 통역사를 마련해 드릴 수 있으니 한국어로 연락해 주십시오. 원하신다면 변호사를 선임하셔서 동석하실 수도 있습니다.

본 정보 수집 요청은 미국 연방 정부의 비공개 비밀 조사의 일환입니다. 본 조사는 저희 위원회가 어떤 특정 개인이나 기업에 관해 부정적인 견해나 의견을 가지고 있다는 것을 의미하지 않습니다. 본 정보 수집 요청 혹은 조사에 관해 위에 명시된 기업 및 개인들에게 알리시지 않기를 부탁드립니다. 본 요청에 첨부된 서류에는 저희가 본 조사를 통해 수집된 정보를 어떻게 쓸 수 있는지에 관한 중요한 정보가 명시되어 있습니다.

궁금하신 점이 있으시다거나 저희 위원회 담당자와 연락하시려면 SECAmeritrustInvestigation@sec.gov 로 이메일을 보내주시기 바랍니다. 감사합니다.

웹사이트: www.sec.gov

Do you know or have you heard of any of the people or companies listed above?

- Yes

Have you ever invested any money with any of these people or companies, or otherwise sent or given any money to any of these people or companies for any purpose?

- Yes

If you invested money, what were you told about how your money would be used or invested?

- No

Did anyone tell you about any promised or guaranteed investment returns?

- Yes

Do you have any written materials about the companies or your investment> (e.g., brochures or account statements)

- Yes