**PLAINTIFF'S EXHIBIT 21**

**From:** [redacted]
**To:** SECAmeritrustInvestigation
**Subject:** RE: RE: RE: RE: RE: Message from U.S. Securities and Exchange Commission
**Date:** Tuesday, January 10, 2023 2:31:00 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am inquisitive if the ATCC can be listed on the New York Stock Exchange.

According to Chairman Seong Yeol Lee, he claims that listing on the NYSE is possible if the Korean stockholders invest 1,000 shares at 5 USD per share through his Korean representative.

I want to know if we do that, the company can be listed. He also says investing 1,000 shares at 5 USD per share will make us eligible to create an investment account.

If ATCC gets listed, can I make a personal investment account in the States? I am very, very curious.

**From:** [redacted]
**To:** SECAmeritrustInvestigation
**Subject:** RE: RE: RE: RE: Message from U.S. Securities and Exchange Commission
**Date:** Tuesday, December 20, 2022 9:16:44 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have already said this several times. I do not know why you are digging deep into this information.

I need to know the exact reason why you need this information for me to respond.

I cannot say a word unless I get to know the reason why.

Chairman Seong Yeol Lee said that ATCC will be listed on the New York Stock Exchange, and to do so, he is even selling his own share.

| | |
|---|---|
| From: | [redacted] |
| To: | SECAmeritrustInvestigation |
| Subject: | RE: RE: RE: Message from U.S. Securities and Exchange Commission |
| Date: | Monday, December 19, 2022 9:35:57 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chairman Seong Yeol Lee told us to not respond via video call.

According to the SEC, he is pulling off illegal actions.

Which side do I have to trust?

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** RE: RE: Message from U.S. Securities and Exchange Commission
**Date:** Monday, December 12, 2022 10:07:38 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

When did you invest in Ameritrust?

- July, 2019

When did you send money to Ameritrust?

- July, 2019

How much money did you send?

- 26,850 USD

How much stock did you purchase?

- 26,850 shares : 1 USD per share

Why did you ask about the New York Stock Exchange?

- Chairman Seong Yeol Lee emailed me that it would be listed on the New York Stock Exchange.

Who told you that Ameritrust would be listed on the New York Stock Exchange?

- Chairman Seong Yeol Lee Told me the company is ready to be listed and will be listed shortly by email.

Who told you not to respond to the SEC?

- The ATCC Seoul Branch emailed me not to respond.

\* Please tell me why you are asking these questions about ATCC. If you do not wish to answer my question, please do not ask me more questions.

If you let me know, I will explain the facts in more detail.

> --------- 원본 메일 ---------
> 보낸사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
> 받는사람: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
> 참조: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
> 날짜: 22.12.10 07:31 GMT +0900
> 제목: RE: Message from U.S. Securities and Exchange Commission
>
> The SEC investigates potential violations of the US securities laws.
>
> Please send more information.
>
> When did you invest in Ameritrust?

> When did you send money to Ameritrust?
>
> How much money did you send?
>
> How much stock did you buy?
>
> Why did you ask about the New York Stock Exchange?
>
> Who said Ameritrust would be a company on the New York Stock Exchange?
>
> Who said not to respond to the SEC?
>
> Please tell us a good day to call you.
>
> There will be an interpreter.
>
> Thank you.
>
>
> 미국 증권거래위원회 (SEC) 는 미국 금융거래법의 잠재적 위반을 조사합니다 있습니다.
> 정보를 더 보내주십시오.
>
> Ameritrust 에 언제 투자하셨습니까?

Ameritrust 에 언제 돈을 보내셨습니까?

돈을 얼마나 보내셨습니까?

주식을 얼마나 매입하셨습니까?

뉴욕 증권 거래소 (New York Stock Exchange)에 대해 왜 물어보셨습니까?

누가 Ameritrust가 뉴욕 증권 거래소에 상장될 회사라고 했습니까?

누가 SEC에 답변하지 말라고 했습니까?

언제 전화통화 가능하신지 말씀해 주십시오.

통역사가 준비되어 있을 것입니다.

감사합니다.

