

PLAINTIFF'S EXHIBIT 22



CONFIDENTIAL   CHOI 1094