PLAINTIFF'S EXHIBIT 23

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:         )
                          ) File No. B-03538-A
AMERITRUST CORPORATION    )

WITNESS:  Alice Mee-hyang Choi
PAGES:    1 through 172
PLACE:    Securities and Exchange Commission
          33 Arch Street, 24th Floor
          Boston, MA 02110
DATE:     Thursday, October 20, 2022

The above entitled matter came on for hearing, pursuant to notice, at 10:13 a.m.

Diversified Reporting Services, Inc.
     (202) 467-9200

Page 2

APPEARANCES:

On behalf of the Securities and Exchange Commission:
    NAOMI SEVILLA, ESQ.
    JOHN MCCANN, Senior Staff Accountant
    AMY GWIAZDA, Assistant Regional Director
    Securities and Exchange Commission
    Boston Regional Office
    33 Arch Street, 24th Floor
    Boston, MA 02110

On behalf of the Witness:
    THOMAS J. FINN ESQ.
    JESSICA SOLOTRUK, ESQ.
    McCarter & English, LLP
    CityPlace I
    185 Asylum St.
    Hartford, CT 06103

Page 3

C O N T E N T S

WITNESS:                              EXAMINATION
Alice Mee-hyang Choi                       5

EXHIBITS:   DESCRIPTION                IDENTIFIED
1    SEC Form 1662                          6
2    Subpoena dated 10/18/22                9
3    Background Questionnaire dated
     10/18/22                              18
6    Texts between Alice Choi and
     Seong Lee                            137
7    Series of emails and attachments from
     July/August 2021                     124
8    Emails between Alice Choi and Seong Lee
     dated November 2021                  122
9    Ameritrust Corporation Form 8-K dated
     11/22/21                              59
10   Gryphon Resources Form 8-K dated
     7/31/20                               62
11   Copy of $500,000 cashier's check dated
     7/15/21                               77
12   Deposit ticket for $500,000 cashier's
     check dated 7/22/21                   81

Page 4

C O N T E N T S (CONT.)

EXHIBITS:   DESCRIPTION                IDENTIFIED
13   Transaction history bank statement from
     9/23/20 to 9/22/22                    84
16   People's Bank account statement dated
     8/23/21                               87
17   Marcus online savings account statement
     dated 8/1/21 to 8/31/21               94
18   Fidelity transaction history from
     July-Sep 2021                         97
19   Vanguard transaction history         104
20   Copy of $150,000 check dated 12/4/21 112
21   People's Bank account statement dated
     12/23/21                             119
23   Certified shareholder list
     Cleartrust, LLC                      160

Page 137
1  A  No.
2  Q  At any point in time, has your mother
3  mentioned anything to you about your father's career
4  or business activities, other than anything else
5  you've already told us today?
6  A  No. I do not bring up my father in front of
7  my mother, as much as I can -- as much as I can.
8  Q  Well, even if you didn't bring it up, has
9  your mother ever mentioned anything about your
10 father's business activities, at any point in time?
11 A  No.
12 Q  That you can remember.
13 A  No.
14       (SEC Exhibit No. 6 was marked for
15       identification.)
16      BY MS. SEVILLA:
17 Q  Okay. I'm going to show you one, I think,
18 last exhibit. Or actually, there's two more. Sorry.
19 I lied. I'm showing you what's been marked as Exhibit
20 6. For the record, Exhibit 6 is Bates labeled Choi
21 1089 to 1095. Seven pages. And I can scroll through.
22 But do you recognize Exhibit 6?
23 A  Yes.
24 Q  What is it?
25 A  It is a text between my father and I.

