UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>      Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., BEESPOKE CAPITAL, LLC, ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>      Relief Defendants. | Civil Action No. 3:23-cv-00125-JBA |

## **MOTION FOR ENTRY OF ORDER BY AGREEMENT**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully moves for entry of the attached agreed-upon Order providing for certain temporary emergency relief. The proposed Order is attached as <u>Exhibit 1</u>. The proposed Order memorializes the agreement reached by the parties during the Court's February 6, 2023 telephonic conference, providing for certain temporary relief while Defendant Lee seeks to secure litigation counsel. Counsel for the Commission prepared a draft of the attached proposed Order, which Mr. Lee then revised and signed.

WHEREFORE, the Commission respectfully requests that the Court enter the attached Order providing for agreed-upon temporary emergency relief, pending Mr. Lee's efforts to secure litigation counsel by April 7, 2023.

Dated: February 8, 2023

                                                    Respectfully submitted,

                                                    On behalf of the Commission,

/s *Michael C. Moran*
Michael C. Moran (CT phv08741,
   Mass. Bar No. 666885)
Rua M. Kelly (CT phv04453,
   Mass. Bar No. 643351)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
MoranMi@sec.gov
KellyRu@sec.gov
Moran phone: (617) 573-8931
Kelly phone:　(617) 573-8941
Facsimile:　　(617) 573-4590

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 8, 2023, a true and correct copy of this document was filed through the Court's CM/ECF system, and accordingly, this document will be sent electronically to all participants registered to receive electronic notice in this case, and that I will serve the document via e-mail and U.S. Mail upon parties not registered to receive electronic notice through the CM/ECF system.

                                                          /s *Michael C. Moran*
                                                          Michael C. Moran