IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:23-cv-00125-JBA |
| SEONG YEOL LEE and AMERITRUST CORPORATION, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| BEESPOKE CAPITAL, INC. BEESPOKE CAPITAL, LLC, ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE and ELAINE CHOUNG-HEE LEE, | ) ) ) ) ) | |
| Relief Defendants. | ) ) | FEBRUARY 21, 2023 |

## RELIEF DEFENDANT ALICE MEE-HYANG CHOI'S
## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7(b), Relief Defendant Alice Mee-Hyang Choi ("Ms. Choi"), by and through her undersigned counsel, respectfully moves for an extension of time, up to and including April 3, 2023, to file her answer to Plaintiff's Complaint. In support of this Motion, Ms. Choi states the following:

1. Plaintiff filed its Complaint on February 1, 2023 [ECF No. 1].[1]

2. Ms. Choi's answer to Plaintiff's Complaint is currently due on February 22, 2023.

3. Good cause exists for this extension of time because, despite her diligence, Ms. Choi requires additional time to fully and adequately evaluate the allegations in Plaintiff's Complaint and consult with counsel regarding the same. Further, at the February 6, 2023 status

---

[1] Plaintiff served Ms. Choi's counsel with the Complaint on February 1, 2023. Plaintiff has not yet filed its affidavit of service with the Court.

conference, the parties agreed to a voluntary standstill agreement, which was reduced to writing and entered as an Order of this Court on February 10, 2023 [ECF No. 15].

    4.    Ms. Choi respectfully submits that granting the requested extension will not cause prejudice or delay to the parties or this Court.

    5.    This is Ms. Choi's first motion for extension of time regarding her filing an answer to Plaintiff's Complaint.

    6.    Plaintiff, through counsel, consents to this Motion.

WHEREFORE, Ms. Choi respectfully requests that the Court grant this Consent Motion for Extension of Time and enter an Order extending the time to file her responsive pleading to Plaintiff's Complaint up to and including April 3, 2023.

Dated:  February 21, 2023  
          Hartford, Connecticut

RESPECTFULLY SUBMITTED,

RELIEF DEFENDANT,  
ALICE MEE-HYANG CHOI

By: */s/ Thomas J. Finn*  
    Thomas J. Finn (ct20929)  
    tfinn@mccarter.com  
    Jessica D. Bowman (ct30894)  
    jbowman@mccarter.com  
    McCARTER & ENGLISH LLP  
    CityPlace I, 36th Floor  
    185 Asylum Street  
    Hartford, Connecticut 06103  
    Tel.:  860.275.6700  
    Fax:  860.724.3397

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of February 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                */s/ Thomas J. Finn*
                                                Thomas J. Finn (ct20929)