

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110-1424
Telecopier: (617) 573-4590

**DIVISION OF ENFORCEMENT**

Rua M. Kelly
Senior Trial Counsel
(617) 573-8941

March 21, 2023

**BY ECF**

The Honorable Janet Bond Arterton
United States District Court
141 Church Street, Room 118
New Haven, CT 06510

Re: *SEC v. Lee et. al.,* No. 23-cv-00125-JBA

Dear Judge Arterton:

The Commission respectfully requests that the Court schedule a telephonic status conference in this case. On February 10, 2023, this Court issued an Order as agreed by the Commission and defendant Seong Yeol Lee ("Lee") freezing certain bank accounts in the name of defendant Ameritrust Corporation ("Ameritrust") and relief defendants Beespoke Capital, Inc. and Beespoke Capital, LLC ("Beespoke") for a period of 60 days. This Order was discussed by the parties during a telephonic conference held by the Court concerning the Commission's application for a temporary restraining order against Mr. Lee and Ameritrust, including an asset freeze and repatriation order against Mr. Lee, Ameritrust, and Beespoke.

Counsel to one of Mr. Lee's family members has informed the Commission that Mr. Lee died on March 7, 2023. While the Commission is continuing to gather information, the Commission has located what appears to be an online obituary for Mr. Lee. Accordingly, we respectfully request that the Court schedule a status conference to discuss the status of the civil case.

Thank you in advance for your consideration, and we will advise the Court if we are able to obtain any further information as to Mr. Lee in the interim.

Sincerely,

*Rua M. Kelly*

Rua M. Kelly
Senior Trial Counsel
Securities and Exchange Commission