# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SEONG YEOL LEE and AMERITRUST )<br>CORPORATION, )<br>)<br>Defendants, )<br>and )<br>)<br>BEESPOKE CAPITAL, INC. BEESPOKE )<br>CAPITAL, LLC, ALICE MEE-HYANG CHOI, )<br>APRIL SUE-CHANG LEE and ELAINE )<br>CHOUNG-HEE LEE, )<br>)<br>Relief Defendants. )<br>)  | Civil No. 3:23-cv-00125-JBA<br><br><br><br><br><br><br><br><br><br><br><br><br><br>MARCH 29, 2023 |

## RELIEF DEFENDANT ALICE MEE-HYANG CHOI'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7(b), Relief Defendant Alice Mee-Hyang Choi ("Ms. Choi"), by and through her undersigned counsel, respectfully moves for a thirty (30) day extension of time, up to and including May 3, 2023, to file her response to Plaintiff's Complaint. In support of this Motion, Ms. Choi states the following:

1. Plaintiff filed its Complaint on February 1, 2023 [ECF No. 1].

2. Ms. Choi's answer to Plaintiff's Complaint is currently due on April 3, 2023 [ECF No. 19].

3. Good cause exists for this extension of time because of (1) the circumstances set forth in Plaintiff's Status Report dated March 21, 2023 [ECF No. 20] and, (2) the parties' intent

ME1 44509265v.1

to discuss the status of this civil matter at the status conference currently scheduled with the Court for April 24, 2023 [ECF No. 21].

4. Ms. Choi respectfully submits that granting the requested extension will not cause prejudice or delay to the parties or this Court.

5. This is Ms. Choi's second motion for extension of time regarding her filing a response to Plaintiff's Complaint.

6. Plaintiff, through counsel, consents to this Motion.

WHEREFORE, Ms. Choi respectfully requests that the Court grant this Consent Motion for Extension of Time and enter an Order extending the time to file her responsive pleading to Plaintiff's Complaint up to and including May 3, 2023.

Dated:  March 29, 2023
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

RELIEF DEFENDANT,
ALICE MEE-HYANG CHOI

By: */s/ Thomas J. Finn*
    Thomas J. Finn (ct20929)
    tfinn@mccarter.com
    Jessica D. Bowman (ct30894)
    jbowman@mccarter.com
    McCARTER & ENGLISH LLP
    CityPlace I, 36th Floor
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.:  860.275.6700
    Fax:  860.724.3397

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of March 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                                        */s/ Thomas J. Finn*
                                                        Thomas J. Finn (ct20929)

ME1 44509265v.1