UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>　　　　Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., BEESPOKE CAPITAL, LLC, ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>　　　　Relief Defendants. | Civil Action No. 23-cv-125 (JBA) |

**STATUS REPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**

　　　　Plaintiff Securities and Exchange Commission (the "Commission") submits the following status report in advance of the telephonic status conference on April 24, 2023.

**Background**

　　　　On February 1, 2023, the Commission filed its Complaint initiating this action against Seong Yeol Lee ("Lee") and his company Ameritrust Corporation ("Ameritrust"). The Commission alleges that Lee and Ameritrust defrauded investors in the United States and the Republic of Korea. The Commission also named as relief defendants two corporate entities that Lee controlled, Beespoke Capital, Inc. ("Beespoke Inc.") and Beespoke Capital, LLC ("Beespoke LLC") as well as Lee's three daughters, Alice Mee-Hyang Choi, April Sue-Chang Lee, and Elaine Choung-Hee Lee. The Commission alleges that the relief defendants received

funds provided by investors for purposes of investment in Ameritrust, and that the relief defendants have no legitimate claim to those ill-gotten proceeds.

Also on February 1, 2023, the Commission filed an Emergency Motion for a Temporary Restraining Order, Order Freezing and Repatriating Assets, and Order for Other Equitable Relief ("Emergency Motion").  The Commission filed with its Emergency Motion a memorandum of law and supporting declarations and exhibits.  In its Emergency Motion, the Commission requested a temporary restraining order and a preliminary injunction against Lee and Ameritrust, an order freezing and repatriating any assets remaining in bank accounts controlled by Lee, Ameritrust, Beespoke Inc., or Beespoke LLC, and an order prohibiting Lee and Ameritrust from soliciting, accepting, or depositing any new investments pending resolution of this action.

On February 6, 2023, the Court held a telephonic conference regarding the Commission's Emergency Motion.  Lee attended the telephonic conference on his own behalf and on behalf of Ameritrust, Beespoke Inc., and Beespoke LLC.  During the February 6, 2023 telephonic conference, Lee agreed to entry of an order providing for injunctive relief for a period of at least 60 days, a prohibition for a period of 60 days against Lee or Ameritrust soliciting, accepting, or depositing any investor monies, and a 60-day asset freeze on accounts in the name of Ameritrust, Beespoke Inc., and Beespoke LLC.  The Commission and Lee thereafter formalized the agreement in a proposed Order by Agreement, which the Court entered on February 10, 2023 (Dkt. No. 15).  During the February 6, 2023 telephonic conference, the Court ordered Lee to endeavor to secure litigation counsel by no later than April 7, 2023.  To date, no counsel has entered an appearance on behalf of Lee, Ameritrust, Beespoke Inc., or Beespoke LLC, nor is the Commission aware of counsel having been retained by any of them.

On March 21, 2023, the Commission filed a request for a telephonic status conference, which the Court has scheduled for April 24, 2023.  The Commission requested a status conference after learning from counsel for one of Lee's family members that Lee died on March 7, 2023.

On March 31, 2023, the Commission filed a Motion to Extend Asset Freeze Order, seeking to maintain the status quo pending the telephonic conference scheduled for April 24, 2023.  The Court entered an Order on April 6, 2023 granting the Commission's motion and extending the February 10, 2023 asset freeze order through May 3, 2023 (Dkt. No. 28).

**Status of the Litigation**

The Commission served Lee with the summons and complaint on February 9, 2023, prior to his death.  The Commission has obtained limited information about Lee's death on March 7, 2023, including an online obituary posted by his church.  The Commission has requested, but not yet received, an official record (death certificate) from state authorities that would permit filing a suggestion of death and/or a motion for substitution pursuant to Fed. R. Civ. P. 25(a).

The Commission then served the summons and complaint upon the registered agents for Ameritrust and Beespoke Inc. in early April 2023, and their responsive pleadings are due in early May 2023.  Each of Lee's daughters have agreed to waive service, and their responsive pleadings are accordingly due in early June 2023.

The Commission has not yet effectuated service upon Beespoke LLC, because it is no longer an active corporation with a registered agent and Lee was its only known officer.  The Commission anticipates that during the April 24, 2023 status conference, it will respectfully request that the Court extend the Commission's deadline for serving Beespoke LLC, to allow the Commission time to determine whether to seek an alternate means of service.

**Anticipated Requests for Further Relief**

The Commission anticipates that during the April 24, 2023 status conference, it will request that the Court exercise its equitable authority to enter an order further extending the asset freezes over the accounts of Ameritrust, Beespoke Inc., and Beespoke LLC. As detailed in the Commission's Emergency Motion and supporting declarations and exhibits, the Ameritrust, Beespoke Inc., and Beespoke LLC accounts hold proceeds that were fraudulently obtained from individuals who intended to invest in Ameritrust. Those proceeds should be frozen to preserve the Commission's opportunity to collect funds that may be disgorged and returned to harmed investors. The Commission will request that the Court extend asset freezes over the Ameritrust and Beespoke Inc. accounts for a period sufficient to determine whether either of them will file a responsive pleading or will otherwise be subject to a default motion. The Commission will also request that the asset freeze be extended as to Beespoke LLC for a sufficient period to determine whether to pursue alternate service.

The Commission will also request that the Court enter an order freezing bank accounts in the name of Lee that were the subject of the Commission's February 1, 2023 Emergency Motion. In light of Lee's death, the undersigned counsel anticipates seeking Commission approval to dismiss its demand for a civil monetary penalty or injunctive relief against Lee. The Commission's claim for disgorgement from Lee, however, is remedial in nature and thus survives his death. *See SEC v. Wyly*, 860 F. Supp. 2d 275, 279 (S.D.N.Y. 2012). The Commission will respectfully request that the Court enter an order freezing Lee's bank accounts for a period sufficient to determine whether an executor or administrator will be appointed for his estate. As of the date of this report, the Connecticut Probate Courts have not opened a case related to Lee's estate.

The Commission will also request that the Court issue an order allowing the Commission to place a notice of *lis pendens* on certain real property held in the name of Ameritrust and Lee in Nevada and New York. That property was purchased with investor proceeds, and should be preserved for possible sale to return proceeds to harmed investors.

Finally, as to Lee's daughters to whom the Commission alleges Lee wrongly gifted investor proceeds, the Commission anticipates engaging in discussions regarding the possibility of negotiated consent judgments, and will apprise the Court if those discussions advance further prior to their upcoming deadlines in early June 2023 to file responsive pleadings.

Dated: April 21, 2023

Respectfully submitted,

On behalf of the Commission,

/s *Michael C. Moran*
Rua M. Kelly (CT phv04453,
  Mass. Bar No. 643351)
Michael C. Moran (CT phv08741,
  Mass. Bar No. 666885)
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 21, 2023, a true and correct copy of this document was filed through the Court's CM/ECF system, and accordingly, this document will be sent electronically to all participants registered to receive electronic notice in this case, and that I will serve the document via e-mail and U.S. Mail upon parties not registered to receive electronic notice through the CM/ECF system.

                                                       /s *Michael C. Moran*
                                                       Michael C. Moran