IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | CIVIL ACTION NO.: 3:23 CV 00125 (JBA) |
| Plaintiff, | : : | |
| v. | : : | |
| SEONG YEOL LEE and AMERITRUST CORPORATION, | : : : | |
| Defendants, | : : : | |
| and | : : | |
| BEESPOKE CAPITAL, INC., BEESPOKE CAPITAL, LLC, ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE, | : : : : : | |
| Relief Defendants. | : | JUNE 9, 2023 |

## RELIEF DEFENDANT ALICE MEE-HYANG CHOI'S ANSWER TO COMPLAINT

Relief Defendant, Alice Mee-Hyang Choi ("Ms. Choi"), by and through her undersigned counsel, respectfully submits this Answer to the Plaintiff United States Securities and Exchange Commission's Complaint dated February 1, 2023 (the "Complaint") (ECF No. 1).

## SUMMARY

1. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and, therefore, denies the allegations in Paragraph 1.

2. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and, therefore, denies the allegations in Paragraph 2.

3. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, therefore, denies the allegations in Paragraph 3.

## **VIOLATIONS**

4. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, therefore, denies the allegations in Paragraph 4.

## **NATURE OF THE PROCEEDINGS AND RELIEF SOUGHT**

5. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and, therefore, denies the allegations in Paragraph 5.

6. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and, therefore, denies the allegations in Paragraph 6.

7. Ms. Choi denies that the SEC is entitled to the relief requested in Paragraph 7(c). As to the remaining allegations in Paragraph 7, Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7 and, therefore, denies the remaining allegations in Paragraph 7.

## **DEFENDANTS**

8. Ms. Choi admits that Lee appointed Ms. Choi to the Board of Ameritrust in November 2021. As to the remaining allegations in Paragraph 8, Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 and, therefore, denies the remaining allegations in Paragraph 8.

9. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and, therefore, denies the allegations in Paragraph 9.

## **RELIEF DEFENDANTS**

10. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and, therefore, denies the allegations in Paragraph 10.

11. Ms. Choi admits the allegations in Paragraph 11.

12. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and, therefore, denies the allegations in Paragraph 12.

13. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and, therefore, denies the allegations in Paragraph 13.

## JURISDICTION AND VENUE

14. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and, therefore, denies the allegations in Paragraph 14.

15. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and, therefore, denies the allegations in Paragraph 15.

## DEFENDANTS' ACTS IN VIOLATION OF THE FEDERAL SECURITIES LAW

### Lee's Acquisition of a Public Company in March 2020

16. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and, therefore, denies the allegations in Paragraph 16.

17. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, therefore, denies the allegations in Paragraph 17.

18. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and, therefore, denies the allegations in Paragraph 18.

19. Ms. Choi admits that she was appointed to the Board of Ameritrust in November 2021. As to the remaining allegations in Paragraph 19, Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and, therefore, denies the remaining allegations in Paragraph 19.

20. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, denies the allegations in Paragraph 20.

21. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, therefore, denies the allegations in Paragraph 21.

22. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and, therefore, denies the allegations in Paragraph 22.

### Lee's Solicitation of Korean Investors Beginning in 2019

23. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, therefore, denies the allegations in Paragraph 23.

24. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, therefore, denies the allegations in Paragraph 24.

25. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and, therefore, denies the allegations in Paragraph 25.

26. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, denies the allegations in Paragraph 26.

27. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and, therefore, denies the allegations in Paragraph 27.

28. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and, therefore, denies the allegations in Paragraph 28.

29. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and, therefore, denies the allegations in Paragraph 29.

30. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and, therefore, denies the allegations in Paragraph 30.

31. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and, therefore, denies the allegations in Paragraph 31.

32.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and, therefore, denies the allegations in Paragraph 32.

33.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and, therefore, denies the allegations in Paragraph 33.

34.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and, therefore, denies the allegations in Paragraph 34.

35.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and, therefore, denies the allegations in Paragraph 35.

36.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and, therefore, denies the allegations in Paragraph 36.

37.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and, therefore, denies the allegations in Paragraph 37.

38.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and, therefore, denies the allegations in Paragraph 38.

39.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, therefore, denies the allegations in Paragraph 39.

40.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, therefore, denies the allegations in Paragraph 40.

41.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, therefore, denies the allegations in Paragraph 41.

42.	Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and, therefore, denies the allegations in Paragraph 42.

43. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and, therefore, denies the allegations in Paragraph 43.

44. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and, therefore, denies the allegations in Paragraph 44.

45. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, therefore, denies the allegations in Paragraph 45.

46. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and, therefore, denies the allegations in Paragraph 46.

47. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and, therefore, denies the allegations in Paragraph 47.

48. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and, therefore, denies the allegations in Paragraph 48.

### Lee's Misappropriation of Investor Funds

49. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and, therefore, denies the allegations in Paragraph 49.

50. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and, therefore, denies the allegations in Paragraph 50.

51. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and, therefore, denies the allegations in Paragraph 51.

52. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and, therefore, denies the allegations in Paragraph 52.

53. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and, therefore, denies the allegations in Paragraph 53.

54. Ms. Choi admits that in July 2021, Lee provided her with a $500,000 cashier's check drawn on a Beespoke, Inc. account, and that Ms. Choi did not provide any services to Ameritrust. As to the remaining allegations in Paragraph 54, Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 54 and, therefore, denies the remaining allegations in Paragraph 54.

55. Ms. Choi admits that in July 2021, Lee provided her with a $500,000 cashier's check drawn on a Beespoke, Inc. account. Ms. Choi further admits that she received a text from Lee about the $500,000 cashier's check and she did not understand the $500,000 to be a loan when Lee gave it to her. As to the remaining allegations in Paragraph 55, Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 55 and, therefore, denies the remaining allegations in Paragraph 55.

56. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and, therefore, denies the allegations in Paragraph 56.

### Ameritrust's Failure to File Audited Financial Statements

57. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and, therefore, denies the allegations in Paragraph 57.

58. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and, therefore, denies the allegations in Paragraph 58.

59. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and, therefore, denies the allegations in Paragraph 59.

### Defendants' False and Misleading Statements in Commission Filings

60. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and, therefore, denies the allegations in Paragraph 60.

61. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and, therefore, denies the allegations in Paragraph 61.

62. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and, therefore, denies the allegations in Paragraph 62.

**FIRST CLAIM FOR RELIEF**
**FRAUD IN THE OFFER OR SALE OF SECURITIES**
**Violations of Section 17(a) of the Securities Act [15 U.S.C. 77q(a)]**
**(As to Defendants Lee and Ameritrust)**

63. Ms. Choi incorporates the statements set forth in Paragraphs 1-62 of this Answer as if fully set forth herein.

64. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and, therefore, denies the allegations in Paragraph 64.

**SECOND CLAIM FOR RELIEF**
**FRAUD IN CONNECTION WITH THE PURCHASE OR SALE OF SECURITIES**
**Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder**
**[15 U.S.C. § 78q(b), 17 C.F.R. § 240.10b-5]**
**(As to Defendants Lee and Ameritrust)**

65. Ms. Choi incorporates the statements set forth in Paragraphs 1-62 of this Answer as if fully set forth herein.

66. Ms. Choi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and, therefore, denies the allegations in Paragraph 66.

**THIRD CLAIM FOR RELIEF**
**Other Equitable Relief, Including Unjust Enrichment and Constructive Trust**
**(As to Relief Defendants)**

67. Ms. Choi incorporates the statements set forth in Paragraphs 1-62 of this Answer as if fully set forth herein.

68. Ms. Choi admits that allegations in Paragraph 68.

69. Ms. Choi denies the allegations in Paragraph 69.

8

70. Ms. Choi denies the allegations in Paragraph 70.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff has failed to state any claim against Ms. Choi upon which relief may be granted.

### Second Affirmative Defense

The claims are barred, waived, or otherwise precluded because the funds at issue were not illegally obtained.

### Third Affirmative Defense

The claims are barred, waived, or otherwise precluded because Ms. Choi has not been unjustly enriched but rather has a legitimate and independent ownership interest and/or claim to the funds.

### Fourth Affirmative Defense

The claims are barred, waived, or otherwise precluded because the equitable relief sought against Ms. Choi is not appropriate or necessary for the benefit of investors.

| | |
|---|---|
| Dated:  June 9, 2023<br>            Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>RELIEF DEFENDANT<br>ALICE MEE-HYANG CHOI<br><br>By: _/s/ Thomas J. Finn_<br>     Thomas J. Finn (ct20929)<br>     tfinn@mccarter.com<br>     Paula Cruz Cedillo (ct23485)<br>     pcedillo@mccarter.com<br>     Jessica D. Bowman (ct30894)<br>     jbowman@mccarter.com<br>     McCARTER & ENGLISH LLP<br>     CityPlace I, 36th Floor<br>     185 Asylum Street<br>     Hartford, Connecticut 06103<br>     Tel.:  860.275.6700<br>     Fax:   860.724.3397 |

ME1 45199037v.1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of June, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Thomas J. Finn*
                Thomas J. Finn (ct20929)