UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>Relief Defendants. | Civil Action No. 23-cv-125 (JBA) |

## STATUS REPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

Plaintiff Securities and Exchange Commission (the "Commission") submits the following status report in advance of the telephonic status conference scheduled for June 30, 2023.

## Background

On February 1, 2023, the Commission filed its Complaint initiating this action against Seong Yeol Lee ("Lee") and his company Ameritrust Corporation ("Ameritrust"). The Commission alleges that Lee and Ameritrust defrauded investors in the United States and the Republic of Korea. The Commission also named as relief defendants two corporate entities that Lee controlled, Beespoke Capital, Inc. ("Beespoke Inc.") and Beespoke Capital, LLC ("Beespoke LLC") as well as Lee's three adult daughters, Alice Mee-Hyang Choi, April Sue-Chang Lee, and Elaine Choung-Hee Lee. The Commission alleges that the relief defendants

received funds provided by investors for purposes of investment in Ameritrust, and that the relief defendants have no legitimate claim to those ill-gotten proceeds.

Also on February 1, 2023, the Commission filed an Emergency Motion for a Temporary Restraining Order, Order Freezing and Repatriating Assets, and Order for Other Equitable Relief ("Emergency Motion"). The Commission filed with its Emergency Motion a memorandum of law and supporting declarations and exhibits. In its Emergency Motion, the Commission requested a temporary restraining order and a preliminary injunction against Lee and Ameritrust, an order freezing and repatriating any assets remaining in bank accounts (and any other assets) controlled by Lee, Ameritrust, Beespoke Inc., or Beespoke LLC, and an order prohibiting Lee and Ameritrust from soliciting, accepting, or depositing any new investments pending resolution of this action.

On February 6, 2023, the Court held a telephonic conference. Lee attended the telephonic conference on his own behalf and on behalf of Ameritrust, Beespoke Inc., and Beespoke LLC. During the February 6, 2023 telephonic conference, Lee agreed to entry of an order providing for injunctive relief for a period of at least 60 days, a prohibition for a period of 60 days against Lee or Ameritrust soliciting, accepting, or depositing any investor monies, and a 60-day asset freeze on accounts in the name of Ameritrust, Beespoke Inc., and Beespoke LLC. The Commission and Lee thereafter formalized the agreement in a consented-to proposed Order, which the Court entered on February 10, 2023 (Dkt. No. 15). During the February 6, 2023 telephonic conference, the Court ordered Lee to endeavor to secure litigation counsel by no later than April 7, 2023. To date, no counsel has entered an appearance on behalf of Lee, Ameritrust, Beespoke Inc., or Beespoke LLC, nor is the Commission aware of counsel having been retained by any of them.

On March 21, 2023 (Dkt. No. 20), the Commission filed a status report informing the Court that the Commission had learned from counsel for one of Lee's family members that Lee died on March 7, 2023.

On March 31, 2023, the Commission filed a Motion to Extend Asset Freeze Order, seeking to maintain the status quo pending an April 24, 2023 telephonic status conference. The Court entered an Order on April 6, 2023 granting the Commission's motion and extending the February 10, 2023 asset freeze order through May 3, 2023 (Dkt. No. 28). Following the April 24, 2023 status conference, the Commission filed a motion to extend the asset freeze through June 30, 2023, and to include Lee's assets in the freeze order. The Court granted the Commission's motion on April 28, 2023, freezing assets of Ameritrust, Beespoke Inc., Beespoke LLC, and Lee through June 30, 2023 (Dkt. No. 39).

## Status of the Litigation

The Commission served the summons and complaint upon the registered agents for Ameritrust and Beespoke Inc. on April 10, 2023 and April 11, 2023, respectively, and the Commission filed the returns of service on April 18, 2023. On May 15, 2023, the Commission filed a request for entry of default against Ameritrust and Beespoke Inc. pursuant to Fed. R. Civ. P. 55(a). On June 5, 2023, the Court granted the Commission's request for entries of default. On June 26, 2023, the Commission filed its motion for entry of default judgments against Ameritrust and Beespoke Inc.

The Commission served Lee with the summons and complaint on February 9, 2023, prior to his death on March 7, 2023. The Commission intends to pursue its surviving claims against Lee because his known assets include cash that is traceable to harmed investors and real property in New York that was purchased with investor money. The Commission intends to seek a

judgment against Lee or his estate and to return funds to harmed investors. The Commission understands that Lee died without a will, and that no probate proceeding has been filed as to his estate, but that a probate proceeding may yet be initiated. If an executor or probate administrator is appointed, the Commission may move to substitute that party to pursue its claims against Lee. If an executor or probate administrator is not appointed soon, the Commission may seek to substitute as a party Lee's heirs who would be beneficiaries of Lee's assets that were obtained with investor proceeds.

On June 26, 2023, the Commission filed a motion requesting that the Court exercise its equitable authority to further extend the asset freezes over the accounts and any other assets of Ameritrust, Beespoke Inc., and Lee, for an additional 90 days to September 30, 2023. The Commission submits that an extended asset freeze is appropriate because, among other reasons, it will allow additional time to determine a potential substitute party for its claims against Lee.

On June 26, 2023, the Commission filed a Notice of Dismissal as to Beespoke LLC. The Commission voluntarily dismissed Beespoke LLC because it is a defunct entity with no registered agent and, in light of Lee's death, no remaining officers in the United States. Beespoke LLC also has no known assets in the United States.

On June 9, 2023, Relief Defendant Alice Choi filed her Answer to the Complaint. Counsel for Choi and counsel for the Commission held a Rule 16 conference on June 20, 2023, and filed a Rule 26(f) report of their planning meeting on June 21, 2023. The parties indicated in their Rule 26(f) report that they are interested in an early settlement conference before a magistrate judge, to explore potential settlement of the Commission's claim against Ms. Choi.

On June 9, 2023 and June 13, 2023, the Commission filed consent motions to extend until June 30, 2023 the deadlines for Relief Defendants April Lee and Elaine Lee to respond to the

Complaint. On June 20, 2023, the Court granted their extensions to June 30, 2023 (Dkt. No. 46). On June 26, 2023, Elaine Lee provided the Commission with a copy of a responsive pleading, and counsel understands that she also intended to mail her response to the Court. The Commission is engaged in settlement discussions with each of Alice Choi, April Lee, and Elaine Lee.

Dated: June 28, 2023

Respectfully submitted,

On behalf of the Commission,

/s *Michael C. Moran*
Rua M. Kelly (CT phv04453,
   Mass. Bar No. 643351)
Michael C. Moran (CT phv08741,
   Mass. Bar No. 666885)
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

/s *Michael C. Moran*
Michael C. Moran