

Relief Defendant Elaine Choung-Hee Lee's answer to complaint

United States Securities and Exchange Commission, Plaintiff v. Seong Yeol Lee and Ameritrust Corporation, Defendants, and Beespoke capital, Inc., Beespoke Capital LLC, Alice Mee-Hyang Choi, April Sue-Chang Lee, and Elaine Choung-Hee Lee, Relief Defendants
Case 3:23-cv-00125

I, Elaine Choung-Hee Lee, relief defendant, submit my answer to the Plaintiff United States Securities and Exchange Commission's Complaint (dated February 1, 2023). I am not represented by counsel and unable to pursue that option, financially.

Related to items 1-66, I have no knowledge or information related to any of the allegations or business related to my father, with whom I had not had contact for approximately 22 years, since 2001. I did not and do not discuss business related to my father with my siblings and was unaware of items 11 and 12 related to money exchange between my father and my sisters. Item 13 is accurate. I deny that any allegations here can be applied towards me as a relief defendant.

On the items in 67-70 related to me as a relief defendant, I acknowledge the reference to the Exchange Act (Item 68), and do not have any knowledge or information about the nature of the funds (Item 69) given to me by my father. Related to Item 70, I do not have knowledge or information related to my father's finances or business, but deny that I participated in any acquisition of ill-gotten funds and that I was unjustly enriched. I did not participate in any illegal activity to acquire the funds. Given the circumstances of my relationship with my father and the ensuing situation, I deny that I could be characterized as enriched and unjustly so.

Relief sought against me is not appropriate or necessary for investor benefit.

June 26, 2023, Monday
174 Waterfall Road
Ashford, CT 06278
Lee.elainec@gmail.com
860-921-7002 (cell)

Elaine C. Lee

*[signature]*

June 26, 2023