Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Liana Barry  RPTR/ECRO/TAPE: Corinne Thomas
TOTAL TIME: 0 hours 14 minutes
DATE: 6/30/2023  START TIME: 2:09  END TIME: 2:23
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. 3:23-cv-00125-JBA

United States SEC                    Michael Christopher Moran
                                     Plaintiff's Counsel
            vs
Lee et al                            Jessica D. Bowman, Thomas J. Finn
                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing SC

☑ .....#50 Motion MOTION for Extension of Asset Freeze Order  ☑ granted ☐ denied ☐ advisement
☐ .....# Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____  ☐ Proposed Findings due _____ Response due _____
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____