UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>   Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>   Relief Defendants. | Case No. 3:23-cv-125 (OAW) |

### ORDER EXTENDING FREEZE OF ASSETS THROUGH MARCH 29, 2024

  Having considered Plaintiff's Motion for an Order to Extend the Freeze of Assets to March 29, 2024, filed by the United States Securities and Exchange Commission ("the Commission") on September 19, 2023, together with the Commission's Complaint and its motion for emergency relief and supporting materials filed on February 1, 2023, the court finds that the Commission has made a proper *prima facie* showing, as required by Section 21(d) of the Securities Exchange Act of 1934 for the relief granted herein.  Specifically, it is in the public interest to enter an order temporarily freezing assets held in the name of defendant Seong Yeol Lee ("Lee").

1

In consideration of the foregoing:

**IT IS HEREBY ORDERED** that:

A.      Through and including March 29, 2024, Lee and each of his officers, agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including facsimile transmission, electronic mail, or overnight delivery service, shall hold and retain funds and other assets of Lee presently held by them, for their benefit, under their control or over which they exercise actual or apparent investment or other authority (including assets held in the name of or for the benefit of Lee), in whatever form such assets may presently exist and wherever located, and shall prevent any withdrawal, sale, payment (including, but not limited to, any charges on any credit card or draws on any other credit arrangement), transfer, dissipation, assignment, pledge, alienation, encumbrance, disposal, or diminution in value of any such funds or other assets, which are hereby frozen, including, but not limited to, real property located at 180 Chestnut Ridge Road, Bedford, New York 10549 (Tax ID #: 83.19-2-4), along with funds held in the following accounts:

| Institution | Location | Account Name(s) | Account Number |
|---|---|---|---|
| Bank of America | U.S. | Seong Y Lee & Jong Sun Kim | '5997 |
| Bank of America | U.S. | Seong Yeol Lee & Jung Sook Moon | '1934 |
| T Rowe Price | U.S. | Seong Yeol Lee | '0002 |
| Keb Hana Bank USA | U.S. | Seong Yeol Lee | '9143 |

B.      All banks, brokers, and other financial institutions (including but not limited to those listed in Paragraph I.A) and other persons or entities (including but not limited to payment processors, investors and/or promoters) that receive actual notice of this Order by personal service or otherwise, including via facsimile or email transmission, or overnight delivery service, holding any funds or other assets in the name, for the direct or indirect benefit, or under the direct or indirect control of Lee, or over which Lee exercises actual or apparent investment or other authority, in whatever form such assets may presently exist and wherever located, shall hold and retain within their control and prohibit the withdrawal, removal, sale, payment (including, but not limited to, any charges on any credit card or draws on any other credit arrangement), transfer, dissipation, assignment, pledge, alienation, encumbrance, diminution in value, or other disposal of any such funds or other assets; and that such funds and assets are hereby frozen through and including March 29, 2024.

**IT IS HEREBY FURTHER ORDERED** that service of this Order may be made by facsimile, mail, e-mail, delivery by commercial courier, or personally by any employee of the Commission who is not counsel of record in this matter, or special process server, or any other person, or in any other manner authorized by Rule 5 of the Federal Rules of Civil Procedure, or by publication.

**IT IS SO ORDERED** in Hartford, Connecticut, this 22nd day of September, 2023.

_____/s/_____
OMAR A. WILLIAMS
UNITED STATES DISTRCT JUDGE