**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>    Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>    Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

### PLAINTIFF'S MOTION FOR SUBSTITUTION PURSUANT TO RULE 25(a)(1) FOR DEFENDANT SEONG YEOL LEE

Plaintiff Securities and Exchange Commission ("Commission") hereby moves this Court for an order pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for the substitution of April Sue-Chang Lee ("April Lee"), in her capacity as a fiduciary of the Estate of Seong Yeol Lee (the "Lee Estate"), as a primary defendant in this civil action. As the Commission previously advised the Court, on May 1, 2023, the Commission received a certificate of death from the New York State Department of Health for Defendant Seong Yeol Lee ("Lee") indicating that Lee died on March 7, 2023.  *See* Exhibit A (death certificate filed with probate court).  On September 6, 2023, April Lee filed an application in the Torrington Area Probate Court as a fiduciary for the Lee Estate, seeking an extension of time for filing certain estate tax forms.  *See* Exhibit A (application and order in probate case).

Accordingly, for the reasons stated herein, and in the Commission's accompanying Memorandum of Law, the Commission seeks to substitute April Lee as the decedent's representative, where the Commission's claim for disgorgement is not extinguished by Lee's death, and where April Lee is serving as the estate's fiduciary.

Relief Defendant Alice Choi, through counsel, consents to this motion. Relief Defendant Elaine Lee, *pro se*, does not consent to this motion. Relief Defendant April Lee, through counsel, objects to the motion to substitute April Lee for Mr. Lee prior to the probate court's appointment of an administrator or executor[1] for Mr. Lee's estate.

Dated: November 2, 2023

Respectfully submitted,

On behalf of the Commission,

*Rua M. Kelly*
Rua M. Kelly
Michael C. Moran
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
kellyru@sec.gov

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*Rua M. Kelly*
Rua M. Kelly

---

[1] The Commission has reviewed the probate court file, attached as Exhibit A, and it does not appear that any parties have moved the Court for the appointment of an administrator or executor. To date, the only motion filed in the probate case is a motion for a six-month extension to file tax forms, granted September 6, 2023. *See id.*