# EBERSOL, MCCORMICK & REIS, LLC

ATTORNEYS AT LAW
9 MASON STREET
P.O. BOX 598
TORRINGTON, CONNECTICUT 06790

TEL (860) 482-8557 & (860) 482-5000
FAX (860) 482-8089 & (860) 496-1456

CHARLES R. EBERSOL, JR.
pebersol@emlawfirm.com

BRIAN MCCORMICK
bmccormick@emlawfirm.com

V. PETER REIS, JR.
vpreis@srsplaw.com

October 4, 2023

U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02139

Attn:  Rua M. Kelly
       Michael C. Moran

Re:  Estate of Seong Yeol Lee
     Our File No. 23229-001

To Whom It May Concern:

This is to acknowledge receipt of your Motion for an Order to Freeze Assets, Civil Action No. 23-cv-125 (JBA). I am enclosing copies of the following documents that our office e-filed with the Torrington Area Probate Court on behalf of April Lee for the Estate of Seong Yeol Lee:

1. PC-183 Appearance of Attorney;
2. Death Certificate (social security number redacted); and
3. Form CT-706 NT EXT.

Very truly yours,

Brian McCormick

BM:so
cc: Ms. April Lee

| Appearance of Attorney | CONNECTICUT PROBATE COURTS |
|---|---|
| PC-183 REV. 10/21 | |

**RECEIVED:**

**Instructions:**
1) An attorney may use this form to enter an appearance on behalf of a party in a matter.
2) For more information, see Probate Court Rules of Procedure, rule 5.
3) Type or print in ink. Use an additional sheet, or PC-180, if more space is needed.

| Probate Court Name | District Number |
|---|---|
| TORRINGTON AREA PROBATE COURT | PD-23 |

**Estate of/In the Matter of**
SEONG YEOL LEE

| Attorney (Name, law firm and address) | Individual Connecticut Juris Number |
|---|---|
| BRIAN MCCORMICK<br>EBERSOL, MCCORMICK & REIS, LLC<br>9 MASON STREET<br>TORRINGTON, CT 06790 | 100075 |

| Telephone Number | Ext. Number | Fax Number | Email address |
|---|---|---|---|
| 860-482-8557 | | 860-496-1456 | BMCCORMICK@EMLAWFIRM.COM |

Please enter the appearance of the undersigned in the above-entitled matter for:
Name and address of client(s):                    Client's relationship to matter:

April S. Lee
76 Blinkoff Court
Torrington, CT 06790

[X] Fiduciary       [ ] Creditor
[X] Heir or beneficiary   [ ] Respondent
[ ] Other: _____

[ ] Appearance is in lieu of the appearance by _____ on file for the above-named party.
[ ] Appearance is in addition to the appearance on file for the above-named party.

Signature of Attorney  *Brian McCormick*
Date  9/6/2023

**CERTIFICATION**
I certify that a copy of this appearance was sent to the following persons as provided in Probate Court Rules of Procedure, section 5.5(b):

**Name and Address**

Young Lee, 76 Blinkoff Court, Torrington, CT 06790
April S. Lee, 76 Blinkoff Court, Torrington, CT 06790
Alice M. Lee, 62 Orchard Farms Lane, Avon, CT 06001
Elaine C. Lee, 174 Waterfall Road, Ashford, CT 06278
Peter K. Lee, 8121 Sandburg Hill Court, Dunn Loring, VA 22027

Signature of Attorney  *Brian McCormick*
Date  9/6/2023

Appearance of Attorney                                              PC-183

Received 09/06/23 4:34:31 PM Form set: 8241344

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (6/2011)

