UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>        Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI,  APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>        Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

## STATUS REPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

Pursuant to the Court's November 13, 2023 Order (Dkt. No. 65), Plaintiff Securities and Exchange Commission (the "Commission") submits the following status report.

## Background

On February 1, 2023, the Commission filed its Complaint initiating this action against Seong Yeol Lee ("Lee") and his company Ameritrust Corporation ("Ameritrust").  Dkt. No. 1. Also on February 1, 2023, the Commission filed an Emergency Motion for a Temporary Restraining Order, Order Freezing and Repatriating Assets, and Order for Other Equitable Relief.  Dkt. No. 2.  The Commission alleged that Lee and Ameritrust defrauded investors in the United States and the Republic of Korea.  The Commission also named as relief defendants a corporate entity that Lee controlled, Beespoke Capital, Inc. ("Beespoke"), and Lee's three adult

daughters, Alice Mee-Hyang Choi, April Sue-Chang Lee, and Elaine Choung-Hee Lee. The Commission alleged that the relief defendants received funds provided by investors for purposes of investment in Ameritrust, and that the relief defendants have no legitimate claim to those ill-gotten proceeds. Dkt. No. 1 at ¶¶ 51-55, 67-70.

On September 5, 2023, Judge Janet Bond Arterton granted the Commission's motion for default judgment as to Ameritrust and Beespoke (Dkt. Nos. 57, 57-1).[1] While the Commission may seek further relief from the Court with regard to the collection and distribution of assets in the names of Ameritrust and/or Beespoke, the Commission's claims on the merits against the corporate entities have been resolved in full.

## Status of the Litigation

### *Status of Defendant Seong Yeol Lee*

On March 21, 2023, the Commission filed a status report because the Commission learned that Lee died on March 7, 2023. Dkt. No. 20. The Court has issued freeze orders as to Lee's assets, most recently extending an asset freeze through March 29, 2024. Dkt. No. 63.

On November 2, 2023, the Commission filed and served upon the parties a Motion for Substitution Pursuant to Rule 25(a)(1), seeking to substitute Lee's daughter (and relief defendant) April Lee in her capacity as a fiduciary for Lee's estate. The Commission filed its motion after April Lee filed on September 6, 2023 an application in the Torrington Area Probate Court in Connecticut as a fiduciary for the Estate of Seong Yeol Lee (Dkt. 64-2).

On November 13, 2023, the Court granted the Commission's Motion for Substitution (Dkt. 65). The Court ordered the Commission to file an amended Complaint to reflect the substitution of April Lee, in her capacity as fiduciary of Seong Yeol Lee's estate, as the

---

[1] On June 26, 2023, the Commission voluntarily dismissed a separate relief defendant, Beespoke Capital LLC. (Dkt. No. 48).

defendant in this action. The Commission filed its Amended Complaint on November 16, 2023 (Dkt. 66). Ms. Lee agreed to waive service, and her response to the Complaint is currently due on January 15, 2024 (Dkt. 68).

### *Status of Relief Defendants Alice Choi, Elaine Lee, and April Lee*

Alice Choi filed an Answer to the Commission's Complaint on June 9, 2023 (Dkt. No. 43). Elaine Lee, *pro se*, filed an Answer on June 28, 2023 (Dkt. No. 53). In her capacity as a relief defendant, April Lee waived service of summons (Dkt. No. 30), but has not filed an answer or other responsive pleading.

The Commission and April Lee have reached a settlement in principle to resolve the Commission's claims against her in her capacity as a relief defendant only. Counsel notes that any proposed settlement of a Commission case must be presented to the Commissioners, and such a settlement may be approved only by a vote of a majority of the Commissioners. Counsel will update the Court no later than 60 days from today as to whether the staff is authorized to file the consent and judgment reflecting the agreed-upon settlement terms with April Lee for the Court's consideration.

The Commission has also engaged in good faith and productive settlement discussions with Alice Choi and Elaine Lee. The Commission and Alice Choi have agreed that mediation with a magistrate judge may be productive. The Commission and Alice Choi will soon docket a joint request asking the Court to issue a referral to a magistrate judge. The Commission asked Elaine Lee whether she would agree to mediation before a magistrate and indicated that the Commission would like to proceed that way. Elaine Lee has not consented to mediation and has requested that she be able to communicate directly with the district court judge. The Commission consents to scheduling a status conference with Ms. Lee if the Court deems it appropriate.

Dated: December 20, 2023

Respectfully submitted,

On behalf of the Commission,

/s _____
Rua M. Kelly (CT phv04453,
   Mass. Bar No. 643351)
Michael C. Moran (CT phv08741,
   Mass. Bar No. 666885)
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on this 20th day of December 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

/s _____
Rua M. Kelly