UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>    Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI,  APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>    Relief Defendants. | **Civil Action No. 23-cv-125 (OAW)** |

## **STIPULATION FOR REFERENCE TO ADR**

Plaintiff Securities & Exchange Commission and Relief Defendant Alice Choi are filing jointly this stipulation regarding Alternative Dispute Resolution ("ADR") for the Court's endorsement.

Pursuant to Local Rule 16(h), the parties have agreed as follows:

1. The parties respectfully request that the Court refer this case to a magistrate judge in the District of Connecticut for non-binding mediation, to explore potential settlement of the Commission claim against Ms. Choi for disgorgement and prejudgment interest;

2. At this time, the parties do not seek a stay of this civil action for purposes of ADR;

3. The Commission and Ms. Choi have exchanged initial disclosures pursuant to Rule 26(a)(1), and do not believe that a further exchange of documents or information is necessary for purposes of ADR;

4. Ms. Choi acknowledges that any proposed settlement is subject to approval by the Commission, rather than the Commission's trial counsel.  Trial counsel for the Commission agrees to participate in ADR and, if mutually acceptable settlement

terms are reached through ADR, to make a timely recommendation of the settlement terms to the Commission.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION,**

By its attorneys,

/s                                     
Rua M. Kelly (CT phv04453,
   Mass. Bar No. 643351)
Michael C. Moran (CT phv08741,
   Mass. Bar No. 666885)
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

**ALICE CHOI,**

By her attorneys,

/s                                     
Thomas J. Finn (ct20929)
tfinn@mccarter.com
Paula Cruz Cedillo (ct23485)
pcedillo@mccarter.com
Jessica D. Bowman (ct30894)
jbowman@mccarter.com
McCARTER & ENGLISH LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, Connecticut 06103
Tel.: 860.275.6700