UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>      Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI,  APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>      Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

**PLAINTIFF'S CONSENT MOTION FOR AN**
**ORDER EXTENDING FREEZE OF ASSETS THROUGH SEPTEMBER 30, 2024**

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully moves for entry of an order extending the freeze of assets of Seong Yeol Lee ("Lee") for a period of six months, through and including September 30, 2024.  In support of its motion, the Commission states as follows:

      1.      On February 1, 2023, the Commission filed its Complaint initiating this action. Dkt. No. 1.  The Commission alleges that Lee engaged in a scheme to defraud investors in his company Ameritrust Corporation ("Ameritrust").  Lee used a network of recruiters to find investors, made misrepresentations about Ameritrust and its prospects, and siphoned investor funds for his own use.  The Commission also filed on February 1, 2023 an Emergency Motion

for a Temporary Restraining Order, Order Freezing and Repatriating Assets, and Order for Other Equitable Relief ("Emergency Motion").[1] In declarations from Commission staff in support of the Emergency Motion, the Commission catalogued witness statements, investigative testimony, and other evidence that Lee recruited at least 2,000 people to invest in Ameritrust, raising at least $20 million. Dkt. Nos. 2-4 and 2-5. Lee absconded with at least $4 million for his personal use, including by transferring investor funds to his own accounts. He also used investor funds to pay recruiters to find more investors.

2. The Court (Judge Janet Bond Arterton) held a telephonic conference on February 6, 2023, at which Lee appeared *pro se*. The Court did not enter an asset freeze order against Lee at that time but ordered Lee to secure litigation counsel by April 7, 2023. Dkt. No. 10. Lee died on March 7, 2023. The Commission thereafter moved for a freeze of Lee's assets pending a determination as to the status of Lee's estate. Dkt. No. 37. The Court granted the Commission's motion and issued an order freezing Lee's assets through June 30, 2023. Dkt. No. 39. The status of Lee's estate remained uncertain thereafter and the Commission moved to extend the freeze. Dkt. Nos. 50 and 61. The Court granted the Commission's motions, most recently extending the freeze through March 29, 2024. Dkt. No. 63.

3. On November 11, 2023, the Commission filed a motion to substitute April Sue-Chang Lee, in her capacity as a fiduciary for Lee's estate, as a primary defendant. Dkt. No. 64. The Court granted the Commission's motion on November 13, 2023. Dkt. No. 65. The Commission filed an Amended Complaint, adding Ms. Lee as a primary defendant in her

---

[1] In its Emergency Motion, the Commission sought an order freezing assets of Lee, Ameritrust, Beespoke Capital, Inc., and Beespoke Capital, LLC. The Commission voluntarily dismissed Beespoke Capital, LLC on June 26, 2023. Dkt. No. 48. The Court entered default judgments against Ameritrust and Beespoke Capital, Inc. on September 6, 2023 and ordered that their frozen funds be transferred to the Commission. Dkt. No. 57. The Commission therefore seeks by this motion an order freezing Lee's assets only.

fiduciary capacity, on November 16, 2023.  Dkt. No. 66.  Ms. Lee agreed to waive service, and her response to the Amended Complaint was due on January 15, 2024.  Dkt. No. 68.  As of this filing, Ms. Lee has not responded to the Amended Complaint.

4. On February 27, 2024, the Court issued an Order scheduling a status conference for March 26, 2024 to address, among other things, Ms. Lee's lack of a responsive pleading for Lee's estate and to set a scheduling order for this action.  Dkt. No. 82.

5. As detailed in the Commission's Emergency Motion and supporting declarations and exhibits, the Commission has met its burden for entry of an order freezing Lee's assets.  *See Smith v. SEC*, 653 F.3d 121, 128 (2d Cir. 2011) (Commission "must show either a likelihood of success on the merits, or that an inference can be drawn that the party has violated the federal securities laws").  Lee's accounts hold proceeds that were fraudulently obtained from individuals who intended to invest in Ameritrust.  Those proceeds should be frozen to preserve the Commission's opportunity to collect funds that may be disgorged and returned to harmed investors.  *See SEC v. Unifund SAL*, 910 F.2d 1028, 1041 (2d Cir. 1990) ("the Commission should be able to preserve its opportunity to collect funds that may yet be ordered disgorged"); *see also SEC v. Byers*, No. 08 Civ. 7104 (DC), 2009 WL 33434, at *2 (S.D.N.Y. Jan. 7, 2009) ("[a]n asset freeze is a provisional remedy, the purpose of which is to ensure that, in the event the SEC obtains a judgment, money will be available to satisfy that judgment").

6. An additional freeze period is appropriate to preserve investor assets during the pendency of this action.  The Commission anticipates that within the next six months it will either seek default judgment against Lee's estate or proceed with discovery and preparation for summary judgment or trial according to the schedule to be set at the Court's March 26, 2024 status conference.

7. The Commission has conferred with April Lee, Alice Choi, and Elaine Lee, or their counsel, and each represented that they consent to the Commission's motion to extend the asset freeze.

WHEREFORE, the Commission respectfully requests that the Court enter an Order in the form attached hereto.

Dated: March 19, 2024Respectfully submitted,

On behalf of the Commission,

/s *Michael C. Moran*
Rua M. Kelly (CT phv04453,
 Mass. Bar No. 643351)
Michael C. Moran (CT phv08741,
 Mass. Bar No. 666885)
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of March 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

      /s *Michael C. Moran*
      Michael C. Moran