UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>      v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>        Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>        Relief Defendants. | **Civil Action No. 23-cv-125 (OAW)** |

## STATUS REPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

The Commission writes to update the Court on the status of the above-captioned case. As the Court is aware, the counsel for the Commission and Relief Defendant Alice Choi ("Choi") appeared before Magistrate Judge Farrish last month and reached a proposed settlement as to the claim against Choi. In addition, after the parties appeared before Your Honor for a status conference, the Commission and April Lee ("April Lee") also reached agreement on a proposed settlement as to the claim against April Lee in her capacity as a relief defendant. The Commission has also engaged in productive settlement discussions with counsel to Elaine Lee ("Elaine Lee") and the parties will continue those discussions in the coming days. Finally, as to the claims against April Lee in her capacity as the fiduciary for the estate of Seong Yeol Lee (the "Estate"), the Commission has also engaged in productive settlement discussions with April Lee and the parties will continue those discussions in the coming days. While the Commission does

not yet have settlements in principle with Elaine Lee or the Estate, the parties have made progress and believe it is appropriate to continue those discussions in hopes of a resolution.

The Commission will provide a status report to the Court no later than <u>June 10, 2024</u> as to the status of all pending claims against the Estate and the Relief Defendants.  While it is not yet certain that the parties will reach agreement as to certain of those claims, counsel believes that the June 10 deadline provides adequate time to seek authorization of the full five-member Commission for the proposed settlements with Relief Defendants Alice Choi and April Lee, and to conclude discussions with the Estate and Elaine Lee.  Should there be any developments that would impact the scheduling order, the Commission will timely update the Court.

Dated: April 11, 2024                              Respectfully submitted,

                                                             On behalf of the Commission,

                                                             _____
                                                             Rua M. Kelly
                                                             Michael C. Moran
                                                             U.S. Securities and Exchange Commission
                                                             33 Arch Street, 24th Floor
                                                             Boston, MA  02139
                                                             (617)-573-8941 (Kelly direct)
                                                             (617) 573-8931 (Moran direct)
                                                             kellyru@sec.gov
                                                             moranmi@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

                                                             _____
                                                             Rua M. Kelly