UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>      Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>      Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

## STATUS REPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

The Commission writes to advise the Court that the parties have reached settlements in principle as to all pending claims.  Accordingly, the Commission will today file proposed final judgments for the Court's consideration, along with the signed consents of the remaining parties: (a) April Lee, in her capacity as the fiduciary of the estate of Seong Yeol Lee; (b) April Lee, in her capacity as a relief defendant; (c) Alice Choi, in her capacity as a relief defendant; and, (d) Elaine Lee, also in her capacity as a relief defendant.

Should the Court enter the proposed judgments, the civil case will be concluded as to liability.  However, the Commission expects to file post-judgment motions related to the distribution of funds to harmed investors, since, among other things, the Commission will need to liquidate assets held in the defendants' names and to propose a distribution plan for investors.

The Commission is available to answer any questions that the Court may have about the proposed final judgments and/or any other issues of concern to the Court. The Commission also extends appreciation to Magistrate Judge Farrish, who presided over the mediation with the Commission and Ms. Choi that resulted in one of proposed settlements now before this Court.

Dated: June 10, 2024	Respectfully submitted,

On behalf of the Commission,

*Rua M. Kelly*
_____
Rua M. Kelly
Michael C. Moran
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

*Rua M. Kelly*
_____
Rua M. Kelly