UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>      Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>      Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR ENTRY OF CONSENT JUDGMENTS**

Plaintiff U.S. Securities and Exchange Commission ("SEC") hereby moves that the Court enter the Final Judgments submitted herewith. In support, the SEC states the following:

1.  The SEC has reached separate settlements with the remaining defendant and remaining relief defendants in this action. Attached hereto as **Exhibit 1 is** the executed Consent of defendant April Lee, in her capacity as fiduciary of the Estate of Seong Yeol Lee. Attached as **Exhibits 2-4** are the executed Consents of relief defendants Alice Choi, Elaine Lee, and April Lee (in her separate capacity as relief defendant). The Consents set forth the terms of the defendant's and each relief defendant's settlements with the Commission. Attached as **Exhibits 5-8** are the proposed Final Judgments to which the respective defendant and relief defendants have agreed. The Consents include their consent to entry of Final Judgment.

2. Each proposed Final Judgment against the defendant and relief defendants is fair and reasonable. *SEC v. Citigroup Global Markets, Inc.,* 752 F.3d 285, 294 (2d Cir. 2014). Courts in the Second Circuit evaluating consent judgments in SEC enforcement actions consider: "(1) the basic legality of the decree; (2) whether the terms of the degree, including its enforcement mechanism, are clear; (3) whether the consent decree reflects a resolution of the actual claims of the complaint; and (4) whether the consent decree is tainted by improper collusion or corruption of some kind." *Id*. at 294-95 (internal citation omitted). Here, the proposed judgments are legal because they are within the Court's authority to enter. *See Tzumi Innovations, LLC v. Wheeler*, 21 Civ. 122, 2022 WL 20580425, at *2 (S.D.N.Y. Aug. 25, 2022). The terms of the consent judgments are clear, including the terms of payment for each settling party. *See id.* The proposed judgments would resolve all of the SEC's remaining claims against each settling party. Finally, the proposed settlements were reached through good faith and arms-length negotiations, including one settlement reached with the assistance of a magistrate judge during mediation.

3. *Citigroup* also requires a district court to determine whether "'public interest would not be disserved' in the event that that the consent decree includes injunctive relief." *Citigroup*, 752 F.3d at 294 (quoting *eBay, Inc. v. MercExchange,* 547 U.S. 388, 391 (2006)). The proposed Final Judgments in this action do not include injunctive relief. The Commission is not pursuing its original claims against Seong Yeol Lee for injunctive relief, an officer and director bar, penny stock bar, or monetary penalties, because those claims for relief abated with his death during the pendency of this action.

WHEREFORE, the SEC respectfully requests that this Court grant this Motion and enter the proposed Final Judgments attached hereto.

Dated: June 10, 2024				Respectfully submitted,

						On behalf of the Commission,

						*Rua M. Kelly*
						_____
						Rua M. Kelly
						Michael C. Moran
						U.S. Securities and Exchange Commission
						33 Arch Street, 24th Floor
						Boston, MA  02139
						(617)-573-8941 (Kelly direct)
						(617) 573-8931 (Moran direct)
						kellyru@sec.gov
						moranmi@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.

						*Rua M. Kelly*
						_____
						Rua M. Kelly