factual positions in litigation or in any administrative proceeding.

11. Relief Defendant hereby waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Relief Defendant to defend against this action. For these purposes, Relief Defendant agrees that Relief Defendant is not the prevailing party in this action since the parties have reached a good faith settlement.

12. Relief Defendant agrees that the Commission may present the Final Judgment to the Court for signature and entry without further notice.

13. Relief Defendant agrees that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Final Judgment.

Dated: May 31, 2024

Elaine Choung-Hee Lee

4

personally appeared before me and acknowledged executing the foregoing Consent.

_/s/ Karen M. Zulick_
Notary Public
Commission expires:

KAREN M. ZULICK
Notary Public, State of Connecticut
My Commission Expires 5/31/2025

Approved as to form:

/s/ William A. Haddad
William A. Haddad
Pasquarello Fink Haddad LLC
185 Devonshire Street, 3rd Floor
Boston, MA  02210

5