UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE, and AMERITRUST CORPORATION,<br><br>    Defendants,<br><br>and<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>    Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

## RESPONSE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION REGARDING MOTION FOR ENTRY OF FINAL JUDGMENTS

The Securities and Exchange Commission ("Commission") submits this response to the Court's order (ECF No. 106) regarding the Commission's motion for entry of final judgments. First, the Commission has attached as Exhibit A the signed and notarized consent of Relief Defendant April Lee, which was inadvertently omitted from the original pleadings. The Commission apologizes for the oversight. Second, the Commission has attached as Exhibit B a complete copy of the signed and notarized consent of Relief Defendant Elaine Lee.

In addition, the Commission notes for the Court's consideration that the proposed judgment for Relief Defendant Alice Choi includes a payment plan that was scheduled to begin on June 30, 2024. Ms. Choi made payment to the Commission in June 2024 in anticipation of the entry of final judgment. The Commission has conferred with counsel for Ms. Choi and the

parties do not believe that it is necessary to change the payment schedule set forth in the proposed final judgment.

The Commission is available to answer any questions that the Court may have about the proposed final judgments and/or any other issues of concern to the Court.

Dated: September 26, 2024

Respectfully submitted,

On behalf of the Commission,

_____
Rua M. Kelly
Michael C. Moran
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
(617) 573-8931 (Moran direct)
kellyru@sec.gov
moranmi@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  I will separately serve the document upon parties not registered to receive electronic notice through the CM/ECF system.



_____
Rua M. Kelly