UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>APRIL SUE-CHANG LEE, IN HER CAPACITY AS FIDUCIARY OF THE ESTATE OF SEONG YEOL LEE and AMERITRUST CORPORATION,<br><br>Defendants<br><br>BEESPOKE CAPITAL, INC., ALICE MEE-HYANG CHOI, APRIL SUE-CHANG LEE, and ELAINE CHOUNG-HEE LEE,<br><br>Relief Defendants. | Civil Action No. 23-cv-125 (OAW) |

## NOTICE OF APPEARANCE

Please enter the appearance of Devon A. Brown on behalf of the Plaintiff, Securities and Exchange Commission, in the above-captioned matter.

                        Respectfully submitted,

                        /s/ *Devon A. Brown*
                        Devon A. Brown
                        Attorney for Plaintiff
                        Office of Distributions
                        Division of Enforcement
                        Securities and Exchange Commission
                        100 F. Street NE
                        Washington, DC 20549-5876
                        Telephone: 202-551-4582
                        Facsimile:   301-623-1188
                        Email:  BrownDe@sec.gov

Dated:  March 7, 2025

2

**CERTIFICATE OF SERVICE**

      I, Devon A. Brown hereby certify that, on March 7, 2025, I caused the foregoing document to be electronically filed with the clerk of the court for the U.S. District Court for the District of Connecticut, using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                      /s/ *Devon A. Brown*
                                      Devon A. Brown