**From:** ███████████
**Sent:** Sunday, December 4, 2022 2:01 AM
**To:** SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
**Subject:** RE: Message from U.S. Securities and Exchange Commission

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

atcc가 어떤문제점이 있어서 현재 답을 듣고자 하는이유가 궁금합니다.

---

그 이유를 알아야 구체적인 답변을 드리도록 하겠습니다.
이미 atcc 서울 사무소에서는 아무것도 아니니 답변을 절대 하지말라고 개인들에게 이메일을 보내고 있습니다,
먼저 왜 5가지 질문을 하셨는지 알려 주시기 바랍니다.

--------- 원본 메일 ---------

> 보낸사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
> 받는사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
> 날짜: 22.12.03 08:15 GMT +0900
> 제목: Message from U.S. Securities and Exchange Commission
>
> Thank you for your message.
>
> Can we schedule a telephone call?
>
> I can explain more by telephone.
>
> There will be an interpreter.
>
> Please send any documents or information you have.
>
> Thank you.
>
>
> 메세지 감사드립니다.
>
> 전화 통화 일정을 잡을 수 있을까요?
>
> 전화로 더 자세히 설명드릴 수 있습니다.
>
> 통역사가 준비되어 있을 것입니다.
>
> 관련 서류나 정보가 있으시면 보내주시기 바랍니다.
>
> 감사합니다.

**From:**
**To:** SECAmeritrustInvestigation
**Subject:** RE: Message from U.S. Securities and Exchange Commission
**Date:** Sunday, December 4, 2022 2:01:42 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I want to know the problem with ATCC, and why you want these answers.

I need to know the reason why to provide you with more details.

The Seoul Branch of ATCC is already sending emails to individuals saying that this is nothing to worry about and there is no need to reply.

I wish to know why you asked these five questions.

--------- 원본 메일 ---------
보낸사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
받는사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
날짜: 22.12.03 08:15 GMT +0900
제목: Message from U.S. Securities and Exchange Commission

Thank you for your message.

Can we schedule a telephone call?

I can explain more by telephone.

There will be an interpreter.

Please send any documents or information you have.

Thank you.

메세지 감사드립니다.

전화 통화 일정을 잡을 수 있을까요?

전화로 더 자세히 설명드릴 수 있습니다.

통역사가 준비되어 있을 것입니다.

관련 서류나 정보가 있으시면 보내주시기 바랍니다.

감사합니다.

**From:** 
**To:**
**Subject:** RE: Message from U.S. Securities and Exchange Commission
**Date:** Wednesday, November 30, 2022 10:21:03 PM
**Attachments:** image003.png

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I wish to know if the company called ATCC even exists. If it exists, they claim they are getting ready to list on the New York Stock Exchange, and I wish to know if that is true.

-------- 원본 메일 --------
보낸사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
받는사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
날짜: 22.12.01 07:52 GMT +0900
제목: Message from U.S. Securities and Exchange Commission

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

**Investigation Regarding Ameritrust Corporation (Investigation No. B-03538)**
**Request for Information Collection**

Dear Sir or Madam,

This is a message from the staff of the United States Securities and Exchange Commission, a United States federal government agency. We are contacting you to request information relating to an ongoing confidential and non-public investigation. We are asking for information about the following people and companies:

- Ameritrust Corporation (ticker "ATCC")
- Beespoke Capital, LLC and/or Beespoke Capital, Inc.
- Seong Yeol Lee
- Jong Sun Kim

Do you know or have you heard of any of the people or companies listed above?
Have you ever invested any money with any of these people or companies, or otherwise sent or given any money to any of these people or companies for any purpose?
If you invested money, what were you told about how your money would be used or invested?
Did anyone tell you about any promised or guaranteed investment returns?
Do you have any written materials about the companies or your investment? (e.g., brochures or account statements)

If you are willing to provide any information related to the companies and individuals listed above on a voluntary basis, please respond to this message. You are under no obligation to cooperate with this investigation, but we would very much appreciate any cooperation. If you do not feel comfortable with English, please respond in Korean as we can provide an interpreter. You may have an attorney present with you when you speak with us if you wish.