Page 138
1  Q  And I'm just going to go through the pages
2  without zooming in, and -- but then I'll zoom in on
3  particular parts. So just looking at pages 1, 2, 3,
4  and 4 -- just those first four pages in Exhibit 6, we
5  have text threads that are in green and in gray. Do
6  you see that? Or, text messages, rather, in the
7  thread?
8  A  Yes.
9  Q  So, I just want to establish, are the green
10 your messages to him, and the gray are his messages to
11 you? And if you need me to zoom in --
12 A  The green -- green is me, and the gray is
13 him.
14 Q  Sorry about that, everybody. I don't know
15 if my phone just hangs up after a certain period of
16 time. That might be a signal to take a break. We
17 have been going a little over an hour. I have a bit
18 left, not too much. Like I said, this one document we
19 were looking at, and then one other one, and I think
20 that's pretty much it. Do you want to take a short
21 break now, or -- or just keep going?
22      MR. FINN: Maybe a couple minutes? Let's
23 take -- let's just take a short break.
24      THE WITNESS: Okay.
25      MS. SEVILLA: Fifteen minutes, is that

Page 139
1  enough? Tom, is ten -- ten minute break enough?
2       MR. FINN: Yeah, that -- that would be fine.
3  Thank you, Naomi.
4       MS. SEVILLA: Sure. So let's go off the
5  record. It's 2:56 p.m.
6       (A brief recess was taken.)
7       BY MS. SEVILLA:
8  Q  We are back on the record at 3:07 p.m. And,
9  Ms. Choi, during the break, were there any discussions
10 between yourself and the SEC staff about the substance
11 of this matter?
12 A  No.
13 Q  I'm going to go back to Exhibit 6. So, I
14 was showing you just in the first four pages, with the
15 green text, and you were saying that the green is
16 yours and the gray are texts from your father, is that
17 right?
18 A  Yes.
19 Q  Okay. And just looking at the last three
20 pages of Exhibit --
21 A  Mm-hmm.
22 Q  -- 6, just the format looks a little
23 different. There's, like, a different background. So
24 I just wondered if there was a difference between
25 these last three pages versus the first four pages, in

Page 140
1  terms of device, or account that you're using.
2  A  The -- the last pages are Kakao Talk.
3  That's the difference. The other ones were messages
4  from the phone, but when it's -- the background is
5  blue, and his text is the white and mine is the
6  yellow, that is Kakao Talk.
7  Q  Thank you. Okay. And I'm going to go back
8  to the first four pages of Exhibit 6, which are the
9  phone texts in green and gray. And on the second
10 page -- or, actually zooming in at the bottom of the
11 first page, there's a text from you, the last one on
12 the page, referencing looking for an accountant. Do
13 you see that?
14 A  Yes.
15      MS. SEVILLA: It looks like this is --
16      MR. FINN: Ms. Sevilla, can you --
17      MS. SEVILLA: Yes. Oh, sorry, should I zoom
18 in? Yeah, I'll zoom in. Sorry.
19      MR. FINN: Can I just interrupt one second?
20 I don't know that this was produced as one exhibit.
21 I -- I think there were successive texts that we
22 retrieved, but I don't know that it was intended to be
23 one -- one exhibit. That being said, we have no
24 objection to using it this way, but you asked about
25 the difference in the background.

Page 141

1    MS. SEVILLA:  Yeah.  And -- yeah, just to
2 note for the record, I assembled these pages labeled
3 1089 through 1095 into one exhibit, Exhibit 6, so that
4 was me assembling them.  And so -- so thank you for
5 what you've said.  I -- I think what we got is just
6 the one huge PDF of just pages 1 through 1095, so I
7 couldn't necessarily tell what went together and what
8 didn't.  So if I put things together that shouldn't
9 necessarily be together, it's good to clarify.  So
10 I'll keep it as one exhibit, Exhibit 6, with the
11 understanding that, from what Ms. Choi has said, pages
12 1 through 4 are more sort of phone texts, and pages --
13 the last three pages are Kakao texts, as she described
14 them.  Is that agreeable?
15    MR. FINN:  Yes, that's agreeable.  No
16 objection at all.
17    BY MS. SEVILLA:
18  Q  Okay.  So just looking at the bottom of the
19 first page of Exhibit 6, which is the page labeled
20 1089, the last text before the bottom, is a green one
21 from you, that says, at the end, "I will look up
22 and" -- well, it ends with, "I'm also looking for an
23 accountant."  Do you see that?
24  A  Yes.
25  Q  And it looks like the date of that is August