RECORDED DISTRICT: 2951
REGISTER NUMBER: 397
STATE FILE NUMBER: 131-2023-00020706

**1. NAME:** Seong Yeol Lee
**2. SEX:** Male
**3A. DATE OF DEATH:** 03 / 07 / 2023
**3B. HOUR:** 08:41 AM

**4A. PLACE OF DEATH:** HOSPITAL INPATIENT (☒)
**4B. IF FACILITY, DATE ADMITTED:** 02 / 23 / 2023
**4C. NAME OF FACILITY:** North Shore University Hospital
**4D. LOCALITY:** TOWN — North Hempstead Town
**4E. COUNTY OF DEATH:** Nassau

**4F. MEDICAL RECORD NO.:** 41485197
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION:** NO (☒)

**5. DATE OF BIRTH:** 02 / 17 / 1952
**6A. AGE IN YEARS:** 71
**7A. CITY AND STATE OF BIRTH:** South Korea

**8. SERVED IN U.S. ARMED FORCES:** NO (☒)
**9. DECEDENT OF HISPANIC ORIGIN:** A. No, not Spanish/Hispanic/Latino (☒)
**10. DECEDENT'S RACE:** G. Korean (☒)

**11. DECEDENT'S EDUCATION:** 6. Bachelor's degree (☒)

**12. SOCIAL SECURITY NUMBER:** [redacted]
**13. MARITAL STATUS:** MARRIED (☒)
**14. SURVIVING SPOUSE:** Young H Woo

**15A. USUAL OCCUPATION:** Chairman
**15B. KIND OF BUSINESS OR INDUSTRY:** Finance
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:**

**16A. RESIDENCE:** CT
**16B. County:** Litchfield
**16C. LOCALITY:** Torrington
**16D. STREET AND NUMBER OF RESIDENCE:** 76 Blinkoff Court
**16E. ZIP CODE:** 06790

**17. BIRTH NAME OF FATHER / PARENT:** In Ho Lee
**18. BIRTH NAME OF MOTHER / PARENT:** Na Soon Seo

**19A. NAME OF INFORMANT:** Young H Lee
**19B. MAILING ADDRESS:** 76 Blinkoff Court, Torrington, CT 06790

**20A.** 2. CREMATION (☒)   **DATE:** 03 / 10 / 2023
**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** All Souls Crematory
**20C. LOCATION:** East Elmhurst Hamlet, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Central Funeral Home, 162 14 Sanford Ave, Flushing, NY 11358
**21B. REGISTRATION NUMBER:** 00306

**22A. NAME OF FUNERAL DIRECTOR:** John Chong
**22B. SIGNATURE:** John Chong Electronically Signed
**22C. REGISTRATION NUMBER:** 14426

**23A. SIGNATURE OF REGISTRAR:** Ragini Srivastava Electronically Signed
**23B. DATE FILED:** 03 / 10 / 2023
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Catherine Mizzi
**24B. DATE ISSUED:** 03 / 10 / 2023

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:** Christian daniel Barrera maldonado, MD — Electronically Signed — 03 / 07 / 2023
**Certifier's Title:** Physician acting on behalf of Attending Physician (☒)
**Address:** 300 Community Dr, North Hempstead Town, NY 11030

**25C. Attending Physician:** Jung-min Kim, MD
**License No.:** 285550
**Address:** 300 Community Dr, North Hempstead Town, NY 11030

**26A. Attending physician attended decedent from:** 02 / 26 / 2023 to 03 / 07 / 2023
**26B. Decedent last seen alive by attending physician:** 03 / 07 / 2023
**26C. Pronounced:** 03 / 07 / 2023 at 08:41 AM

**27. MANNER OF DEATH:** NATURAL CAUSE (☒)
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER:** NO (☒)
**29A. AUTOPSY:** NO (☒)

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) cardiopulmonary arrest — DAYS
DUE TO OR AS A CONSEQUENCE OF:
(B) ischemic stroke — days
DUE TO OR AS A CONSEQUENCE OF:
(C) atherosclerosis — years

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):** <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?** NO (☒)

---

Received 09/06/23  4:34:31 PM  Form set: 8241344

No. 0623 3 - 2023

DISTRICT
2951



This is to certify that this is a true and correct copy of the original Certificate of Death on file in the Office of the Registrar, Town of North Hempstead, County of Nassau, State of New York.