We are sending this request in connection with a United States federal government confidential and non-public investigation. The investigation does not mean that we have a negative opinion of any person or company. We ask that you do not provide notice of the investigation or this request to any of the persons or companies listed above. The attached form contains important information on how we may use the information we collect in the course of this investigation.

If you are willing to speak with the SEC staff or have any questions, please contact us by email at SECAmeritrustInvestigation@sec.gov. Thank you.

Website: www.sec.gov

### Ameritrust Corporation 관련 조사 (조사번호 B-03538)
### 정보수집요청

안녕하세요?

미국 연방정부 산하 증권거래위원회에서 안내 드립니다. 현재 저희 위원회에서 진행중인 비공개 비밀 조사와 관련하여 정보수집요청을 드리고자 연락 드립니다. 저희 위원회는 현재 아래 명시된 기업 및 개인과 관련된 정보를 수집하고 있습니다.

- 아메리트러스트 주식회사 (Ameritrust Corporation) (종목코드 ATCC)
- 비스포크 캐피탈 (Beespoke Capital LLC 혹은 Beespoke Capital Inc.)
- 이성열 (Lee Seong Yeol)
- 김종선 (Kim Jong Sun)

위에 명시된 기업 및 개인을 아시거나 들어본 적이 있으신지요?
이들 기업 및 개인에 투자하시거나 돈을 보내신 적이 있으신지요?
투자하셨다면, 귀하의 투자금이 어떻게 쓰일지 아셨는지요?
누군가가 귀하의 투자에 대해 일정한 수익을 보장했는지요?
위 기업들 혹은 귀하의 투자와 관련된 자료 혹은 서류를 가지고 계시는지요? (예: 브로슈어 혹은 투자 계정 보고서)

만약 귀하께서 위에 명시된 기업 혹은 개인과 관련된 정보를 저희에게 자발적으로 제공해주실 의향이 있으시다면 이 메시지에 답장해 주십시오. 귀하는 본 조사에 협조할 의무가 없으시지만 만약에 조금이라도 협조해 주신다면 대단히 감사하겠습니다. 영어가 불편하시다면 통역사를 마련해 드릴 수 있으니 한국어로 연락해 주십시오. 원하신다면 변호사를 선임해서 동석하실 수도 있습니다.

본 정보 수집 요청은 미국 연방 정부의 비공개 비밀 조사의 일환입니다. 본 조사는 저희 위원회가 어떤 특정 개인이나 기업에 관해 부정적인 견해나 의견을 가지고 있다는 것을 의미하지 않습니다. 본 정보 수집 요청 혹은 조사에 관해 위에 명시된 기업 및 개인들에게 알리시지 않기를 부탁드립니다. 본 요청에 첨부된 서류에는 저희가 본 조사를 통해 수집한 정보를 어떻게 쓸 수 있는지에 관한 중요한 정보가 명시되어 있습니다.

궁금하신 점이 있으시다거나 저희 위원회 담당자와 연락하시려면 SECAmeritrustInvestigation@sec.gov 로 이메일을 보내주시기 바랍니다. 감사합니다.

웹사이트: www.sec.gov

| | |
|---|---|
| From: | |
| To: | SECAmeritrustInvestigation |
| Subject: | RE: Message from U.S. Securities and Exchange Commission |
| Date: | Wednesday, November 30, 2022 10:13:20 PM |
| Attachments: | image003.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I know about Ameritrust.

I have invested in them, and I did send money.

They told me that my investments are towards stock purchases.

I haven't got any benefits or guarantees at this time.

I have no information or documents regarding the investment.

-------- 원본 메일 --------
보낸사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
받는사람: SECAmeritrustInvestigation <SECAmeritrustInvestigation@SEC.GOV>
날짜: 22.12.01 07:52 GMT +0900
제목: Message from U.S. Securities and Exchange Commission



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

Investigation Regarding Ameritrust Corporation (Investigation No. B-03538)
Request for Information Collection

Dear Sir or Madam,

This is a message from the staff of the United States Securities and Exchange Commission, a United States federal government agency. We are contacting you to request information relating to an ongoing confidential and non-public investigation. We are asking for information about the following people and companies:

<!--[if !supportLists]-->•   <!--[endif]-->Ameritrust Corporation (ticker "ATCC")
<!--[if !supportLists]-->•   <!--[endif]-->Beespoke Capital, LLC and/or Beespoke Capital, Inc.
<!--[if !supportLists]-->•   <!--[endif]-->Seong Yeol Lee
<!--[if !supportLists]-->•   <!--[endif]-->Jong Sun Kim

Do you know or have you heard of any of the people or companies listed above?
Have you ever invested any money with any of these people or companies, or otherwise sent or given any money to any of these people or companies for any purpose?
If you invested money, what were you told about how your money would be used or invested?
Did anyone tell you about any promised or guaranteed investment returns?
Do you have any written materials about the companies or your investment? (e.g., brochures or account statements)

If you are willing to provide any information related to the companies and individuals listed above on a voluntary basis, please respond to this message. You are under no obligation to cooperate with this investigation, but we would very much appreciate any cooperation. If you do not feel comfortable with English, please respond in Korean as we can provide an interpreter. You may have an attorney present with you when you speak with us if you wish.

We are sending this request in connection with a United States federal government confidential and non-public investigation. The investigation does not mean that we have a negative opinion of any person or company. We ask that you do not provide notice of the investigation or this request to any of the persons or companies listed above. The attached form contains important information on how we may use the information we collect in the course of this investigation.

If you are willing to speak with the SEC staff or have any questions, please contact us by email at SECAmeritrustInvestigation@sec.gov. Thank you.

Website: www.sec.gov

Ameritrust Corporation 관련 조사 (조사번호 B-03538)
정보수집요청

안녕하세요?

미국 연방정부 산하 증권거래위원회에서 안내 드립니다. 현재 저희 위원회에서 진행중인 비공개 비밀 조사와 관련하여 정보수집요청을 드리고자 연락 드립니다. 저희 위원회는 현재 아래 명시된 기업 및 개인과 관련된 정보를 수집하고 있습니다.

- 아메리트러스트 주식회사 (Ameritrust Corporation) (종목코드 ATCC)
- 비스포크 캐피탈 (Beespoke Capital LLC 혹은 Beespoke Capital Inc.)
- 이성열 (Lee Seong Yeol)
- 김종선 (Kim Jong Sun)

위에 명시된 기업 및 개인을 아시거나 들어본 적이 있으신지요?
이들 기업 및 개인에 투자하시거나 돈을 보내신 적이 있으신지요?
투자하셨다면, 귀하의 투자금이 어떻게 쓰일지 아셨는지요?
누군가가 귀하의 투자에 대해 일정한 수익을 보장했는지요?
위 기업들 혹은 귀하의 투자와 관련된 자료 혹은 서류를 가지고 계시는지요? (예: 브로슈어 혹은 투자 계정 보고서)

만약 귀하께서 위에 명시된 기업 혹은 개인과 관련된 정보를 저희에게 자발적으로 제공해주실 의향이 있으시다면 이 메시지에 답장해 주십시오. 귀하는 본 조사에 협조할 의무가 없으시지만 만약에 조금이라도 협조해 주신다면 대단히 감사하겠습니다. 영어가 불편하시다면 통역사를 마련해 드릴 수 있으니 한국어로 연락해 주십시오. 원하신다면 변호사를 선임하셔서 동석하실 수도 있습니다.

본 정보 수집 요청은 미국 연방 정부의 비공개 비밀 조사의 일환입니다. 본 조사는 저희 위원회가 어떤 특정 개인이나 기업에 관해 부정적인 견해나 의견을 가지고 있다는 것을 의미하지 않습니다. 본 정보 수집 요청 혹은 조사에 관해 위에 명시된 기업 및 개인들에게 알리시지 않기를 부탁드립니다. 본 요청에 첨부된 서류에는 저희가 본 조사를 통해 수집한 정보를 어떻게 쓸 수 있는지에 관한 중요한 정보가 명시되어 있습니다.

궁금하신 점이 있으시다거나 저희 위원회 담당자와 연락하시려면 SECAmeritrustInvestigation@sec.gov 로 이메일을 보내주시기 바랍니다. 감사합니다.

웹사이트: www.sec.gov