Page 142

1 3, 2021.
2  A  Yes.
3  Q  Is that right?  Okay.  And then just going
4 over the next page -- so, the second page in Exhibit
5 6, the page labeled 1090, there's a text towards the
6 top of the page that I've zoomed in on, on August 5,
7 2021 -- sorry, too much -- where you say, "Hi, Dad, I
8 tried to hire an accountant slash tax attorney firm."
9 Do you see that?
10  A  Yes.
11  Q  And then just going over to the third of
12 Exhibit 6, there's a text from you in green on August
13 20, 2021, where you also referenced towards the end,
14 "I'm still trying to contact accountants."  And it
15 goes on from there.  Do you see that?
16  A  Yes.
17  Q  Do those texts that I just pointed you to
18 relate to the emails that we looked at in Exhibit 7
19 around the same timeframe about how you were trying to
20 help your father find an accountant, as you described?
21 Trying to help your father find an account, as you
22 described?
23  A  Yes.
24  Q  And then going to the fourth page in Exhibit
25 6, which is the page marked 1092 --

Page 143

1  A  Mm-hmm.
2  Q  I'll just start at the top.  It looks like
3 there are some references here to Ameritrust.  And
4 then -- let me just stay on those.  So there's no date
5 that I can see on this.  Do you know approximately
6 when these texts were on -- on this page of Exhibit 6?
7 This one page of Exhibit 6?
8  A  I can see from the texts that it was around
9 Christmas time.  And I mentioned before that I googled
10 my name with the -- Ameritrust.  And I think in this
11 conversation, I screenshotted that, and I made a joke
12 afterwards and -- that was -- that was it.
13  Q  Okay.  So you sent your father screenshots
14 of what you had googled?  That what we're seeing --
15  A  Yes.
16  Q  -- on the fourth page --
17  A  Yes.
18  Q  -- of Exhibit 6?
19  A  Yeah.  What I -- what I mentioned from -- to
20 you before, I screenshotted it, and I sent it to my
21 father.  And that's what I knew.
22  Q  Okay.  And then going to the last three
23 pages of Exhibit 6, so the pages marked 1093, 1094,
24 and 1095 -- and -- so these are the Kakao texts, is
25 that right, the last three pages?

Page 144

1  A  Yes.
2  Q  Okay.  So we're just going to go to the last
3 page, which is labeled 1095.  So, on the last page
4 labeled 1095, there is a text in yellow, which says,
5 or starts out saying, "Sorry dad, I cannot help with
6 business."  Do you see that?
7  A  Yes.
8  Q  Okay.  And I was just trying to figure out
9 the date here.  So we see right below that, it's
10 October of 2021, and then on the prior page the dates
11 are 2022.  So I was trying to figure out in time when
12 this text was about, "cannot help with the business,"
13 if you can figure it out from the context, or you
14 remember independently.
15  A  It's not showing up on my screen.  Okay.  I
16 think it's around that time, but I -- I can't give you
17 a date from just this image.
18  Q  Okay.
19  A  I can look onto my Kakao Talk and find it,
20 but I -- I cannot provide a date just looking at this
21 image.
22  Q  Okay.  Just putting aside the date, what
23 prompted you to send the text saying you cannot help
24 with the business?
25  A  I do not remember.  It must -- it was a

Page 145

1  combination of the accounting and what he was asking,
2  so I just didn't want to have anything to do with his
3  business. So that's what I sent.
4      Q   And when you say, "what he was asking," what
5  was your father asking that you felt you couldn't help
6  with?
7      A   I mean, it was the discussion of being
8  the -- on the board member, and it was the accountant.
9  I just -- when I signed that form, I wasn't signing it
10 to be part of the company. He said that it was
11 nothing, and that I was just like a voting member. So
12 in my mind I wasn't part of the company, I was just
13 learning -- I was just developing a relationship with
14 him trying to get to know him. It wasn't anything
15 where I wanted to take part in this company. I just
16 wanted to get to know him in his -- in this time.
17     Q   Other than being a member of the Board of
18 Directors of Ameritrust, and helping your father find
19 an accountant, both of which we discussed, did your
20 father specifically ask you to do anything else
21 related to the business since July of 2021?
22         MR. FINN:  I'm just going to object --
23 foundation -- you can go ahead and answer that if you
24 can.
25         THE WITNESS:  No.