Signature: *Ragini Srivastava*    Date: MAR 1 3 2023

Ragini Srivastava., Registrar of Vital Statistics

*N.B. Do not accept this copy unless the raised seal of the Town of North Hempstead is thereon affixed.*

VS Form TNH DEATH RECORD
7/2009 LCG tc/rvs

Received 09/06/23  4:34:31 PM  Form set: 8241344

# Form CT-706 NT EXT
## Application for Extension of Time for Filing Form CT-706 NT

File in the Probate District in which the decedent was domiciled. If the decedent was a nonresident, file in the Probate District in which Connecticut property is located. **Do not mail to Department of Revenue Services (DRS).**

| To: Probate Court | District: PD-23 | Date of request: 9/6/2023 |
|---|---|---|
| Decedent's first name and middle initial: SEONG YEOL | Last name: LEE | Decedent's date of death: 03 – 07 – 20 23 |
| Address Number and street: 76 BLINKOFF COURT | | PO Box |
| City, town: TORRINGTON | State: CT | ZIP code: 06790 |
| Name and address of fiduciary(ies) or transferee(s) of decedent's property: APRIL S. LEE, 76 BLINKOFF COURT | Number and street | PO Box |
| City, town, or post office: TORRINGTON | State: CT | ZIP code: 06790 |
| Attention, care of, or estate representative (if applicable): ATTY. BRIAN MCCORMICK | | |
| Mailing address (firm name, if applicable): 9 MASON STREET, TORRINGTON, CT 06790 | | |

For estates of decedents dying on or after January 1, 2022, but before January 1, 2023, no Connecticut estate tax is due from a decedent's estate if the Connecticut taxable estate is **$9.1 million or less**. For estates of decedents dying on or after January 1, 2023, but before January 1, 2024, no Connecticut estate tax is due from a decedent's estate if the Connecticut taxable estate is **$12.92 million or less**.

I represent that no Connecticut estate tax will be due from the decedent's estate. By completing this section and filing it in the Probate District having jurisdiction over the decedent's estate, I am requesting a six-month extension of time to file Form CT-706 NT, *Connecticut Estate Tax Return (for Nontaxable Estates)*.

I acknowledge that this extension will not avoid any interest or penalties applicable to the estate in the event that the estate is ultimately determined to be subject to the Connecticut estate tax.

**Declaration:** I declare that the representations contained herein are made under the penalties of false statement. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

**Sign Here** — Keep a copy for your records.

| Fiduciary's signature | Date |
|---|---|
| Fiduciary's title | Telephone number |
| Paid preparer's or authorized estate representative's signature: BRIAN MCCORMICK  /s/ Brian McCormick | Date: 9-6-2023 |
| Firm name: EBERSOL, MCCORMICK & REIS, LLC | Preparer's telephone number: 860-482-8557 |
| Firm address: 9 MASON STREET, TORRINGTON, CT 06790 | |

**PROBATE COURT,** TORRINGTON AREA PROBATE COURT — **DISTRICT NO.** 23

**ESTATE OF** SEONG YEOL LEE **LATE OF** TORRINGTON Deceased

Presiding Judge: James P Steck

The foregoing application having been presented to this Court, THE COURT FINDS that notice should be and is hereby dispensed with for cause shown.

It is ORDERED that said application for extension of time for filing Form CT-706 NT is **(GRANTED)** DENIED.

Dated at Torrington Connecticut on [Month, Day, Year] September 6, 2023

BY ORDER OF THE COURT

_____ Judge

CT-706 NT EXT (Rev. 06/23)

Visit us at portal.ct.gov/DRS for more information.
Received 09/06/23 4:34:31 PM Form set: 8241344