Page 146

1          MS. SEVILLA:  And, I mean, just the basis I
2  was asking was, I believe she said in a prior answer
3  that, "I couldn't do what he was asking." So I was
4  just trying to get the extent of what he was asking.
5          MR. FINN:  Yeah, and I -- I understand. I
6  was just objecting to the portion of the question
7  where you indicated, "other than being a member of the
8  Board of Directors," because I don't know as a legal
9  basis whether she is indeed a member. I know -- I
10 could see the 10-Q, I could see, as I've previously
11 said, I know that she signed something, but we haven't
12 reviewed that. We don't know if there was board
13 action or action by the company to actually place Ms.
14 Choi on the board. So that's -- that's the only
15 reason why I object.
16         MS. SEVILLA:  Okay.  Let me rephrase,
17 because I was just trying to sort of not have her
18 repeat something she had already told us.
19         BY MS. SEVILLA:
20     Q   So -- so, other than any discussions that
21 you've already told us about, about your father asking
22 you to sign paperwork related to the Board of
23 Directors of Ameritrust, and other than helping your
24 father find accountants, has your father since July of
25 2021 asked you to do anything specifically to help him

Page 147

1  with the business?
2      A   No.
3      Q   Okay. So, going a little further up in
4  Exhibit 6 -- so, I'm going to look at the two pages
5  marked 1093 and 1094, but there is a text that seems
6  to be on both pages. So, at the bottom of 1094,
7  there's -- there's a message from your father that
8  has, you know, points one and two. Do you see that?
9      A   Yes.
10     Q   And then going back to page 1093, we see a
11 text with points one, two, and three. And I'm just
12 trying to figure out if that's the same text twice
13 that just got cut off on the second page. Because it
14 looks like the same timestamp, or close to it as well.
15 I don't know if you know from getting these texts if
16 that's just the same text cut off on one page and not
17 on the other.
18     A   It is the same text cut off on the page.
19     Q   Okay. So just focusing on the page labeled
20 1093, at the bottom -- so I'm on 1093, and it looks
21 like we have the full text, and it has three points.
22     A   Mm-hmm.
23     Q   Do you see that?
24     A   Yes.
25     Q   Sorry, is that a yes? Okay.

Page 148

1      A   Yes.
2      Q   And just to get the date and time, just
3  going to the top of the page on 1093, there is no
4  date. But then on 1094 there is a date of September
5  10, 2022. So I just --
6      A   Mm-hmm.
7      Q   -- wanted to ask if that date applies to
8  this text we see on page 1093, where there is no date.
9      A   Yes.
10     Q   Okay. So, September 10, 2022, I think we
11 talked about earlier, is shortly after the SEC sent
12 the subpoena to you we looked at in Exhibit 2. Is
13 that right?
14     A   Yes.
15     Q   Okay. And you described earlier the
16 conversations you had with your father after you got
17 the subpoena about asking him for the forms that you
18 had signed. Is that right?
19     A   This -- this text was -- the 10th -- this
20 was before, I believe, we had a, like, in-person
21 discussion.
22     Q   Okay. So what prompted the text exchange
23 that we see --
24     A   I --
25     Q   -- on page 1093 of Exhibit 6?

Page 149

1    A    I do not know.  So -- for me to scroll -- I
2  don't know if I can scroll -- so, when I received the
3  subpoena, I did not know what that was.  So, the next
4  day I go with my sons to Korean school, and I had the
5  intention of meeting him on Saturday, but he canceled
6  without telling me.  So that's why you see a lot of
7  calls that were never picked up.  And then -- and then
8  I called him and he finally picked up, and I told him
9  about the subpoena, and that I needed -- I did not
10 know what it -- it was about.  And then the
11 conversation ended, and he said he was too busy for
12 me.  And he sent me that text.
13   Q    Okay.  So I'll get to the text in a minute,
14 but let me just follow up on something else you said.
15 So now I'm on page 1094.  Let me just show you the
16 Bates stamp at the bottom.  Page 1094 within Exhibit
17 6.  And so that's the page that has September 10, 2022
18 at the top of the page.  Do you see that?
19   A    Yes.
20   Q    Okay.  So then there's a text from your
21 father saying, "Do not come today.  I will go to New
22 York to meet donor supporter.  He came to New York
23 last night."  Do you see where I just read?
24   A    Yes.
25   Q    So, is that when you -- what you were

Page 150

1  referring to when you said you had plans to meet him,
2  but then he said not to come?
3    A    Yeah.  We were already on our way to meet
4  him, and he -- he was -- he just canceled on us, so
5  that's -- I -- I made a call to him, why -- why all of
6  a sudden the canceling -- we weren't really speaking
7  to each other for a while, for a couple months before
8  this, so I would call and he would hang up.  It was
9  not where we were talking at this point.  So him
10 canceling and me getting the subpoena, I just wanted
11 answers.
12   Q    Was there a particular reason you hadn't
13 been talking in the month before the messages we're
14 looking at in Exhibit 6, on page 1094?
15   A    I -- I -- he just did not like that I
16 defended a sibling's wife, and after that he didn't
17 talk to me.  So he just hung up on me.  If I called,
18 he would hang up in the middle of calls.  And so it
19 was -- for a while, we were not speaking.  And it
20 wasn't really me.  It was on his side.
21   Q    And which sibling's wife are you referring
22 to?
23   A    My brother's wife.
24   Q    Did the fact that you weren't speaking in
25 the months prior to the messages we're looking at on

Page 151

1  page 1094 in Exhibit 6 have anything to do with
2  Ameritrust, or any business-related reason?
3    A    Not business-related.  Personal family
4  reasons.
5    Q    Okay.  So going back to page 1094 within
6  Exhibit 6, these texts on Saturday, September 10,
7  2022, there's that text I read from your father at the
8  top, and there's a bunch of these video call no
9  answer, video call no answer -- so is that what you
10 said, you were trying to reach him and he didn't pick
11 up?
12   A    Yes.
13   Q    Okay.  And then there's a yellow text in
14 this thread where you say, "Dad, you cannot.  I need
15 you."  Do you see that?
16   A    Yes.
17   Q    So, what are you referring to there?
18   A    That -- it was a while -- you know, he -- I
19 was pretty upset at that point.  He wasn't talking to
20 me for months prior to that.  And he would just hang
21 up on me, so, you know, after receiving the subpoena
22 that I didn't know what was going on, I was like, you
23 cannot keep on doing what you're doing.  I need
24 answers.  So he did -- he did pick up after that.
25   Q    Okay.  And so then we see this reference to,

Page 152

1  like, a video, 14 minutes and 8 seconds.  So, is that,
2  like, a 14-minute call you had with him after you sent
3  the yellow text?
4    A    Yeah.  That is that same video call.  I
5  don't know why Kakao Talk does it in two separate
6  bubbles, but that's that same call.
7    Q    Okay.  So, up to this point in time before
8  you have that call, you had received the subpoena, is
9  that right?
10   A    Yes.  I received --
11   Q    And had you spoken to your father about the
12 subpoena?  Had you spoken to your father about
13 subpoena by that time?
14   A    This is -- this is me talking to him about
15 the subpoena.  This is the -- this is the phone call
16 letting him know that I got one, and, what is this?
17   Q    And sorry, I think I cut you off on your
18 last answer.  Was there something else you were
19 saying?
20   A    I was asking him, what is this?  It has
21 Ameritrust Corporation on it.  What is this?
22   Q    And so this 14-minute call is the call you
23 described to us earlier in the testimony today?
24   A    I believe so.
25   Q    Was it in that call that your father asked

Page 153

1  you for the money back, as you described earlier
2  today?
3     A   I don't -- I don't remember in that phone
4  call.  He sent this text right after and then I spoke
5  to him in person, and I don't remember whether it was
6  on this phone call, or in person.  I'm guessing it was
7  in-person, because I don't think he would have asked
8  for it on that phone call while I was telling him
9  about what's -- what happened.  So I think it was the
10 day after, when I went to see him.
11    Q   Okay.  And so then -- so you have the phone
12 call, and then he sends you this text with the three
13 points that stretch out -- I gave you $600,000 -- is
14 that --
15    A   Yeah.
16    Q    -- sequence --
17    A   Yeah, that's the --
18    Q   Okay.
19    A   He sent that text after --
20    Q   Okay.  So now let me go to page 1093, where
21 we have the full -- the full content of the text.
22    A   Mm-hmm.
23    Q   And then, just before we get to the
24 substance of it, there's more video calls sort of at
25 the bottom, so were those just, you tried to call, or

Page 154

1  he tried to call, and there was no conversation?  Or
2  was there a conversation?
3     A   The first one is a no answer, because
4  there's a cancellation at the bottom.  That means that
5  I didn't pick up.  The second one I think he was
6  arranging for me to come the next day to see him in
7  person.  And that -- that's all -- the timeline, that
8  was -- so, the -- this text he sent right then and
9  there.  So that was news to me, that day.  And then
10 the -- he tried to call.  I missed his call.  And then
11 he called me to arrange to see him the next day.  And
12 that's when I met him in person.
13    Q   Okay.  So just going to the text we see at
14 the top of the page labeled 1093 in Exhibit 6, there's
15 the three points.  So in the first one he says, "I
16 gave you $600,000 for your mortgage loan.  Thus, you
17 state that you borrowed the money for the mortgage
18 payments.  If you received as will, you should pay
19 high text."  Do you see where I -- read that?
20    A   Yes.
21    Q   Okay.  What did you understand your father
22 to be saying here?
23    A   I did not understand what was going on,
24 because it's the wrong amount.  And then -- it was
25 news to me, because he said it was a loan.  And I

Page 155

1  don't know what that last comment means.  And then
2  the -- the next -- the -- points two and three was
3  what he told me in our in-person meeting.  I did not
4  know what a director was.  I thought I was just a
5  board member.  But I didn't participate, so it was
6  just -- this -- this is -- I'm being told something.
7  I -- I don't know what this is.
8     Q   Okay.  Understanding he's saying director
9  here, as opposed to board member, did you understand
10 whether you were a board member of Ameritrust after
11 you signed the form that you described, in November of
12 2021?
13    A   I did not know exactly what I signed up for
14 when I signed that paperwork.  I was told that it was
15 not really part of the company, I was just a voting
16 member.  So for -- I mean, he's telling me my
17 position, that I am director -- I did not know -- I
18 still do not know what a director does.  So it was
19 something that I signed and I never thought of
20 afterwards.  So I still don't know what a board member
21 does or a director does.
22    Q   And so I think you said that Mr. Lee, your
23 father, sent you this text after you had the 14-minute
24 video conversation that we looked at on the other
25 page, is that right?

Page 156

1     A   Yes.
2     Q   So, were any of these topics that you
3  discussed in that 14-minute conversation?
4     A   Definitely the -- number three, he has
5  mentioned that to me numerous times.  And then the
6  first two is just from this text.  So I only heard
7  number three in that phone conversation, and then
8  the -- number one and number two were a surprise to me
9  in this text.
10    Q   So, as to number three, what did you discuss
11 in the phone conversation on the topic of number
12 three?
13    A   He just said the same exact thing.  He just
14 said, I -- I do not do any business in the United
15 States yet.  He is trying to join NASDAQ.  And nothing
16 can be done, because he hasn't even been able to start
17 business, because he's been so sick.  So that's --
18 that's all I -- that's all he told me, over and over
19 again.
20    Q   Did you ask your father why he was telling
21 you that he did not do any business in the United
22 States yet?
23    A   I did not ask.  I just -- I just assumed,
24 because he's been so ill.  The way that I found him in
25 the hospital was sufficient for me enough to know why

Page 157

1 he hasn't been doing business. So I just -- that's
2 all I know.
3    Q    And I guess I'm just trying to understand
4 how that relates to the conversation you had about
5 asking him -- or telling him that you got the
6 subpoena, which I think you said was the -- part of
7 the subject matter of the 14-minute call, is that
8 right?
9    A    Mm-hmm. Yes.
10   Q    So how does this topic of whether or not he
11 does business in the United States relate to the fact
12 that you were telling him that you had gotten the
13 subpoena from the SEC?
14   A    He was saying that -- at first he was
15 telling me to ignore it and say -- said that he did
16 not do any business in the United States yet. And
17 then the subpoena -- you know, it was just the
18 company. Like, I -- he was -- that's all he said to
19 me, was that his business -- he wasn't able to start
20 his business here yet. So I shouldn't have gotten a
21 subpoena.
22   Q    Did you have any further discussion, other
23 than what you've already said, with your father about
24 the -- whether or not Ameritrust had done business in
25 the United States?

Page 158

1    A    No, because I -- I wouldn't even know, like,
2 how to even understand it. So I -- I didn't even ask.
3    Q    Okay. And just going back to point one in
4 this text that we're looking at, the page labeled
5 1094, in Exhibit 6, it says, "I gave you $600,000 for
6 your mortgage loan. Thus, you state that you borrowed
7 the money for the mortgage payments." And then
8 there's the last sentence that I -- I read earlier.
9 Just focusing on that middle sentence, "You state that
10 you borrowed the money for the mortgage payments." Do
11 you know what your father is referring to there?
12   A    I think he's telling me that I borrowed the
13 money. So that was news to me, because I -- I did not
14 know that it was a loan.
15   Q    But when he says, "you state," who are you
16 supposed to state it to?
17   A    I don't know.
18   Q    Do you know if he meant that, in response to
19 the subpoena, that's what you should say about the
20 money?
21   A    I did not think that much into it. Let
22 me -- I don't -- I don't know what he meant. Because,
23 like, I think he's telling me what to do in this text
24 and what -- what is happening, but I just -- I don't
25 understand it.

Page 159

1    Q    When you had the call -- the video call of
2 14 minutes that came right before this text that we've
3 been looking at, and you told your father about the
4 subpoena, did you specifically mention the item in the
5 subpoena where we asked you about the $500,000 check?
6    A    Yes, I did mention that -- yes.
7    Q    And so, as to that item in the subpoena, did
8 you have any further discussion on the video call that
9 came right before this text?
10   A    We had -- we had discussions, but I don't
11 remember exactly what they pertained to on that
12 specific phone call.
13   Q    So in Exhibit 6, we looked at the first four
14 pages, which were phone texts, and then the last three
15 pages, which were the Kakao texts.
16   A    Mm-hmm.
17   Q    All together, within Exhibit 6, are these
18 all of the text-type messages that you have between
19 yourself and your father since July of 2021?
20   A    They are all the ones that pertain to
21 business.
22   Q    Okay. So you have additional texts,
23 potentially, that -- that just do not pertain to the
24 business?
25   A    Yeah, they -- they do not have any business

Page 160

1 information. These are all the ones that I could find
2 that were related to business.
3    Q    All right. Let me show you one last
4 exhibit. Before that, I think I -- I asked you
5 earlier whether you own any shares of Ameritrust. Do
6 you remember that question?
7    A    Yes.
8    Q    Okay. And I think you said you do not own
9 any shares, is that right?
10   A    No, I do not. No, I don't.
11   Q    Have you ever received any communications
12 from any transfer agents for Ameritrust?
13   A    No.
14   Q    Do you know what a transfer agent is?
15   A    No.
16   Q    Have you ever received any communications
17 from anyone about any shares in Ameritrust that may be
18 issued to you?
19   A    No.
20            (SEC Exhibit No. 23 was marked for
21            identification.)
22       BY MS. SEVILLA:
23   Q    Okay. Okay. Let me show you what's been
24 marked as Exhibit 23. For the record -- this is a 700
25 plus page document -- and I promise you, we're not